IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUL -6  P 4: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| JENNIE COURTNEY, ETC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) Case No. 2:06-cv-600-DRB | |
| | ) | |
| ANTHONY CLARK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

HOLLIS & SPANN, INC.'S
JOINDER AND CONSENT TO REMOVAL

Comes now the defendant Hollis & Spann, Inc. and to the extent necessary hereby

expresses its consent and joinder in the removal of this action to this Court and further

requests that this Court maintain jurisdiction over this matter pursuant to 28 U.S.C. §§

1331, 1367, and 1441(c).   This defendant adopts and relies upon the Notice of Removal

previously filed in this case and the Consent to Removal filed by Defendant Dickey &

Associates, Inc. and further requests an opportunity to supplement this Joinder and

Consent should the Court deem that necessary regarding its supplemental jurisdiction

over any claims asserted against Hollis & Spann, Inc.

_____
STEVEN K. HERNDON (HER028)
MATTHEW Y. BEAM (BEA065)
Attorneys for Defendant Hollis & Spann, Inc.

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, Suite 904
P. O. Box 4190 (36103)
Montgomery, AL 36104
Telephone: (334) 834-9950
FAX: (334) 834-1054

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by placing a copy of same in the United States mail, postage prepaid and properly addressed this 6th day of July, 2006:

Mr. Will G. Phillips
Mr. J. David Greene
Mr. Britt V. Bethea
Greene & Phillips
Attorneys At Law
50 N. Florida Street
Mobile, AL 36607

Mr. Daryl L. Masters
Mr. Gary L. Willford
Webb & Eley
P. O. Box 240909
Montgomery, AL 36124

Mr. Gary L. Willford
Webb & Eley
P. O. Box 240909
Montgomery, AL 36124

Mr. Alan T. Hargrove, Jr.
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, AL 36101-0270

Black Creek Integrated Systems
2130 AE Moore Drive
Moody, AL 35004

Oscar Roy Doster AIS #177168
P. O. Box 150
Mount Meigs, AL 36057

James Darren Harnage
AIS#239251
P. O. Box 150
Mount Meigs, AL 36057

Seymour & Lisenby, Inc.
103 Wisteria Way
Ozark, AL 36360

2

Darden Engineers, Inc.
P. O. Box 126
Dadeville, AL 36853

Steven K. Herndon