IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JENNIE COURTNEY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | CASE NO. 2:06-cv-600-DRB |
| ) | |
| v. ) | |
| ) | CV 2005-1192 |
| **ANTHONY CLARK, et al.,** ) | |
| ) | |
| Defendants. ) | |

### BLACK CREEK INTEGRATED SYSTEMS CORP.'S
### JOINDER AND CONSENT TO REMOVAL

**COMES NOW** the defendant, Black Creek Integrated Systems Corp., and to the extent necessary, hereby expresses its consent and joinder in the removal of this action to this Court and further requests that this Court maintain jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1367, and 1441(c). This defendant adopts and relies upon the Notice of Removal previously filed in this case and the Consents to Removal filed by defendants Dickey & Associates, Inc., and Hollis & Spann, Inc.; and further requests an opportunity to supplement this Joinder and Consent should the Court deem such filing necessary to support its supplemental jurisdiction over any claims asserted against Black Creek Integrated Systems Corp. in this matter.

s/ Bert P. Taylor
_____
Bert P. Taylor (TAY004)

OF COUNSEL FOR DEFENDANT:
BLACK CREEK INTEGRATED
SYSTEMS CORP.
TAYLOR RITTER, P.C.
P. O. Box 489
Orange Beach, AL 36561
Phone: (251) 981-8430
Fax:   (251) 981-8425
E-mail: bert@taylorritter.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the above pleading on all counsel and/or parties listed below by placing a copy in the United States Mail and placing proper postage upon same:

*Counsel for Plaintiff:*
Will G. Phillips, Esq.
J. David Greene, Esq.
Britt V. Bethea, Esq.
Greene & Phillips
50 N. Florida Street
Mobile, AL 36607

*Counsel for Hollis & Spann, Inc.:*
Steven K. Herndon, Esq.
Matthew Y. Beam, Esq.
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103

*Counsel for Anthony Clark,*
*Jerry Wayne Edgar, and*
*Walter Inabinett:*
Daryl L. Masters, Esq.
Gary L. Wilford, Jr., Esq.
Webb & Eley, P.C.
P.O. Box 240909
7475 Halcyon Pointe Drive
Montgomery, AL 36124

*Counsel for Dickey & Associates, Inc.:*
Alan T. Hargrove, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, AL 36101-0270

Oscar Roy Doster AIS#177168 , *pro se*
P.O. Box 150
Mt. Meigs, AL 36057

James Darren Harnage AIS #239251 , *pro se*
P.O. Box 150
Mt. Meigs, AL 36057

Seymour and Lisenby, Inc., *pro se*
103 Wisteria Way
Ozark, AL 36360-7614

Darden Engineers, Inc., *pro se*
P.O. Box 126
Dadeville, AL 36853-0126

I hereby certify service on this the 11th day of July, 2006.

s/ Bert P. Taylor
_____
Of Counsel