IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| JENNIE COURTNEY, <br> AS ADMINISTRATRIX OF THE <br> ESTATE OF DENNIS COURTNEY, <br> DECEASED, <br><br> PLAINTIFF, <br><br> v. <br><br> ANTHONY CLARK, Individually and as <br> Sheriff of Covington County, Alabama; <br> JERRY WAYNE EDGAR Individually and <br> in his Official Capacity as a Sheriff's Deputy <br> of Covington County, Alabama; WALTER <br> INABINETT, Individually and in his <br> Official Capacity as a Sheriff's Deputy of <br> Covington County, Alabama; et al. | * <br> * <br> * <br> * <br> * <br> * CIVIL ACTION NO.: <br> *  CV-06-00600 <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

### PLAINTIFF'S NOTICE OF OBJECTION TO DEFENDANTS ANTHONY CLARK, JERRY WAYNE EDGAR AND WALTER INABINETT'S MOTION TO DISMISS

COMES NOW the Plaintiff Jenny Courtney as Administratrix of the Estate of Dennis Courtney, deceased by and through her undersigned attorney of record and files this Notice of Objection to Defendants Anthony Clark, Jerry Wayne Edgar and Walter Inabinett's Motion to Dismiss.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Jenny Courtney as Administratrix of the Estate of Dennis Courtney, deceased files this Notice of Objection to Defendants Anthony Clark, Jerry Wayne Edgar and Walter Inabinett's Motion to Dismiss.

Respectfully submitted, this 17th day of July, 2006.

ATTORNEY FOR PLAINTIFF JENNY
COURTNEY AS ADMINISTRATRIX OF
THE ESTATE OF DENNIS COURTNEY,
DECEASED.


/s/ Will G. Phillips
WILL G. PHILLIPS (PHI-044)
E-Mail: wgphillips@greenephillips.com


OF COUNSEL:

GREENE & PHILLIPS ATTORNEYS AT LAW, L.L.C.
50 N. Florida Street
Mobile, Alabama 36607
(251) 478-1115 - Telephone
(251) 471-3920 – Facsimile


## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing Objection by placing a copy of the same in the United States Mail, postage prepaid upon:

Oscar Roy Doster AIS#177168, *pro se*
P.O. Box 150
Mt. Meigs, Alabama 36057

James Darren Harnage AIS# 239251, *pro se*
P.O. Box 150
Mt. Meigs, Alabama 36057

*Counsel for Hollis & Spann, Inc.*
Steven Keith Herndon, Esq.
Matthew Y. Beam Esq.
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, Ste. 904
Montgomery, Alabama 36104

Darden Engineers, Inc., *pro se*
P.O. Box 126
Dadeville, Alabama 36853-0126

*Counsel for Dickey & Associates*
Alan T. Hargrove & R. Brett Garrett
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270

*Counsel for Anthony Clark, Jerry Wayne Edgar, and Walter Inabinett*
Daryl L. Masters & Gary L. Willford, Jr.
Webb & Eley, P.C.
7475 Halcyon Pointe Drive
Montgomery, Alabama 36124

Seymour & Lisenby, Inc., *pro se*
103 Wisteria Way
Ozark, Alabama 36360-7614

*Counsel for Black Creek Integrated Systems Corp.*
Bert P. Taylor, Esq.
Taylor Ritter, P.C.
P.O. Box 489
Orange Beach, Alabama 36561

/s/ Will G. Phillips
Of Counsel