**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                              TELEPHONE (334) 954-3600

July 25, 2006

**NOTICE OF REASSIGNMENT**

RE:    Jennie Courtney v. Anthony Clark et al
        Civil Action No. 2:06cv00600-DRB

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 2:06cv006000-MHT. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk
