IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, <br> AS ADMINISTRATRIX OF THE <br> ESTATE OF DENNIS COURTNEY, <br> DECEASED, <br><br> PLAINTIFF, <br><br> v. <br><br> ANTHONY CLARK, et al. | CIVIL ACTION NO.: <br> 2:06-CV-00600-MHT <br> (Removed from the Circuit Court of <br> Covington County, AL; CV-06-110) |

### MOTION FOR PRO HAC VICE

COMES NOW Will G. Phillips of the law firm of Greene & Phillips, L.L.C. and moves the Court to admit Britt V. Bethea, pro hac vice, as additional counsel for Plaintiff Jennie Courtney as Administratrix of the Estate of Dennis Courtney, Deceased. Attached hereto as Exhibit A is a Certificate of Good Standing for applicant Britt V. Bethea from the United States District Court Southern District of Alabama.

Respectfully submitted,

/s/ *Will G. Phillips*
WILL G. PHILLIPS (PHI-044)
GREENE & PHILLIPS, L.L.C.
Attorney for Plaintiff, Jennie Courtney
50 N. Florida Street
Mobile, Alabama 36607
(251) 478-1115 – Telephone
(251) 471-3920 – Facsimile
E-Mail: wgphillips@greenephillips.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of July, 2006, I have served the foregoing Motion by placing a copy of the same in the United States Mail, postage prepaid upon:

Oscar Roy Doster AIS#177168, *pro se*
P.O. Box 150
Mt. Meigs, Alabama 36057

James Darren Harnage AIS# 239251, *pro se*
P.O. Box 150
Mt. Meigs, Alabama 36057

*Counsel for Hollis & Spann, Inc.*
Steven Keith Herndon, Esq.
Matthew Y. Beam Esq.
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, Ste. 904
Montgomery, Alabama 36104

Darden Engineers, Inc., *pro se*
P.O. Box 126
Dadeville, Alabama 36853-0126

*Counsel for Dickey & Associates*
Alan T. Hargrove & R. Brett Garrett
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270

*Counsel for Anthony Clark, Jerry Wayne Edgar, and Walter Inabinett*
Daryl L. Masters & Gary L. Willford, Jr.
Webb & Eley, P.C.
7475 Halcyon Pointe Drive
Montgomery, Alabama 36124

Seymour & Lisenby, Inc., *pro se*
103 Wisteria Way
Ozark, Alabama 36360-7614

*Counsel for Black Creek Integrated Systems Corp.*
Bert P. Taylor, Esq.
Taylor Ritter, P.C.
P.O. Box 489
Orange Beach, Alabama 36561

/s/ *Will G. Phillips*
WILL G. PHILLIPS
Of Counsel

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF ALABAMA } SS.

# Certificate of Good Standing



I, Charles R. Diard, Jr., Clerk of the United States District Court for the Southern District of Alabama DO HEREBY CERTIFY that

## Britt Ventson Bethea

was duly admitted to practice in said Court on February 9, 2004, and is in good standing as a member of the bar of said Court.

Dated at *Mobile, Alabama*

on July 18, 2006

Charles R. Diard, Jr.
Clerk of Court

By [signature]
Deputy Clerk