AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ALABAMA__

Jennie Courtney as Administratrix of the Estate of
Dennis Courtney, Deceased

Alias SUMMONS IN A CIVIL ACTION

V.

Sheriff Anthony Clark, et al.

CASE NUMBER: 2:06-cv-600-DRB

TO: (Name and address of Defendant)

James Marvin Lisenby
Seymour Lisenby
140 Wisteria Way
Ozark, Alabama 36360-3079

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Will G. Phillips
Greene & Phillips, Attorneys at Law, L.L.C.
50 N. Florida Street
Mobile, Alabama 36607

an answer to the complaint which is served on you with this summons, within __TWENTY (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                8/1/06

CLERK                                             DATE

_[signature]_

(By) DEPUTY CLERK