IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY CLARK, etc., )<br>et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06cv600-MHT |

ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 13) is granted.

DONE, this the 2nd day of August, 2006.

                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE