**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Marvin Lisenby
Seymour Lisenby
140 Wisteria Way
Ozark, Alabama 36360-3079

Seymour + Lisenby Inc.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Kevin Lyer_    ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Seym Lisenby                      8-2-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

2:06cv600
alias s+c                          (20)

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number          7006 0100 0005 4116 8995
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540