IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, ETC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:06-CV-00600-DRB |
| | ) |
| ANTHONY CLARK, et al., | ) |
| | ) |
| Defendants. | ) |

<u>HOLLIS & SPANN, INC.'S CORPORATE DISCLOSURE STATEMENT</u>

Comes now defendant Hollis & Spann, Inc., by and through its undersigned counsel, and pursuant to General Order 3047 regarding corporate disclosure statement, hereby advises that Hollis & Spann, Inc. is a private corporation and is not affiliated with any parent, subsidiary, or other companies which have issued shares to the public.

Respectfully submitted,

s/Steven K. Herndon
STEVEN K. HERNDON (HER028)
Attorney for Defendant Hollis & Spann, Inc.

OF COUNSEL:
Gidiere, Hinton & Herndon
904 Regions Tower
60 Commerce Street
Montgomery, AL 36104
Telephone: (334) 834-9950
steve@ghhclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by placing a copy of same in the United States mail, postage prepaid and properly addressed this 17th of August, 2006:

**Attorneys for Plaintiff**
Mr. Britt V. Bethea
Mr. J. David Greene, Jr.
Mr. Will G. Phillips
Greene & Phillips
50 N. Florida Street
Mobile, AL 36607
Telephone: (251) 478-1115
Facsimile: (251) 471-3920
jdgreene@greenephillips.com
wgphillips@greenephillips.com

**Attorney for Defendant**
**Black Creek Integrated Systems Corp.**
Mr. Bert Pittman Taylor
Taylor & Smith, PC
P.O. Box 489
Orange Beach, AL 36561-0489
Telephone: (251) 981-8430
Facsimile: (251) 981-8425
cyk@taylorritter.com

**Defendants:**
James Darren Harnage AIS#239251
P. O. Box 150
Mount Meigs, AL 36057

Oscar Roy Doster AIS #177168
P. O. Box 150
Mount Meigs, AL 36057

**Attorneys for Defendants Anthony Clark, Jerry Wayne Edgar, and Walter Inabinett**
Mr. Daryl L. Masters
Mr. Gary L. Willford, Jr.
Webb & Eley, PC
P.O. Box 240909
Montgomery, AL 36124-0909
Telephone: (334) 262-1850
Facsimile: (334) 262-1889
rrobertson@webbeley.com
gwillford@webbeley.com

**Attorneys for Dickey & Associates, Inc.**
Mr. Alan Thomas Hargrove, Jr.
Mr. Richard Brett Garrett
Rushton, Stakely, Johnston & Garrett, PC
P.O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
ath@rsjg.com
bg@rsjg.com

s/Steven K. Herndon
Counsel