IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JENNIE COURTNEY, et al.,** ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:06-cv-600 |
| ) | |
| v. ) | |
| ) | CV 2005-1192 |
| **ANTHONY CLARK, et al.,** ) | |
| ) | |
| Defendants. ) | |

### BLACK CREEK INTEGRATED SYSTEMS CORP.'S
### CORPORATE DISCLOSURE STATEMENT

Comes now defendant Black Creek Integrated Systems Corp., by and through its undersigned counsel, and pursuant to General Order 3047 regarding corporate disclosure statement, hereby advises that Black Creek Integrated Systems Corp., is a private corporation and is not affiliated with any parent, subsidiary, or other companies which have issued shares to the public.

s/ Bert P. Taylor
_____
Bert P. Taylor (TAY004)

OF COUNSEL FOR DEFENDANT:
BLACK CREEK INTEGRATED
SYSTEMS CORP.
TAYLOR RITTER, P.C.
P. O. Box 489
Orange Beach, AL 36561
Phone: (251) 981-8430
Fax:   (251) 981-8425
E-mail: bert@taylorritter.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a true and correct copy of the above pleading on all counsel and/or parties listed below by placing a copy in the United States Mail and placing proper postage upon same:

*Counsel for Plaintiff:*
Will G. Phillips, Esq.
J. David Greene, Esq.
Britt V. Bethea, Esq.
Greene & Phillips
50 N. Florida Street
Mobile, AL 36607

*Counsel for Hollis & Spann, Inc.:*
Steven K. Herndon, Esq.
Matthew Y. Beam, Esq.
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103

*Counsel for Anthony Clark,*
*Jerry Wayne Edgar, and*
*Walter Inabinett:*
Daryl L. Masters, Esq.
Gary L. Wilford, Jr., Esq.
Webb & Eley, P.C.
P.O. Box 240909
7475 Halcyon Pointe Drive
Montgomery, AL 36124

*Counsel for Dickey & Associates, Inc.:*
Alan T. Hargrove, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, AL 36101-0270

Oscar Roy Doster AIS#177168 , *pro se*
P.O. Box 150
Mt. Meigs, AL 36057

James Darren Harnage AIS #239251 , *pro se*
P.O. Box 150
Mt. Meigs, AL 36057

    Seymour and Lisenby, Inc., *pro se*
    103 Wisteria Way
    Ozark, AL 36360-7614

    Darden Engineers, Inc., *pro se*
    P.O. Box 126
    Dadeville, AL 36853-0126

I hereby certify service on this the 21st day of August, 2006.

                                                s/ Bert P. Taylor

                                               _____
                                               Of Counsel