IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, AS ADMINISTRATIX OF THE ESTATE OF DENNIS COURTNEY, DECEASED, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY CLARK, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. : 2:06-CV-600-DRB ) ) ) ) |

## SEYMOUR & LISENBY, INC. CORPORATE DISCLOSURE STATEMENT

Comes now Defendant Seymour & Lisenby, Inc., by and through its undersigned counsel, and pursuant to General Order 3047 regarding corporate disclosure statement, hereby advises that Seymour & Lisenby, Inc. is a private corporation and is not affiliated with any parent, subsidiary, or other companies which have issued shares to the public.

Respectfully submitted on this 28th day of August, 2006.

_____
ALAN T. HARGROVE (HAR236)
R. BRETT GARRETT (GAR085)
Attorneys for Defendant Seymour & Lisenby, Inc.

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
(334) 206-3100

## CERTIFICATE OF SERVICE

    I hereby certify that on August 28, 2006, I electronically filed the foregoing with the Clerk of the court using CM/ECF system which will send notification of such filing to the following:

        Matthew Y. Beam, Esq.
        J. David Greene, Jr., Esq.
        Steven Keith Herndon, Esq.
        Daryl L. Masters, Esq.
        Will G. Phillips, Esq.
        Bert Pittman Taylor, Esq.
        Gary L. Willford, Jr., Esq.

    I hereby certify that on August 28, 2006 I have served the foregoing Answer by placing a copy of the same in the United States Mail, postage prepaid, upon:

Darden Engineers, Inc.
P.O. box 126
Dadeville, Alabama 36853-0126

Oscar Roy Doster AIS 177168
P.O. Box 150
Mt. Meigs, Alabama 36057

James Darren Harnage AIS 239251
P.O. Box 150
Mt. Meigs, Alabama 36057

Britt V. Bethea
34300-D Sandner Court
Birmingham, AL 35209

                                            s/R. Brett Garrett (GAR085)
                                            s/Alan T. Hargrove, Jr. (HAR236)
                                            OF COUNSEL