IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JENNIE COURTNEY, etc.,      )
                            )
    Plaintiff,               )
                            )
                            )      CIVIL ACTION NO.
    v.                      )      2:06cv600-MHT
                            )
ANTHONY CLARK, etc.,        )
et al.,                     )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion to dismiss (doc. no. 2) is set for submission, without oral argument, on September 11, 2006, with briefs due by said date.

DONE, this the 31st day of August, 2006.

                                     /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE