IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, <br> AS ADMINISTRATRIX OF THE <br> ESTATE OF DENNIS COURTNEY, <br> DECEASED, <br><br> PLAINTIFF, <br><br> v. <br><br> ANTHONY CLARK, et al. | CIVIL ACTION NO.: <br> 2:06-CV-00600-MHT <br> (Removed from the Circuit Court of <br> Covington County, AL; CV-06-110) |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A BRIEF

COMES NOW the Plaintiff, Jennie Courtney, as Administratrix of the Estate of Dennis Courtney, deceased by and through the undersigned counsel of record and files this Motion requesting this Honorable Court to grant a seven (7) day extension of time to file a brief in support of Plaintiff's Objection to Defendant's Motion to Dismiss and reasons therefore aver:

1. Plaintiff filed a Notice of Objection to Defendant's Motion to Dismiss on July 17, 2006.

2. The Motion to Dismiss is currently set for submission, without oral argument, on September 11, 2006, with briefs due by said date.

3. Plaintiff's attorney is currently involved in preparation for mediation of a death case and respectfully requests an additional seven (7) days for submission of a brief in support of Plaintiff's Objection to the Defendant's Motion to Dismiss.

WHEREFORE PREMISES CONSIDERED, Plaintiff, Jennie Courtney as Administratrix of the Estate of Dennis Courtney, deceased respectfully requests that this Honorable Court grant this motion allowing a seven (7) day extension of time in order that Plaintiff's attorney may submit said brief.

Respectfully submitted,

/s/ Will G. Phillips
WILL G. PHILLIPS (PHI-044)
GREENE & PHILLIPS, L.L.C.
Attorney for Plaintiff, Jennie Courtney
50 N. Florida Street
Mobile, Alabama 36607
(251) 478-1115 – Telephone
(251) 471-3920 – Facsimile
E-Mail: wgphillips@greenephillips.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of September, 2006, I have served the foregoing Motion by placing a copy of the same in the United States Mail, postage prepaid upon:

Oscar Roy Doster AIS#177168, *pro se*
P.O. Box 150
Mt. Meigs, Alabama 36057

James Darren Harnage AIS# 239251, *pro se*
P.O. Box 150
Mt. Meigs, Alabama 36057

*Counsel for Hollis & Spann, Inc.*
Steven Keith Herndon, Esq.
Matthew Y. Beam Esq.
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, Ste. 904
Montgomery, Alabama 36104

Darden Engineers, Inc., *pro se*
P.O. Box 126
Dadeville, Alabama 36853-0126

*Counsel for Dickey & Associates*
Alan T. Hargrove & R. Brett Garrett
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270

*Counsel for Anthony Clark, Jerry Wayne Edgar, and Walter Inabinett*
Daryl L. Masters & Gary L. Willford, Jr.
Webb & Eley, P.C.
7475 Halcyon Pointe Drive
Montgomery, Alabama 36124

Seymour & Lisenby, Inc., *pro se*
103 Wisteria Way
Ozark, Alabama 36360-7614

*Counsel for Black Creek Integrated Systems Corp.*
Bert P. Taylor, Esq.
Taylor Ritter, P.C.
P.O. Box 489
Orange Beach, Alabama 36561

                                                              */s/ Will G. Phillips*
                                                              WILL G. PHILLIPS
                                                              Of Counsel