IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **JENNIE COURTNEY, etc.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv600-MHT |
| ) | |
| **ANTHONY CLARK, etc.,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is ORDERED as follows:

(1) The motion for extension of time (doc. no. 25) is granted.

(2) The motion to dismiss (doc. no. 2) is reset for submission, without oral argument, on September 18, 2006, with all briefs due by said date.

DONE, this the 8th day of September, 2006.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**