IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIE COURTNEY, <br> AS ADMINISTRATRIX OF THE <br> ESTATE OF DENNIS COURTNEY, <br> DECEASED, <br><br> PLAINTIFF, <br><br> v. <br><br> ANTHONY CLARK, et al. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br><br><br> CIVIL ACTION NO.: <br> 2:06-CV-00600-MHT <br> (Removed from the Circuit Court of <br> Covington County, AL; CV-06-110) |

## NOTICE OF FILING

COMES NOW the Plaintiff, Jennie Courtney as Administratrix of the Estate of Dennis Courtney, deceased in the above referenced matter and gives notice of filing the following:

1. Rule 26 Disclosures

This 12th day of September, 2006.

/s/ Will G. Phillips
WILL G. PHILLIPS (PHI-044)

/s/Britt V. Bethea
BRITT V. BETHEA (BET-012)
Attorneys for Plaintiff, Jennie Courtney
as Administratrix of the Estate of Dennis
Courtney, deceased

OF COUNSEL:

GREENE & PHILLIPS, ATTORNEYS AT LAW, L.L.C.
50 N. Florida Street
Mobile, Alabama 36607
(251) 478-1115 – Telephone
(251) 471-4920 – Facsimile
E-Mail: wgphillips@greenephillips.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this the 12th day of September, 2006, I electronically filed the foregoing with Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Hollis & Spann, Inc.*
Steven Keith Herndon, Esq.
Matthew Y. Beam Esq.
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, Ste. 904
Montgomery, Alabama 36104

Darden Engineers, Inc., *pro se*
P.O. Box 126
Dadeville, Alabama 36853-0126

*Counsel for Dickey & Associates*
Alan T. Hargrove & R. Brett Garrett
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270

*Counsel for Anthony Clark, Jerry Wayne Edgar, and Walter Inabinett*
Daryl L. Masters & Gary L. Willford, Jr.
Webb & Eley, P.C.
7475 Halcyon Pointe Drive
Montgomery, Alabama 36124

Seymour & Lisenby, Inc., *pro se*
103 Wisteria Way
Ozark, Alabama 36360-7614

*Counsel for Black Creek Integrated Systems Corp.*
Bert P. Taylor, Esq.
Taylor Ritter, P.C.
P.O. Box 489
Orange Beach, Alabama 36561

    I hereby certify that I have on this the 12th day of September, 2006, served a copy of the foregoing on the following parties by placing the same in the United States Mail first class postage prepaid.

    Oscar Roy Doster AIS #177168 *pro se*
    P.O. Box 150
    Mt. Meigs, Alabama 36057

    James Darren Harnage AIS #239251 *pro se*
    P.O. Box 150
    Mt. Meigs, Alabama 36057

                                       */s/ Will G. Phillips*
                                         WILL G. PHILLIPS
                                         Of Counsel