IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, <br> AS ADMINISTRATRIX OF THE <br> ESTATE OF DENNIS COURTNEY, <br> DECEASED, <br><br>    PLAINTIFF, <br><br> v. <br><br> ANTHONY CLARK, et al. | * <br> * <br> * <br> * <br> * <br> * CIVIL ACTION NO.: 2:06-CV-600-DRB <br> * (Removed from the Circuit Court of <br> *  Covington County, AL; CV-06-110) <br> * <br> * <br> * |

## RULE 26 DISCLOSURES

COMES NOW the Plaintiff, Jennie Courtney, as Administratrix of the Estate of Dennis Courtney, Deceased and pursuant to Rule 26 (a) of the Federal Rules of Civil Procedure and made the following disclosures:

(A)     In response to Section (A) of local Rule 26.1 (a)(1), this Plaintiff identifies the following persons who may have personal, non-privileged information regarding this case:

1. Jennie Courtney
   1082 Smith's Retreat Road
   DeRidder, LA 70634
   (337) 462-5514

Jennie Courtney is the plaintiff and has knowledge of facts regarding the accident and other issues in this case.

2. Sheriff Anthony Clark
   Covington County, Alabama
   290 Hillcrest Drive
   Andalusia, Alabama 36420

Sheriff Clark is a defendant and has knowledge of the facts of the escape incident made the basis of this suit and other issues in this case.

    3. Jerry Wayne Edgar
       P.O. box 802
       Andalusia, Alabama 36420-1215

Jerry Edgar is a defendant and has knowledge of the facts of the escape incident made the basis of this suit and other issues in this case.

    4. Walter Inabinett
       982 5th Street
       Florala, Alabama 36442-3215

Walter Inabinett is a defendant and has knowledge of the facts of the escape incident made the basis of this suit and other issues in this case.

    5. Black Creek Integrated Systems, Inc.
       2130 AE Moore Drive
       Moody, Alabama 35004-2903

Black Creek Integrated Systems, Inc. is a defendant and knowledge of the issues in this case.

    6. Oscar Roy Doster AIS #177168
       P.O. Box 150
       Mt. Meigs, Alabama 36057

Oscar Roy Doster is a defendant and has knowledge of and was involved in the escape incident made the basis of this suit and other issues in this case.

    7. James Darren Harnage AIS #239251
       P.O. Box 150
       Mt. Meigs, Alabama 36057

James Darren Harnage is a defendant and has knowledge of and was involved in the escape incident made the basis of this suit and other issues in this case.

    8. Hollis and Spann, Inc.
       P.O. Box 1530
       Dothan, Alabama 36302-1530

Hollis & Spann, Inc. is a defendant and has knowledge of the issues in this case.

9. Seymour & Lisenby, Inc.
   103 Wisteria Way
   Ozark, Alabama 36360-7614

Seymour & Lisenby, Inc. is a defendant and has knowledge of the issues in this case.

10. Darden Engineers, Inc.
    P.O. Box 126
    Dadeville, Alabama 36853-0126

Darden Engineers, Inc. is a defendant and has knowledge of the issues in this case.

11. Dickey & Associates, Inc.
    1160 S. Lawrence Street
    Montgomery, Alabama 36104-5038

Dickey & Associates, Inc. is a defendant and has knowledge of the issues in this case.

12. Sheriff Ralph Billings
    Freestone County, Texas

Sheriff Billings was an investigating officer at the murder scene of Dennis Courtney in Oakwood, Texas. The names of additional investigating officers in this department are unknown at this time. Plaintiff will supplement this disclosure at a later date.

13. Las Vegas Police Department
    Las Vegas, Nevada

The Las Vegas Police Department apprehended and arrested James Darren Harnage, defendant in this suit. The specific name(s) of the officers in this department are unknown at this time. Plaintiff will supplement this disclosure at a later date.

(B)    In response to Section (B) of Local Rule 26.1(a)(1), the following document is attached:

1. Copy of Dennis Courtney's death certificate.

(C)    In response to Section (C) of Local Rule 26.1(a)(1), the amount of Plaintiff's damages is undetermined at this time. Plaintiff will supplement this disclosure.

/s/ Will G. Phillips
WILL G. PHILLIPS (PHI-044)

/s/Britt V. Bethea
BRITT V. BETHEA (BET-012)
Attorneys for Plaintiff, Jennie Courtney as Administratrix of the Estate of Dennis Courtney, deceased

OF COUNSEL:

GREENE & PHILLIPS ATTORNEYS AT LAW, L.L.C.
50 N. Florida Street
Mobile, Alabama 36607
(251) 478-1115 - Telephone
(251) 471-3920 – Facsimile
E-Mail:  wgphillips@greenephillips.com
        bbethea@greenephillips.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 12th day of September, 2006, I electronically filed the foregoing with Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Hollis & Spann, Inc.*
Steven Keith Herndon, Esq.
Matthew Y. Beam Esq.
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, Ste. 904
Montgomery, Alabama 36104

Darden Engineers, Inc., *pro se*
P.O. Box 126
Dadeville, Alabama 36853-0126

*Counsel for Dickey & Associates*
Alan T. Hargrove & R. Brett Garrett
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270

*Counsel for Anthony Clark, Jerry Wayne Edgar, and Walter Inabinett*
Daryl L. Masters & Gary L. Willford, Jr.
Webb & Eley, P.C.
7475 Halcyon Pointe Drive
Montgomery, Alabama 36124

Seymour & Lisenby, Inc., *pro se*
103 Wisteria Way
Ozark, Alabama 36360-7614

*Counsel for Black Creek Integrated Systems Corp.*
Bert P. Taylor, Esq.
Taylor Ritter, P.C.
P.O. Box 489
Orange Beach, Alabama 36561


I hereby certify that I have on this the 12th day of September, 2006, served a copy of the foregoing on the following parties by placing the same in the United States Mail first class postage prepaid.

Oscar Roy Doster AIS #177168
P.O. Box 150
Mt. Meigs, Alabama 36057

James Darren Harnage AIS #239251
P.O. Box 150
Mt. Meigs, Alabama 36057


/s/ Will G. Phillips
WILL G. PHILLIPS
Of Counsel