**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 19, 2006

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Courtney v. Clark et al**

**Case Number:    2:06-cv-00600-MHT**

**Referenced Pleading:    RESPONSE to Motion**
**Docket Entry Number:    30**

**This Notice of Correction was filed in the referenced case this date to add the corrected PDF document to include the complete document.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 30   filed on    September 18, 2006.**