**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 19, 2006

# NOTICE OF ERROR

To:    All Counsel of Record

Case Style:   Courtney v. Clark et al

Case Number:   2:06-cv-00600-MHT

Referenced Pleading:   RESPONSE to Motion
Docket Entry Number:   31

**The referenced pleading was filed on \*\*\*September 18, 2006\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry.**

**Parties are instructed to disregard #31 docketing entry, which has been stricken from the record as a docketing error.**