IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv600-MHT |
| ) | |
| ANTHONY CLARK, etc., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED that the motion for permission to file a reply brief (doc. no. 34) is granted.

DONE, this the 21st day of September, 2006.


                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE