IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, ETC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:06-cv-600-MHT |
| | ) |
| ANTHONY CLARK, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO AMEND DEFENDANT HOLLIS & SPANN, INC.'S ANSWER

Comes now defendant Hollis & Spann, Inc. and hereby moves this Honorable Court for leave to amend its Answer, pursuant to Fed. R. Civ. P. 15(a), on the following grounds:

1. This amendment is made within the November 1, 2006, deadline to amend the pleadings set forth in this Court's Uniform Scheduling Order.

2. Justice would be served by allowing this defendant to plead the protections afforded under Alabama law.

3. The plaintiff will not be prejudiced by this defendant's amendment of its affirmative defenses within the provisions of this Court's Uniform Scheduling Order.

WHEREFORE premises considered, this defendant respectfully requests this Honorable Court to grant leave for this defendant to amend its Answer in accordance with Fed. R. Civ. P. 15(a) and this Court's Uniform Scheduling Order.

Respectfully submitted,

*[signature]*

STEVEN K. HERNDON (HER028)
MATTHEW Y. BEAM (BEA065)
Attorneys for Defendant Hollis & Spann, Inc..

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P. O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
FAX: (334) 834-1054
steve@ghhclaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 1st day of November, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

**Attorneys for Plaintiff**
Mr. Britt V. Bethea
Mr. J. David Greene, Jr.
Mr. Will G. Phillips
Greene & Phillips
50 N. Florida Street
Mobile, AL 36607
Telephone: (251) 478-1115
Facsimile: (251) 471-3920
jdgreene@greenephillips.com
wgphillips@greenephillips.com

**Attorneys for Defendants Anthony Clark, Jerry Wayne Edgar, and Walter Inabinett**
Mr. Daryl L. Masters
Mr. Gary L. Willford, Jr.
Webb & Eley, PC
P.O. Box 240909
Montgomery, AL 36124-0909
Telephone: (334) 262-1850
Facsimile: (334) 262-1889
rrobertson@webbeley.com
gwillford@webbeley.com

**Attorney for Defendant Black Creek Integrated Systems Corp.**
Mr. Bert Pittman Taylor
Taylor & Smith, PC
P.O. Box 489
Orange Beach, AL 36561-0489
Telephone: (251) 981-8430
Facsimile: (251) 981-8425
cyk@taylorritter.com

**Defendants:**
James Darren Harnage AIS#239251
P. O. Box 150
Mount Meigs, AL 36057

Oscar Roy Doster AIS #177168
P. O. Box 150
Mount Meigs, AL 36057

**Attorneys for Dickey & Associates, Inc.**
Mr. Alan Thomas Hargrove, Jr.
Mr. Richard Brett Garrett
Rushton, Stakely, Johnston & Garrett, PC
P.O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
ath@rsjg.com    bg@rsjg.com

_____
Counsel