IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v.  ) | 2:06cv600-MHT |
| ) | |
| ANTHONY CLARK, etc., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED that the motion for leave to amend (doc. no. 37) is granted. The court assumes that the other parties have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven (7) days from the date of this order.

DONE, this the 2nd day of November, 2006.

                /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE