# EXHIBIT A

**Affidavit of Oscar Roy Doster**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| JENNIE COURTNEY, ETC., | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Civil Action No.: 2:06-CV-00600-MHT** |
| | ) |
| ANTHONY CLARK, et al., | ) |
| | ) |
|     **Defendants.** | ) |

### AFFIDAVIT OF OSCAR ROY DOSTER

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF MONTGOMERY** | ) |

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared OSCAR ROY DOSTER, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Oscar Roy Doster. I am over the age of nineteen and competent to execute this affidavit. I have personal knowledge of the facts set forth herein.

2. Neither Covington County Sheriff Anthony Clark, Covington County Deputy Sheriff Jerry Wayne Edgar, nor Covington County Deputy Sheriff Walter Inabinett aided, abetted, assisted, and/or orchestrated my and James Darren Harnage's escape from the Covington County Jail either financially or logistically.

3. Neither Covington County Sheriff Anthony Clark, Covington County Deputy Sheriff Jerry Wayne Edgar, nor Covington County Deputy Sheriff Walter Inabinett coordinated and/or allowed my and James Darren Harnage's escape from the Covington County jail, nor did they give us money after we escaped.

4. Covington County Deputy Sheriff Jerry Wayne Edgar did not pay me to escape. I did not give any recorded statement when I was arrested in California after the second escape.

5.    I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.

Oscar Roy Doster

**SWORN TO** and **SUBSCRIBED** before me this ___2___ day of November, 2006.

NOTARY PUBLIC

My Commission Expires: ___12-17-06___