# EXHIBIT B

**Affidavit of James Darren Harnage**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, ETC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:06-CV-00600-MHT |
| | ) |
| ANTHONY CLARK, et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF JAMES DARREN HARNAGE

STATE OF ALABAMA        )
                        )
COUNTY OF MONTGOMERY    )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared JAMES DARREN HARNAGE, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is James Darren Harnage. I am over the age of nineteen and competent to execute this affidavit. I have personal knowledge of the facts set forth herein.

2. Neither Covington County Sheriff Anthony Clark, Covington County Deputy Sheriff Jerry Wayne Edgar, nor Covington County Deputy Sheriff Walter Inabinett aided, abetted, assisted, and/or orchestrated my and Oscar Roy Doster's escape from the Covington County Jail either financially or logistically.

3. Neither Covington County Sheriff Anthony Clark, Covington County Deputy Sheriff Jerry Wayne Edgar, nor Covington County Deputy Sheriff Walter Inabinett coordinated and/or allowed my and Oscar Roy Doster's escape from the Covington County jail, nor did they give us money after we escaped.

4. Covington County Deputy Sheriff Jerry Wayne Edgar did not pay me to escape.

5. I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.

_____
James Darren Harnage

SWORN TO and SUBSCRIBED before me this 2nd day of November, 2006.

_____
NOTARY PUBLIC
My Commission Expires: May 28, 2007