IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JENNIE COURTNEY, etc.,       )
                             )
    Plaintiff,                )
                             )
                             )       CIVIL ACTION NO.
    v.                       )       2:06cv600-MHT
                             )
ANTHONY CLARK, etc.,         )
et al.,                      )
                             )
    Defendants.              )
```

## ORDER

It is ORDERED that the motion to strike (doc. no. 42) is denied and the objection (doc. no. 41) is overruled. With this order, the court does not, in any way, reach the merits in the amended complaint; that should be done on a dismissal motion, a summary-judgment motion, or at trial. Nor does the court reach whether the amended complaint violated Rule 11; that should be done on a motion for sanctions.

DONE, this the 8th day of November, 2006.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE