IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JENNIE COURTNEY, etc.,       )
                             )
       Plaintiff,            )
                             )      CIVIL ACTION NO.
       v.                    )      2:06cv600-MHT
                             )
ANTHONY CLARK, etc.,         )
et al.,                      )
                             )
       Defendants.           )
```

ORDER

It is ORDERED as follows:

(1) The plaintiff's motion to amend complaint (doc. no. 46) is set for submission, without oral argument, on December 11, 2006.

(2) Plaintiff is to file a brief in support of the motion by December 4, 2006. The brief should address, among other things, (a) why the motion was not filed before the November 1 deadline for amendments to pleadings and (b) why the proposed amendment could not have been part of the

amendment request filed on November 1 (doc. no.

38).

(3) Defendants may file a response by December 11,

2006.

DONE, this the 27th day of November, 2006.


     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE