```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | |
|---|---|
| JENNIE COURTNEY, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv600-MHT |
| ) | |
| ANTHONY CLARK, etc., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

## ORDER

It is ORDERED as follows:

(1) The motion to dismiss (doc. no. 44) is set for submission, without oral argument, on December 11, 2006, with all briefs due by said date.

(2) The motion to dismiss (doc. no. 2) is denied without prejudice. This motion is subsumed by the later-filed motion to dismiss (doc. no. 44).

DONE, this the 27th day of November, 2006.

                                  /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE