IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIE COURTNEY, <br> AS ADMINISTRATRIX OF THE <br> ESTATE OF DENNIS COURTNEY, <br> DECEASED, <br><br> PLAINTIFF, <br><br> v. <br><br> ANTHONY CLARK, et al. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: <br> 2:06-CV-00600-MHT <br> (Removed from the Circuit Court of <br> Covington County, AL; CV-06-110) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Please take notice that the undersigned counsel for Plaintiff has electronically filed using the CM/ECF system, and service by United States mail first class postage prepaid on this date, served on counsel for the Defendant, the following discovery pleadings:

    X    Plaintiff's Interrogatories and Request for Production of Documents to Defendant, Anthony Clark, Individually and in his Official Capacity as Sheriff of Covington County, Alabama

Done this the 4th day of January, 2007.

Respectfully submitted,

/s/ Will G. Phillips
WILL G. PHILLIPS (PHI044)
Attorney for Plaintiff

OF COUNSEL:

GREENE & PHILLIPS ATTORNEYS AT LAW, L.L.C.
50 North Florida Street
Mobile, AL 36607
(251) 478-1115
(251) 471-3920 – FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 4th day of January, 2007, I electronically filed the foregoing with Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and by placing a copy of same in United States Mail, properly addressed and first-class postage prepaid, as follows:

Daryl L. Masters, Esq.
Gary L. Willford, Jr., Esq.
7475 Halcyon Pointe Drive
Montgomery, Alabama 36124

/s/ Will G. Phillips
WILL G. PHILLIPS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIE COURTNEY, <br> AS ADMINISTRATRIX OF THE <br> ESTATE OF DENNIS COURTNEY, <br> DECEASED, <br><br> PLAINTIFF, <br><br> v. <br><br> ANTHONY CLARK, et al. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br><br><br> CIVIL ACTION NO.: <br> 2:06-CV-00600-MHT <br> (Removed from the Circuit Court of <br>  Covington County, AL; CV-06-110) |

### PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT, ANTHONY CLARK, Individually and in his Official Capacity as Sheriff of Covington County, Alabama

COMES NOW the Plaintiff in the above styled cause, pursuant to the *Federal Rules of Civil Procedure* and propounds the following First Interrogatories and First Requests for Production of Documents to the Defendant, ANTHONY CLARK to be answered and responded to fully and completely within the time required by the law.

### DEFINITIONS AND INSTRUCTIONS

1. The term "you" and "your" shall mean and refer to each of the defendants, their agents, employees or subsidiaries.

2. The term "person" or "persons" shall mean all entities, including but not limited to, all individuals, associations, companies, partnerships, joint ventures, corporations, trusts, estates, public agencies, departments, bureaus, and boards.

3. The term "identify" when used with respect to an individual, means to state the full name and present or last known address including telephone

1

                GREENE & PHILLIPS, L.L.C.
                Attorneys for Plaintiff


BY:   */s/ Will G. Phillips*
       WILL G. PHILLIPS (philw3586)
       J. DAVID GREENE (greej7511)
       BRITT V. BETHEA (beth9988)
       50 N. Florida Street
       Mobile, Alabama 36607
       (251) 478-1115 – Telephone
       (251) 471-3920 – Facsimile
       E-Mail: wgphillips@greenephillips.com
              jdgreene@greenephillips.com
              bbethea@greenephillips.com


## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 4th day of January, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed and postage prepaid to:

Daryl L. Masters, Esq.
Gary L. Willford, Jr., Esq.
Webb & Eley, P.C.
7475 Halcyon Pointe Drive
Montgomery, Alabama 36124


                */s/ Will G. Phillips*
                WILL G. PHILLIPS

16