IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIE COURTNEY, | * | |
| AS ADMINISTRATRIX OF THE | * | |
| ESTATE OF DENNIS COURTNEY, | * | |
| DECEASED, | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO.: |
| | * | 2:06-CV-00600-MHT |
| | * | (Removed from the Circuit Court of |
| v. | * | Covington County, AL; CV-06-110) |
| | * | |
| ANTHONY CLARK, et al. | * | |
| | * | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Please take notice that the undersigned counsel for Plaintiff has electronically filed using the CM/ECF system, and service by United States mail first class postage prepaid on this date, served on counsel for the Defendant, the following discovery pleadings:

X    **Plaintiff's Interrogatories and Request for Production of Documents to Defendant, Hollis & Spann, Inc.**

Done this the 4th day of January, 2007.

Respectfully submitted,

/s/ Will G. Phillips
WILL G. PHILLIPS (PHI044)
Attorney for Plaintiff

OF COUNSEL:

GREENE & PHILLIPS ATTORNEYS AT LAW, L.L.C.
50 North Florida Street
Mobile, AL  36607
(251) 478-1115
(251) 471-3920 – FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the <u>4th</u> day of <u>January,</u> <u>2007</u>, I electronically filed the foregoing with Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and by placing a copy of same in United States Mail, properly addressed and first-class postage prepaid, as follows:

Steven K. Herndon, Esq.
Matthew Y. Beam, Esq.
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, Suite 904
P.O. Box 4190 (36103)
Montgomery, Alabama 36104

*/s/ Will G. Phillips*
WILL G. PHILLIPS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JENNIE COURTNEY,                          *
AS ADMINISTRATRIX OF THE        *
ESTATE OF DENNIS COURTNEY,   *
DECEASED,                                      *
                                                        *
            PLAINTIFF,                          *        CIVIL ACTION NO.:
                                                        *           2:06-CV-00600-MHT
                                                        *        (Removed from the Circuit Court of
v.                                                       *         Covington County, AL; CV-06-110)
                                                        *
ANTHONY CLARK, et al.                *
                                                        *

## PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT, HOLLIS AND SPANN, INC.

COMES NOW the Plaintiff in the above styled cause, pursuant to the *Federal Rules of Civil Procedure* and propounds the following First Interrogatories and First Requests for Production of Documents to the Defendant, HOLLIS AND SPANN, INC. to be answered and responded to fully and completely within the time required by the law.

## DEFINITIONS AND INSTRUCTIONS

1.      The term "you" and "your" shall mean and refer to each of the defendants, their agents, employees or subsidiaries.

2.      The term "person" or "persons" shall mean all entities, including but not limited to, all individuals, associations, companies, partnerships, joint ventures, corporations, trusts, estates, public agencies, departments, bureaus, and boards.

3.      The term "identify" when used with respect to an individual, means to state the full name and present or last known address including telephone

1

11.    Produce a true, correct and correct copy of any citations and/or penalties

imposed on this Defendant as a result of the incident made the basis of this

suit by any regulatory or law enforcement agency.

**RESPONSE:**


12.    Produce a true, correct and complete copy of any investigative report

produced by any regulatory or law enforcement agency as a result of the

incident made the basis of this lawsuit.

**RESPONSE:**


13.    Produce a true, correct and complete copy of any and all electronic e-mail

files, word processing files, spreadsheet files, and any other electronic

files in this Defendant's possession, custody or control regarding or

relating to the Covington County jail facility project located in Covington

County, Alabama.

**RESPONSE:**

GREENE & PHILLIPS, L.L.C.
Attorneys for Plaintiff


BY: */s/ Will G. Phillips*_____
WILL G. PHILLIPS (philw3586)
J. DAVID GREENE (grej7511)
BRITT V. BETHEA (bethb9988)
50 N. Florida Street
Mobile, Alabama 36607
(251) 478-1115 – Telephone
(251) 471-3920 – Facsimile
E-Mail: wgphillips@greenephillips.com

13

jdgreene@greenephillips.com
bbethea@greenephillips.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 4th day of January, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed and postage prepaid to:

Steven K. Herndon, Esq.
Matthew Y. Beam, Esq.
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, Suite 904
P.O. Box 4190 (36103)
Montgomery, Alabama 36104

/s Will G. Phillips
WILL G. PHILLIPS

14