# EXHIBIT "B"

# CERTIFICATE OF SUBSTANTIAL COMPLETION

AIA DOCUMENT G704

Distribution to:
OWNER ☐
ARCHITECT ☐
CONTRACTOR ☐
FIELD ☐
OTHER ☐

PROJECT: Covington County Jail
(name, address) Andalusia, Alabama

ARCHITECT: Seymour & Lisenby Architects

ARCHITECT'S PROJECT NUMBER: 9305

TO (Owner):
Covington County Commission
P. O. Box 188
Andalusia, Alabama  36420

CONTRACTOR: Hollis & Spann, Inc.

CONTRACT FOR: General construction

CONTRACT DATE: 2/13/95

DATE OF ISSUANCE: April 1, 1995

PROJECT OR DESIGNATED PORTION SHALL INCLUDE: Jail Building

The Work performed under this Contract has been reviewed and found to be substantially complete. The Date of Substantial Completion of the Project or portion thereof designated above is hereby established as March 27, 1996 which is also the date of commencement of applicable warranties required by the Contract Documents, except as stated below

## DEFINITION OF DATE OF SUBSTANTIAL COMPLETION

The Date of Substantial Completion of the Work or designated portion thereof is the Date certified by the Architect when construction is sufficiently complete, in accordance with the Contract Documents, so the Owner can occupy or utilize the Work or designated portion thereof for the use for which it is intended, as expressed in the Contract Documents.

A list of items to be completed or corrected, prepared by the Contractor and verified and amended by the Architect, is attached hereto  The failure to include any items on such list does not alter the responsibility of the Contractor to complete all Work in accordance with the Contract Documents  The date of commencement of warranties for items on the attached list will be the date of final payment unless otherwise agreed to in writing.

Seymour & Lisenby Architects
ARCHITECT                    BY                              DATE 4/1/96

The Contractor will complete or correct the Work on the list of items attached hereto within   seven (7)   days from the above Date of Substantial Completion.

Hollis & Spann, Inc.
CONTRACTOR                   BY                              DATE 4/2/96

The Owner accepts the Work or designated portion thereof as substantially complete and will assume full possession thereof at  12:01 AM  (time) on  April 4, 1996  (date)

Covington County Commission
OWNER                        BY                              DATE

The responsibilities of the Owner and the Contractor for security, maintenance, heat, utilities, damage to the Work and insurance shall be as follows:
(Note—Owner's and Contractor's legal and insurance counsel should determine and review insurance requirements and coverage; Contractor shall secure consent of surety company, if any)

The Owner assumes responsibility for the above.