# EXHIBIT "C"

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )             SESSION HELD JUNE 10-14, 1996

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 244 |
| TRUE BILLS | 126 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 64 |
| NO BILLS | 33 |
| CONTINUED | 21 |

**COVINGTON COUNTY COURTHOUSE:**

Upon our inspection of the Covington County Courthouse, we recommend the following:

1.    Paint or replace ceiling tiles.

2.    Provide additional space for storage of documents.

3.    Arrange for a different holding room in Sheriff's office for persons being held for mental evaluation and/or commitment.

4.    Install an elevator to replace the chair lift.

**COVINGTON COUNTY BOARD OF EDUCATION:**

The Covington County Board of Education building was inspected.  We found every office to be neat and clean and the guide was informative and helpful.  We make the following recommendations:

1

1.    Paint or stripe lines in the parking lot.

2.    Repair or replace leaking roof.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.    Enlarge medical room.

2.    Repair showers, possibly by building them up, in order to prevent water from leaking out.

3.    Install cover over cord stretched across the hall to the drink machines or re-route it.

4.    Provide additional control room personnel where there will be two persons on duty.

5.    Build shelves in the first aid room to hold medical supplies and medicines.

The audit reports from the State of Alabama, Department of Examiners of Public Accounts for the Office of South Central Alabama Mental Health Board, Inc., dated September 30, 1994; Office of South Central Alabama Mental Health Board, Inc., dated September 30, 1995; and Covington County Board of Education, Covington County, Alabama, for October 1, 1992 through September 30, 1995, were reviewed and approved.

Respectfully submitted this the 14th day of June, 1996.

_____
FOREMAN

ATTEST: _____
SECRETARY

2

STATE OF ALABAMA )          REPORT OF GRAND JURY

COVINGTON COUNTY )      SESSION HELD SEPTEMBER 16-20, 1996

     We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 248 |
| TRUE BILLS | 141 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 21 |
| NO BILLS | 62 |
| CONTINUED | 24 |

## COVINGTON COUNTY COURTHOUSE:

     Upon our inspection of the Covington County Courthouse, we recommend the following:

    1.   Hold auctions for disbursing surplus items more frequently.

    2.   Demolish old jail and construct new office building with adjoining covered walkway to courthouse to house all non-judicial offices.

    3.   Replace ceiling tiles and paint the outside of windows.

    4.   Provide additional space for storage of documents.

    5.   Approve funding for micro-imaging machine and hardware.

    6.   Provide additional office space for the District Attorney's office including an interview room.

**FILED IN OFFICE**

1

SEP 2 0 1996

CLERK

7.    Provide an electronic system, including video cassette copier and audio system, to record statements and for use in the courtroom to play tapes for juror.

8.    Renovate the second floor of the annex building for the Sheriff's office.

9.    Provide additional space for the Probate Office to handle tag renewal.

10.    Provide additional parking spaces for courthouse employees.

COVINGTON COUNTY BOARD OF EDUCATION:

The Covington County Board of Education building was inspected. We make the following recommendation:

1.    Repair or replace leaking roof.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.    An additional twelve to fifteen passenger van for transportation of inmates.

2.    Provide funding for additional overtime pay for jailers.

3.    Provide funding for additional jailers.

4.    Implement a lock down for female inmates.

5.    Funding for additional cars for Sheriff's deputies.

6.    Raise pay scale for jailers.

**FILED IN OFFICE**

2

SEP 2 0 1996

*Roy A Power*

CLERK

The audit reports from the State of Alabama, Department of Examiners of Public Accounts for the Office of Revenue Commissioner, regular assessments dated October 1, 1992 through September 30, 1994, regular collections dated June 4, 1993 through May 19, 1995, manufactured homes collections dated June 1, 1993 through May 31, 1995; Office of Covington County Commission, dated October 1, 1993 through September 30, 1995; Douglas MacArthur State Technical College, dated October 1, 1994, through September 30, 1995, and Lurleen B. Wallace State Jr. College, dated October 1, 1994 through September 30, 1995 were reviewed and approved.

Respectfully submitted this the 20th day of September, 1996.

_____
FOREMAN

ATTEST: _____
SECRETARY

**FILED IN OFFICE**

3

SEP 2 0 1996

FILED IN OFFICE

DEC 1 2 1996

*Roy A Powell*
CLERK

STATE OF ALABAMA )       REPORT OF GRAND JURY

COVINGTON COUNTY )     SESSION HELD DECEMBER 9-13, 1996


We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 151 |
| TRUE BILLS | 77 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 28 |
| NO BILLS | 34 |
| CONTINUED | 12 |

COVINGTON COUNTY COURTHOUSE:

Upon our inspection of the Covington County Courthouse, we recommend the following:

1.   Hold auctions for disbursing surplus items more frequently.

2.   Demolish old jail and construct new office building with adjoining covered walkway to courthouse to house all non-judicial offices.

3.   Replace ceiling tiles and paint the outside of windows.

4.   Provide additional space for storage of documents.

5.   Approve funding for micro-imaging machine and hardware.

6.   Provide additional office space for the District Attorney's office including an interview room.

1

7.    Provide an electronic system, including video cassette copier and audio system, to record statements and for use in the courtroom to play tapes for juror.

8.    Renovate the second floor of the annex building for the Sheriff's office.

9.    Provide additional space for the Probate Office to handle tag renewal.

10.    Provide additional parking spaces for courthouse employees and visitors.

11.    Provide new heating and cooling system.

COVINGTON COUNTY BOARD OF EDUCATION:

The Covington County Board of Education building was inspected. We make the following recommendation:

1.    Repair or replace leaking roof.

2.    Request Covington County Commission consider increased funding.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.    An additional twelve to fifteen passenger van for transportation of inmates.

2.    Provide funding for additional overtime pay for jailers.

3.    Provide funding for additional jailers.

4.    Implement a lock down for female inmates.

**FILED IN OFFICE**

DEC 1 2 1996

*Roy A Powell*
CLERK

2

5.    Funding for additional cars for Sheriff's deputies.

6.    Raise pay scale for jailers.

7.    Alarm system connected to sheriff's office in case of a riot or uprising among the prisoners.

Respectfully submitted this the 12th day of December, 1996.

_____
FOREMAN

ATTEST: _____
SECRETARY

**FILED IN OFFICE**

DEC 1 2 1996

CLERK

3

STATE OF ALABAMA )             REPORT OF GRAND JURY

COVINGTON COUNTY )        SESSION HELD FEBRUARY 10-13, 1997


    We, the Grand Jury of Covington County, respectfully file

with Your Honor this report of our deliberations during this

active session:

        PRESENTMENTS                                    112

        TRUE BILLS                                       78

        DISPOSED OF PRIOR TO CONVENING OF GRAND JURY      2

        NO BILLS                     **FILED IN OFFICE**  29

        CONTINUED                                          3

                                    FEB 1 3 1997

                                    _Roy A Powe_    CLERK

COVINGTON COUNTY COURTHOUSE:

    Upon our inspection of the Covington County Courthouse, we

recommend the following:

    1.   Renovate old jail into new office building with

adjoining covered walkway to courthouse to house all non-

judicial offices.

    2.   Provide additional space for storage of documents with

immediate attention given to court reporters office.

    3.   Approve funding for micro-imaging hardware and upgrade

of machine.

    4.   Provide additional office space for the District

Attorney's office including an interview room and witness room.

                                1

Suggest use of old library directly behind District Attorney's office.

5.    Provide an electronic system, including video cassette copier and audio system, to record statements and for use in the courtroom to play tapes for jurors and P.A. system for use in grand jury courtroom.

6.    Close in rotunda second floor area for additional office space or courtroom.

7.    Repair plumbing in utility room adjacent to probate office.

8.    Install elevator to replace chair lift.

9.    Provide for moving of license and tag renewals to location other than the courthouse.

COVINGTON COUNTY BOARD OF EDUCATION:

The Covington County Board of Education building was inspected.  We make the following recommendation:.

1.    Provide funding for replacement of leaking roof.

2.    Request Covington County Commission consider funding of audiologist position.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.    Provide funding for additional jailers.

2.    Funding for additional cameras for recreational area.

The audit reports from the State of Alabama, Department of Examiners of Public Accounts for the Office of Judge of

2

Probate, Covington County, dated October 1, 1994 through
September 30, 1995; Lurleen B. Wallace State Junior College,
dated October 1, 1995 through September 30, 1996; and
Blankenship, Lamar, Gilliland & Hicks Certified Public
Accountants report for South Central Alabama Mental Health Board,
Inc., Andalusia, Alabama, dated September 30, 1996 were reviewed
and approved.

Respectfully submitted this the 13th day of February, 1997.

_____
FOREMAN

ATTEST: _____
SECRETARY

**FILED IN OFFICE**

FEB 1 3 1997

_____ CLERK

3

STATE OF ALABAMA )              REPORT OF GRAND JURY

COVINGTON COUNTY )              SESSION HELD JUNE 9-13, 1997


    We, the Grand Jury of Covington County, respectfully file
with Your Honor this report of our deliberations during this
active session:

| | |
|---|---|
| PRESENTMENTS | 212 |
| TRUE BILLS | 128 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 38 |
| NO BILLS | 37 |
| CONTINUED | 9 |

FILED IN OFFICE

JUN 1 3 1997

*Royal A. Powers*   CLERK

COVINGTON COUNTY COURTHOUSE:

    Upon our inspection of the Covington County Courthouse, we
recommend the following:

    1.   Continue working on storage and office space problems.

    2.   Consider renting the building across the street (old
Powell, Peek & Weaver Office) for storage of old documents and
files from the basement and third floor as well as books in the
old library.

    3.   The Sheriff's Department should move to the new
administrative building at the jail.

    4.   Repair Sheriff's Department offices before any future
use.

    5.   Move Youth Services and related services together –

1

maybe to the Sheriff's Department.

    6.    Fix the electronic system, including audio system in the courtroom and P.A. system.

    7.    Improve air conditioning system with a thermostat control panel.


COVINGTON COUNTY BOARD OF EDUCATION:

    The Covington County Board of Education building was inspected. We make the following recommendation:

    We request Covington County Commission consider increasing the funding to the Covington County Board of Education.


COVINGTON COUNTY JAIL:

    The Covington County Jail was inspected and we recommend the following:

    1.    The new sewage lines need to be inspected and corrections made due to the odors.

    2.    That a surveillance camera be installed in the lobby.


OLD COVINGTON COUNTY JAIL BUILDING:

    Due to the infectious conditions and the years of the build up of raw sewage in the building and the grounds, we recommend a demolition crew to remove the old jail building completely. This site could then be used for parking space or for a new building.


2

COVINGTON COUNTY COMMISSION:

We recommend that the Commission extend the water lines to the County line, if the citizens want the water.

The audit reports from the State of Alabama, Department of Examiners of Public Accounts for the Douglas MacArthur State Technical College, Opp, Alabama, dated October 1, 1995 through September 30, 1996; Covington County Board of Education, dated October 1, 1995 through September 30, 1996, were reviewed and approved.

Respectfully submitted this the 13th day of June, 1997.

Susan Dee
FOREMAN

3

STATE OF ALABAMA )           REPORT OF GRAND JURY

COVINGTON COUNTY )           SESSION HELD SEPTEMBER 15-19, 1997

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 213 |
| TRUE BILLS | 92 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 60 |
| NO BILLS | 35 |
| CONTINUED | 26 |

**FILED IN OFFICE**

SEP 1 9 1997

*Roy A. Ponce*

CLERK

COVINGTON COUNTY COURTHOUSE:

Based on our examination of the Covington County Courthouse, we recommend the following:

1. Raze the old jail and either rebuild new office space or create additional courthouse parking.

2. An enclosed area is needed at the courthouse for the secure loading and unloading of prisoners.

3. A roadway should be completed behind the courthouse connecting Crescent Street with North Cotton Street.

4. The electronic system in the main courtroom needs repair, including the audio and public address systems.

5. Based on our discussions with the various officers in the courthouse, there is a

need for additional office space. We understand that with the completion of the administration building at the jail, part of this problem will be rectified.

6. We recommend that a fire alarm system be installed in the courthouse.

## COVINGTON COUNTY BOARD OF EDUCATION:

Based on our examination of the Board of Education building , we recommend the following:

7. The roof over the gymnasium area of the building is in need of repair.

8. A stop sign is needed at the southwest corner of the building. This is a blind corner for intersecting traffic.

## COVINGTON COUNTY JAIL:

Based on our examination of the Covington County Jail, we recommend the following:

9. The sheriff has indicated a need for more manpower. This situation should be investigated and resolved accordingly.

10. A rotating surveillance camera is needed at the northeast corner of the parking lot.

11. Some protective covering (i.e., an awning or portico) is needed over the area where prisoners are loaded and unloaded.

12. The air conditioning at the new jail needs to be checked to ensure proper operation.

13. An examination room should be established in existing space so that medical personnel may examine prisoners with medical needs.

14. The waste dumpster needs to be relocated further away from the building (approximately thirty feet).

2

**FILED IN OFFICE**

**SEP 1 9 1997**

CLERK

The audit report from the State of Alabama, Department of Examiners of Public Accounts for Gantt Volunteer Fire Department, Covington County, Alabama, dated January 1, 1989 through December 31, 1995, was reviewed and approved. The audit report on the Florala Airport Authority Special Review, Florala, Alabama, dated January 1, 1992, through December 31, 1995, was reviewed. We recommend a formal investigation and understand that the Alabama Bureau of Investigation has been contacted regarding this matter.

Respectfully submitted this the 19th day of September, 1997.

FOREMAN

SECRETARY

3

**FILED IN OFFICE**

SEP 1 9 1997

CLERK

FILED IN OFFICE

DEC 1 1 1997

*Roy A Powell*
CLERK

STATE OF ALABAMA )                      REPORT OF GRAND JURY

COVINGTON COUNTY )             SESSION HELD DECEMBER 8-11, 1997


We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 218 |
| TRUE BILLS | 111 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 56 |
| NO BILLS | 24 |
| CONTINUED | 26 |
| VOID | 1 |

COVINGTON COUNTY COURTHOUSE:

Based on our examination of the Covington County Courthouse, we recommend the following:

1.    Tear down the old jail.

2.    Provide an adequate heat system.

3.    Repair the walls in the Sheriff's Department: there are holes and leaks when it rains.

4.    The electronic system in the main courtroom needs repairs, including the audio and public address systems.

5.    Provide additional office space for the District Attorney's Office, including an

interview room and a witness room.

6.    We recommend that a fire alarm system be installed in the courthouse.

7.    The ceiling in the main courtroom needs to be repaired.

8.    Install an elevator for the disabled.

9.    Provide additional storage space for all offices in the Courthouse

COVINGTON COUNTY BOARD OF EDUCATION:

Based on our examination of the Board of Education building, we recommend the
following:

1.    County and City alternative schools should be separated.

2.    Based on our conversations with employees at the central office, the county
      schools, especially Straughn, need more adequate facilities.

COVINGTON COUNTY JAIL:

Based on our examination of the Covington County Jail, we recommend the following:

1.    The Sheriff's Department is seriously understaffed.  They should investigate and
      resolve this situation accordingly.

2.    A rotating surveillance camera is needed in the lobby area.

3.    There is a need for a larger booking room.

4.    The walls need washing.  We recommend that the prisoners do this.

5.    Not all of the exit signs were lighted.  OSHA Rules (29-CFR-1910) requires them
      to be lighted.

2

6.    We recommend that <u>all</u> of the prisoners work and pay $2.00 a day for the board and keep.

Respectfully submitted this the 11th day of December, 1997.

*James V. Enson*
FOREMAN

*Valli B. Powell*
SECRETARY

3

STATE OF ALABAMA )          REPORT OF GRAND JURY

COVINGTON COUNTY )       SESSION HELD FEBRUARY 9-12, 1998

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 161 |
| TRUE BILLS | 94 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 15 |
| NO BILLS | 27 |
| CONTINUED | 25 |

COVINGTON COUNTY COURTHOUSE:

Based on our examination of the Covington County Courthouse, we recommend that the following changes be made:

**FILED IN OFFICE**

**FEB 1 2 1998**

*Roy A Powell*
CLERK

1.    New chairs in the Revenue Commission office.

2.    New heating and cooling units for the entire courthouse.

3.    Repair steps leading from the back door of the sheriff's office (loose).

4.    Fix the old leak spots on the ceilings throughout the courthouse.

5.    Clean ALL air vents and fans in bathrooms.

6.    Repaint doors and casings.

7.    Repair and paint plaster in County Commission office.

8.    Provide the new half circle keyboards to the people who type.

9.     Repaint trim work in the foyer.

10.    Fix slippery steps leading into courthouse.

11.    Clean the carpet in the sheriff's office.

12.    Replace walls in sheriff's office that leak.

13.    Fix falling ceiling tile in ladies bathroom upstairs.

14.    Install a new elevator for the disabled.

15.    Wall up the cells in the old jail and assign each department in the courthouse a room for storage or remodel or rebuild the old jail for new office space and storage.

COVINGTON COUNTY BOARD OF EDUCATION:

Based on our examination of the Board of Education building, we found the following:

1.     That the base boards need to be repainted.

2.     That in the hallways and gym, there are leakage spots on the ceiling that need repair or replacement.

COVINGTON COUNTY JAIL:

Based on our examination of the Covington County Jail, we recommend the following:

1.     Improve communication accessibility in the meeting area for the inmates and visitors.

2.     Provide additional chairs in the visitors waiting room.

2.     Provide additional employees.

2

The Audit Report from the State of Alabama, Department of Examiners of Public

Accounts for the Office of the District Attorney, 22nd Judicial Circuit, Covington County,

Alabama, dated October 1, 1994 through July 31, 1997,  was reviewed and approved.

Respectfully submitted this the 12th day of February, 1998.

_____
FOREMAN

_____
SECRETARY

3

FILED IN OFFICE

STATE OF ALABAMA )

COVINGTON COUNTY )

REPORT OF GRAND JURY

SESSION HELD JUNE 8-12, 1998

JUN 1 2 1998

*Roy A Power*

CLERK

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 385 |
| TRUE BILLS | 183 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 68 |
| NO BILLS | 82 |
| CONTINUED | 52 |

COVINGTON COUNTY COURTHOUSE:

We found that all offices need repair from top to bottom, including additional office equipment and space. Based on our examination of the Covington County Courthouse, we recommend that the following changes be made:

1.  Additional office space for the Sheriff's office, including file room.

2.  Additional space for the Clerk's office for personnel as well as files due to records having to be kept for seventy-five (75) years.

3.  Construct railings on other side of the stairs leading up to the courtrooms on the second floor.

4.  Repair steps coming from back of Sheriff's office.

5.  Tear old jail down for additional parking space.

6.  Install larger elevator for the disabled.

7.  Youth Services' offices need renovating.

8.  Bathrooms need more toilets. All need to be unlocked.

9.  That the District Attorney's office use the law library for additional office space and a record room.

## COVINGTON COUNTY BOARD OF EDUCATION:

Covington County Board of Education needs to know a week in advance prior to the Grand Jury visit to be prepared.

## COVINGTON COUNTY JAIL:

Based on our examination of the Covington County Jail, we recommend the following:

1.  Provide additional employees for increased manpower.

2.  We feel that someone is not doing adequate job of locking down inmates which is contributing to the escapes. We recommend that this be looked into and corrected.

The Audit Reports from the State of Alabama, Department of Examiners of Public Accounts for the Office of the Circuit and District Courts , Covington County, Alabama, dated October 1, 1994 through September 30, 1997, Lurleen B. Wallace Junior College, Andalusia, Alabama, dated October 1, 1996 through September 30, 1997, Office of Revenue Commission, Covington County, Alabama, Ad Valorem Tax Assessments October 1, 1994 through September 30, 1996 and Ad Valorem Tax Collections, May 20, 1995 through June 5, 1997, Douglas MacArthur State Tecnical College, Opp, Alabama, dated October 1, 1996 through September 30, 1997, and South Central Alabama Mental Health Board, Inc., financial statements dated September 30, 1997, were reviewed and approved.

Respectfully submitted this the 12th day of June, 1998.

_Lathonius Edwards_
FOREMAN

_Waylon L Jones_
SECRETARY

2

FILED IN OFFICE

JUN 1 2 1998

_Roy A Power_
CLERK

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )            SESSION HELD SEPTEMBER 14 - 18, 1998

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 260 |
| TRUE BILLS | 151 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 48 |
| NO BILLS | 22 |
| CONTINUED | 36 |
| VOIDED | 3 |

FILED IN OFFICE

SEP 1 8 1998

COVINGTON COUNTY COURTHOUSE

CLERK

We found that all offices need repair from top to bottom, including additional office

equipment and space. Based on our examination of the Covington County Courthouse, we

recommend that the following changes be made:

1.      Need to monitor air conditioning systems and make sure they are working

        properly at all times.

2.      Repair leaks which are causing ceiling tiles to spot.

3.      Repaint doors and casings.

4.      Old jail should be demolished or sold for enough money for construction of

        parking deck.

5.      Install elevator for the disabled.

6.      Court reporters offices need to be provided with adequate storage space.

7.      District Attorney's Office should use the law library for additional office space

and record room.

8. Some of the chairs and/or seats in the audience area of the District Courtroom should be recovered.

9. Investigate unsafe work spaces in several offices due to inadequate file space.

10. Investigate violation of fire code in District Attorney's office and other offices due to lack of space.

COVINGTON COUNTY BOARD OF EDUCATION:

Covington County Board of Education was inspected and we recommend the following:

1. Wasted space needs to be utilized for office space and/or storage..

2. Building needs minor repairs.

COVINGTON COUNTY JAIL:

Based on our examination of the Covington County Jail, we recommend the following:

1. Need to check and repair air conditioning system due to condensation accumulation.

2. Need to provide six (6) additional jailers.

3. Need to wear gloves during food preparation.

The Audit Report from the State of Alabama, Department of Examiners of Public Accounts for the Department of Human Resources, dated October 1, 1994 through September 30, 1997, was reviewed and approved.

Respectfully submitted this the 18th day of September, 1998.

_Bob O'Neal_    SECRETARY

_[signature]_
FOREMAN

2

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )          SESSION HELD DECEMBER 7-10, 1998

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 208 |
| TRUE BILLS | 104 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 31 |
| NO BILLS | 31 |
| CONTINUED | 42 |

COVINGTON COUNTY COURTHOUSE

We found that all offices need repair from top to bottom, including additional office

equipment and space.  Based on our examination of the Covington County Courthouse, we

recommend that the following changes be made:

1.    Repair leaks which are causing ceiling tiles to spot.

2.    Repaint doors and casings.

3.    Old jail should be demolished or sold for enough money for construction of

parking deck.

4.    Court reports offices need to be provided with adequate storage space.

5.    District Attorney's Office should use the law library for additional office space

and record room.

6.    Some of the chairs and/or seats in the audience area of the District Courtroom

should be recovered.

1

**FILED IN OFFICE**

DEC 1 0 1998

7.    Investigate unsafe work spaces in several offices due to inadequate file space.

8.    Investigate violation of fire code in District Attorney's office and other offices due to lack of space.

9.    Additional space for the clerk's office for personnel as well as files due to records having to be kept for seventy-five (75) years.

10.   Construct railings on other side of the stairs leading up to the courtroom on the second floor.

11.   Repair steps coming from back of Sheriff's office.

12.   Install larger elevator for the disabled.

13.   Youth Services offices need renovating.

14.   Bathrooms need more toilets. All need to be unlocked.

15.   Add on to the courthouse at rear for additional office space.

16.   Leaks in District Attorney's office and records room ceiling in the Probate Office needs to be repaired.

COVINGTON COUNTY BOARD OF EDUCATION:

Covington County Board of Education was inspected and we recommend the following:

1.    Wasted space needs to be utilized for office space and/or storage..

2.    Building needs minor repairs.

3.    Install adequate lighting.

4.    Repair bathrooms.

5.    Do major renovations on the building.

**FILED IN OFFICE**

2

DEC 1 0 1998 ₚₕ

*Royal A. Power*

CLERK

COVINGTON COUNTY JAIL:

Based on our examination of the Covington County Jail, we recommend the following:

1.    Need to check and repair air conditioning system due to condensation

accumulation.

2.    Need to provide six (6) additional jailers.

3.    Need to wear gloves during food preparation.

4.    Need to have three (3) process servers.

5.    Need to have a staff of fourteen (14) deputies.

6.    Repair roof leaks caused from air conditioning problem.

7.    Provide cameras in yard.

8.    Have contractors repair roof and finish what was started.

The Audit Report from the State of Alabama, Department of Examiners of Public

Accounts for Covington County Board of Education, October 1, 1996 through September 30,

1997, and Office of Sheriff of Covington County, February 1, 1995 through September 30, 1997,

were reviewed and approved.

Respectfully submitted this the 10th day of December, 1998.

_Eddie Parker, Jr._
FOREMAN

_Linda Chambless_ SECRETARY

**FILED IN OFFICE**

3

DEC 1 0 1998

_Roy A Powe_
CLERK

STATE OF ALABAMA )　　　　　REPORT OF GRAND JURY

COVINGTON COUNTY )　　　　　SESSION HELD FEBRUARY 8 - 11, 1999

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 227 |
| TRUE BILLS | 136 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 33 |
| NO BILLS | 41 |
| CONTINUED | 17 |

COVINGTON COUNTY COURTHOUSE

We found that all offices except EMA, Department of Youth Services and District Judge

need repair from top to bottom, including additional office equipment and space.  Based on our

examination of the Covington County Courthouse, we recommend that the following changes be

made:

1.　　Replace spotted  ceiling tiles.

2.　　Repaint doors and casings.

3.　　Court reporters' offices need to be provided with adequate storage space and

　　　encouraged to use new technology to reduce need for same.

4.　　District Attorney's Office should use the law library for additional office space

　　　and record room.

5.　　Some of the chairs and/or seats in the audience area of  the District Courtroom

1

**FILED IN OFFIC**

FEB 1 1 1999

*Roy A. Powe...*

CLERK

should be repaired or replaced.

6.    Investigate unsafe work spaces in several offices due to inadequate file space.

7.    Building should be checked for fire code violations and violations corrected.

8.    Additional space for the Circuit Clerk's office for personnel as well as files due to records having to be kept for seventy-five (75) years.

9.    Construct railings on other side of the stairs leading up to the courtroom on the second floor.

10.   Clean spots behind juror box and install plexiglass as protective cover

11.   Review courthouse security.

12.   Move outdated files to storage in other buildings.

13.   Bathrooms need more toilets.

14.   Add on to the courthouse at rear for additional office space.

15.   Insure compliance with Federal Disabilities Act.

16.   Need to repair and/or install and/or maintain temperature control of building.


COVINGTON COUNTY BOARD OF EDUCATION:

Covington County Board of Education was inspected and we recommend the following:

1.    Minor cosmetic changes at the discretion of staff and employees, and/or as budgeted funds will allow.


COVINGTON COUNTY JAIL:

Based on our examination of the Covington County Jail, we recommend the following:

**FILED IN OFFICE**

2

FEB 1 1 1999

*Roy A. Powell*

**CLERK**

1.   Need to check and repair air conditioning system due to condensation accumulation.

2.   Need to provide five (5) additional jailers. This would reduce overtime of $30,000.00 to $40,000.00 per year and jailer retention would be enhanced.

3.   Need to wear gloves during food preparation.

4.   Transport van needs to be deodorized.

5.   Multi purpose room needs cleaning daily.

6.   Property room needs additional space and deodorizing.

7.   Firearm security box number three needs lock repaired.

8.   Trustee dorm needs ventilator repaired.

9.   Costs for telephone calls too high.

10.  Latches on food service carts need to be repaired or replaced.

11.  Broken window in A Block needs to be replaced.

12.  Need to increase inmates time period in the yard.

13.  Eliminate free meals for sheriff's personnel at the jail.

14.  Provide newspapers to inmates ( either day old ones or excess ).

15.  Correct sewage problem in D Block.

16.  Put all of sheriff's files in same location.

ADMINISTRATIVE BUILDING

The Administrative building was inspected and we recommend the following:

1.   Need visible name plates on offices that can be seen down the hall.

2.   Need diagram at front door designating the location of offices.

3

FILED IN OFFICE

FEB 1 1 1999

Case 2:06-cv-00600-MHT-WC     Document 58     Filed 01/08/2007     Page 34 of 137

)                                    )

3.        Need evidence room and storage room at this facility.

The Audit Report from the State of Alabama, Department of Examiners of Public

Accounts for Covington County Commission , October 1, 1995 through September 30, 1996,

and October 1, 1996 through September 30, 1997, were reviewed and approved.

Respectfully submitted this the 11th day of February, 1999.

FOREMAN

_Carolyn N. Davis_     SECRETARY

FILED IN OFFICE

FEB 1 1 1999

CLERK

4

STATE OF ALABAMA )             REPORT OF GRAND JURY

COVINGTON COUNTY )         SESSION HELD JUNE 7 - 11, 1999

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 299 |
| TRUE BILLS | 147 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 83 |
| NO BILLS | 64 |
| CONTINUED | 5 |

COVINGTON COUNTY COURTHOUSE

We found that all offices except EMA, Department of Youth Services and District Judge

need repair from top to bottom, including additional office equipment and space. Based on our

examination of the Covington County Courthouse, we recommend that the following changes be

made:

1. Replace spotted ceiling tiles.

2. Repaint doors and casings that haven't been painted.

3. Court reporters' offices need to be provided with adequate storage space and

   encouraged to use new technology to reduce need for same.

4. Consider the District Attorney's Office using law library for additional office

   space.

FILED IN OFFICE

JUN 11 1999

*Royal A. Powell*

CLERK

1

5.    Some of the chairs and/or seats in the audience area of the District Courtroom should be repaired or replaced.

6.    Investigate unsafe work spaces in several offices due to inadequate file space.

7.    Building should be checked for fire code violations and violations corrected.

8.    Additional space for the Circuit Clerk's office for personnel as well as files due to records having to be kept for seventy-five (75) years.

9.    Clean spots behind juror box and install plexiglass as protective cover

10.    Review courthouse security.

11.    Move outdated files to storage in other buildings.

12.    Bathrooms need more toilets.

13.    Add on to the courthouse at rear for additional office space.

14.    Insure compliance with Federal Disabilities Act.

15.    Need to repair and/or install and/or maintain temperature control of building.

COVINGTON COUNTY BOARD OF EDUCATION:

Covington County Board of Education was inspected and we recommend the following:

1.    Minor cosmetic changes at the discretion of staff and employees, and/or as budgeted funds will allow.

COVINGTON COUNTY JAIL:

Based on our examination of the Covington County Jail, we recommend the following:

1.    Property room needs additional space.

2.    Firearm security box number three needs lock repaired.

2

3.    Trustee dorm needs ventilator repaired.

4.    Costs for telephone calls too high.

5.    Latches on food service carts need to be repaired or replaced.

6.    Broken window in A Block needs to be replaced.

7.    Need to increase inmates time period in the yard.

8.    Provide newspapers to inmates ( either day old ones or excess ).

9.    Correct sewage problem in D Block.

10.    Put all of sheriff's files in same location.

11.    Install exit lights out in the area were new inmates are processed.

12.    Repair broken glass in the door of the main cell block.

13.    Increase the budget for the operation of the jail.

14.    No additional people have been hired as jailers as the February Grand Jury recommended. We recommend that the salary of the jailers be looked into, due to the fast turnover of employees.

15.    The final and most important discrepancy we found was that the Sheriff get $1.75 per day for three meals for the State inmates. This does not cover the expense for the meals and the remainder comes out of the Sheriff's salary. We understand that the county and city inmates get $4.00 a day for each inmate. We think this should be looked into and brought up to our State Representatives.

ADMINISTRATIVE BUILDING

The Administrative building was inspected and we recommend the following:

1.    Need visible name plates on offices that can be seen down the hall.

3

2.    Need diagram at front door designating the location of offices.

3.    Need evidence room and storage room at this facility.

The Audit Report from the State of Alabama, Lurleen B. Wallace Junior College, October 1, 1997, through September 30, 1998, and Office of Judge of Probate, Covington County, Alabama, October 1, 1995 through September 30, 1997, were reviewed and approved.

Respectfully submitted this the 11th day of June, 1999.

_____
FOREMAN

_____ SECRETARY

4

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )            SESSION HELD SEPTEMBER 13-16, 1999

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 182 |
| TRUE BILLS | 101 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 21 |
| NO BILLS | 36 |
| CONTINUED | 24 |

**FILED IN OFFICE**

SEP 1 6 1999

COVINGTON COUNTY COURTHOUSE      *Byrd R Power*

CLERK

Based on our examination of the Covington County Courthouse, we recommend that the

following changes be made:

1.  Renovate entire annex building and move the Probate Judge's Office in its

    entirety . This would free up the entire Courthouse for court purposes.

2.  Repair leaks in the roof/ceiling which are causing ceiling tiles to spot and a health

    hazard associated with mold spore release.

3.  The old jail should be demolished or sold to be removed for partial funds for

    construction of a parking deck.

4.  All old files and case files should be archived in a separate facility or adjacent

    facility to free rooms for additional office space.

1

5.   Evidence room should meet medium security standards to facilitate storage of

dangerous weapons and contraband to include strict limited access to evidence

boxes.

6.   District Attorney's Office should use the law library for additional office space

and record room along with having an additional waiting room for witnesses

separate from the hallway and copy machines.

7.   Investigate unsafe work spaces in several offices due to inadequate file space.

8.   Investigate violation of fire code in District Attorney's Office and other offices

due to lack of space.

9.   Additional space for the Circuit Clerk's office for personnel as well as files due to

records having to be kept for seventy-five (75) years.

10.  Leaks in old library outside the District Attorney's Office and records room

ceiling in the Probate Office need to be repaired.

11.  Clean doors, areas behind juror box and judge's bench and water stains.

12.  Insure compliance with Federal Disabilities Act.

COVINGTON COUNTY BOARD OF EDUCATION:

Covington County Board of Education was inspected and we recommend the following:

1.   Wasted space needs to be utilized for office space and/or storage.

2.   Do major renovations on the building.

3.   Needs roof repaired as soon as possible to avoid water damage to books and

equipment.

4.   "Board of Education" sign is faded and needs replacing. **FILED IN OFFICE**

2

SEP 1 6 1999

*Roy R Powe*

**CLERK**

COVINGTON COUNTY JAIL:

Based on our examination of the Covington County Jail, we recommend the following:

1.    Need to check and repair air conditioning system due to condensation

accumulation.

2.    Need to provide six (6) additional jailers.

3.    Need to wear gloves during food preparation.

4.    Need to have three (3) process servers.

5.    Need to have a staff of fourteen (14) deputies.

6.    Repair roof leaks caused from air conditioning problems.

7.    Provide cameras in Intoxilyzer room.

8.    Have contractors repair roof and finish what was started.

9.    Repair drain back valve as soon as possible at the car wash facility.    Over one

hundred (100) gallons of water per twenty-four (24) hour period continues to be

wasted due to leakage.

The Audit Report from South Central Alabama Mental Health Board, Inc., September

30, 1998 was  reviewed and approved.

Respectfully submitted this the 16th day of September, 1999.

*Imogene B. Peters*
FOREMAN

*Delia  Mizell* SECRETARY

**FILED IN OFFICE**

SEP 1 6 1999

CLERK

3

STATE OF ALABAMA )          REPORT OF GRAND JURY

COVINGTON COUNTY )       SESSION HELD DECEMBER 13-17, 1999

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 200 |
| TRUE BILLS | 116 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 41 |
| NO BILLS | 28 |
| CONTINUED | 15 |

COVINGTON COUNTY COURTHOUSE

1.    We examined the Covington County Courthouse and found that report filed by the September 1999 Grand Jury is still applicable and need not be added to at this time. Work needs to continue addressing the items identified in that report.

COVINGTON COUNTY BOARD OF EDUCATION:

Covington County Board of Education was inspected and we recommend the following:

1.    Possible gas leak in the heating system in the office of Gary Odom needs to be checked.

2.    Repair loose tiles in hallway.

3.    Replace roof over gymnasium.

**FILED IN OFFICE**

**DEC 1 7 1999**

*Roy/ A. Bruce*
              CLERK

COVINGTON COUNTY JAIL:

Based on our examination of the Covington County Jail, we recommend the following:

1.    Front entrances, side court yard and exercise yard need double razor wire.

1

2.      Youth facilities are minimal and need to be increased.

3.      Air conditioning duct work needs insulation to stop sweating and provide

humidity control.

4.      Need five (5) additional security cameras.

5.      Need camera and recorder for intoxilyzer room.

6.      Need additional dispatcher.

The Audit report for Douglas MacArthur State Technical College for October 1,

1997 through September 30, 1998, was reviewed and approved.

Respectfully submitted this the 17th day of December, 1999.

_____
FOREMAN

_____ SECRETARY

FILED IN OFFICE

DEC 1 7 1999

CLERK

2

STATE OF ALABAMA )                 REPORT OF GRAND JURY

COVINGTON COUNTY )          SESSION HELD FEBRUARY 7-10, 2000

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 167 |
| TRUE BILLS | 65 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 49 |
| NO BILLS | 38 |
| CONTINUED | 15 |

COVINGTON COUNTY COURTHOUSE

The Covington County Courthouse was inspected and we recommend the following:

1.    The vacant offices in the courthouse need to be assigned to the Probate Office, Circuit Clerk's office and the District Attorney's Office to alleviate over crowded conditions.

COVINGTON COUNTY BOARD OF EDUCATION:

Covington County Board of Education was inspected and we find the building is in need of repair.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.    Installation of automatic locks for cell doors to be controlled from the pod.

2.    Repair the roof on the left side of sheriff's van.

1

**FILED IN OFFICE**

FEB 1 0 2000

*Roy A. Powell*
CLERK

3.    There needs to be a full-time nurse.

4.    Deputies need more help.

The Audit report for Office of Revenue Commissioner, Covington County,

Alabama, Ad Valorem Tax Assessments: October 1, 1996, through September 30, 1998,

Ad Valorem Tax Collections: June 6, 1997, through June 4, 1999, and Office of Circuit

and District Courts, Covington County, Alabama, October 1, 1997, through September

30, 1999, were reviewed and approved.

We the Grand Jury commend the Opp Police Department for the professionalism

and appearance of their officers presenting cases before the Grand Jury.

We also commend the District Attorney and her staff for their professional

assistance to the Grand Jury.

Respectfully submitted this the 11th day of February, 2000.

*Stephanie A. Smith*
FOREMAN

*Wesley V. Ward* SECRETARY

FILED IN OFFICE

FEB 1 0 2000

*Roy A. Powell*
CLERK

2

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )                   SESSION HELD JUNE 5-9, 2000

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 293 |
| TRUE BILLS | 138 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 86 |
| NO BILLS | 39 |
| CONTINUED | 29 |
| VOID | 1 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we recommend the following:

1.  Count records, especially archival copies of old newspapers, should be stored in a more efficient manner, so as to have easy access to them.  Unless prohibited by statute, arrangements should be made to move the copies to the public library or another area within the county for preservation.

2.  Courthouse offices should be painted in brighter colors.

3.  Carpet should be replaced in courthouse areas with tile for easier cleaning.

4.  Mold was noted around the  air conditioner in the basement, as well as holes in the canvas around the air conditioner. This should be addressed.

5.  Water damage was noted in the main courtroom of the courthouse.  The roof should be repaired immediately.

1

FILED IN OFFICE

JUN 0 9 2000

*Ronald A. Brisson*
CLERK

6.  Remodeling of the courthouse that has been begun should be completed.

7.  Storage of all records in the courthouse offices should be improved, possibly with purchase of more revolving files.

8.  Fire detectors should be placed throughout the courthouse.

9.  The courthouse needs a complete cleaning. Hallways, bathrooms and some offices were found to be dirty and cluttered.

10. Insect extermination should be done on a routine basis to eliminate roaches.

11. Loose tiles in floor and stairs needs to be replaced.

12. Air conditioner in the Revenue Commissioner's Office needs to be repaired.

13. The circuit clerk's office needs a larger area..

14. The stairs which lead to the third floor are steep and are a fire hazard. In the middle room on that floor, cords and pipes are visible and may also constitute a fire hazard.

COVINGTON COUNTY BOARD OF EDUCATION:

Three of the members of the Grand Jury inspected the Covington County Board of Education and reported back to the entire group. Everything looked good except the building needs a new roof. We feel this is a major need. The lighting in the hallway could be replaced, but this was only minor.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.  The glass on the door in the male section for the first cell block on the right

CLERK OF THE OFFICE

JUN 0 9 2000

*Royal A. Ponce*

CLERK

Case 2:06-cv-00600-MHT-WC    Document 58    Filed 01/08/2007    Page 48 of 137

needs repairing.

2.    The light in the juvenile cell block needs repairing.

3.    The amount the state allocates for inmate meals needs to be increased to meet

modern day expenses.

The Covington County Jail was very nice and met our standards, except for these few

problems.

ADMINISTRATIVE BUILDING:

The Administrative Building was inspected and we recommend the following:

1.    More smoke detectors and add sprinklers.

The Audit report for Office of Covington County Commission, October 1, 1997,

through September 30, 1998, Lurleen B. Wallace Junior College, October 1, 1998, through

September 30, 1999,  and Covington County Board of Education, October 1, 1997, through

September 30, 1999.

Respectfully submitted this the 9th day of June, 2000.

_Jerry A. Sheridan_
FOREMAN

_William Pettett_ SECRETARY

FILED IN OFFICE

JUN 0 9 2000

_Roy A. Pouncey_
CLERK

3

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )              SESSION HELD SEPTEMBER 11-15, 2000

     We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 318 |
| TRUE BILLS | 150 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 57 |
| NO BILLS | 42 |
| CONTINUED | 58 |
| VOID | 1 |

**FILED IN OFFICE**

SEP 1 5 2000

*Royal A. Powell*
CLERK

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we recommend the following:

1.    A long term plan for storing records for all offices should be developed.  Consideration

    should be given to implementation of a common reproduction office for microfilming,

    etc.

2.    Offices are crowded.  However, some space is available such as the former EMA office.

    A long term plan should be developed.  Services of an architect may be required.

3.    The facility is in need of some general maintenance (Repair of stairs and water spots on

    ceiling).

4.    Additional restroom facilities are needed for the Courthouse staff.

5.    Access to the third floor needs to be improved.

## COVINGTON COUNTY BOARD OF EDUCATION:

The Covington County Board of Education was inspected and we recommend the following:

1. Replace the roof.

2. Paint the ceiling to cover stains caused by numerous leaks.

## COVINGTON COUNTY ADMINISTRATION BUILDING.

The Covington County Administration building was inspected and we recommend the following:

1. Repair the loose ceiling grid in room # 154.

## COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1. Repair loose floor tile in area outside the kitchen.

2. Repair air conditioning vents that have been damaged from rust and condensation (architectural flaw in the building).

3. Replace shattered glass in A and D Block doors.

4. Need to provide a personal cleaning area in the holding area.

5. Provide a cover for thermostat in the female inmate area.

6. Remove tape and tissue paper from wall outlet or receptacle in hall outside the library.

7. Anchor pews in chapel .

8. Recommend that more money be allocates to provide food for inmates.

9. Overcrowding is a problem and should be addressed.

**FILED IN OFFICE**

SEP 1 5 2000

*Roy A Powell*
CLERK

2

10. Recommend a study in reference to establishing a garden area.

11. Study possibility of providing additional staff.

The Audit report for Office of Covington County Commission, October 1, 1998, through September 30, 1999, Douglas MacArthur State Technical College, October 1, 1998, through September 30, 1999, and South Central Alabama Mental Health Board, September 30, 1999.

Respectfully submitted this the 15th day of September, 2000.

*Amy Bullock*
FOREMAN

*Lynn A. Howe* _____ SECRETARY

**FILED IN OFFICE**

SEP 1 5 2000

CLERK

3

STATE OF ALABAMA )          REPORT OF GRAND JURY

COVINGTON COUNTY )          SESSION HELD DECEMBER 11-15, 2000

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 269 |
| TRUE BILLS | 129 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 54 |
| NO BILLS | 27 |
| CONTINUED | 59 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we recommend the following:

1.     The Covington County Commission should consider a long term project to renovate or build a new facility.

2.     There are over crowded area in all departments. Studies should be made to evaluate possible solutions.

3.     A long term plan for record storage should be implemented.

4.     Update equipment for courtroom use, i.e. video, computers, etc.

5.     Update and modernize the restroom facilities.

6.     General repair and maintenance should receive priority.

7.     Add record storage building behind courthouse.  Each department would have area within building.

1

**COVINGTON COUNTY BOARD OF EDUCATION:**

Three members of the Grand Jury inspected the Covington County Board of Education and reported the following:

1.     Everything looked fine except there is evidence of leaks . A new roof on the building would eliminate this problem. We feel this to be a major need.

**COVINGTON COUNTY ADMINISTRATION BUILDING:**

The Covington County Administration building was inspected and we recommend the following:

1.     Study should be made between courthouse employees/administrative building employees to better utilize storage space within new building.

**COVINGTON COUNTY JAIL:**

The Covington County Jail was inspected and we recommend the following:

1.     Recommend work release program for female inmates.

2.     Grow food for inmate consumption.

3.     Repair air conditioning vents that have been damaged from rust and condensation (Architectural flaw in the building).

4.     Replace shattered glass in A and D Block doors.

5.     Need to provide a personal cleaning area in the holding area.

6.     Overcrowding is a problem and should be addressed.

Respectfully submitted this the 15th day of December, 2000.

_Mary A Chavers_
FOREMAN

_Cynthia B Paul_ SECRETARY

2

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )              SESSION HELD FEBRUARY 5-8, 2001

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 310 |
| TRUE BILLS | 105 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 65 |
| NO BILLS | 32 |
| CONTINUED | 106 |
| DOCKETED IN ERROR | 2 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we recommend the following:

1.  General repair and maintenance should receive priority including the upkeep of

    the building. (Replace broken and loose tiles, fix wallpaper, repair lights that are

    out, and paint walls throughout the building)

2.  The past two grand juries have recommended the Covington County Commission

    develop a plan to renovate or build a new facility and address the overcrowding in

    all departments. If this hasn't started we strongly recommend it should begin

    immediately. This should also address and correct the problem with storage of

    files.

3.  Update equipment for courtroom use, i.e. video, computers, television, etc.

4.  Inspect and evaluate the roof problem and take whatever steps necessary to

1

FILED IN OFFICE

FEB -8 2001

CLERK

correct.

## COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and recommend the following:

1. There is a leak around the sky light in the front hall that needs to be repaired.

2. Need to provide more lighting.

3. Wires running along top of building should be put in conduit.

## COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1. Entry way & throughout the building air conditioning venting duct covers are rusted. These need to be repaired or replaced.

2. Bed mats in most all cells are torn and worn out. These should be replaced.

3. One table in the meeting room is cracked with broken spots on top. This table need to be replaced.

4. Chapel: The chapel pews still have not been anchored since the last grand jury inspection. This needs to be done. Also the electrical box on floor in front of podium needs a cover installed.

5. In the vending machine area in front of the kitchen the tiles are broken and missing. These need to be repaired or replaced.

6. In the kitchen storage room storage shelves are inadequate, rusted, bent and overcrowded. New shelving should be installed with additional storage space.

2

FILED IN OFFICE

FEB  8 2001

CLERK

7.    A-D Block : Need to repair all chainlink in front of the cells which is bent and broken.

8.    B Block: The broken window needs to be replaced.

9.    The stairwell is a safety hazard due to broken cement and missing pieces under the hand-railing.  This should be repaired immediately.

10.    The loose ceiling tiles in the security pod should be repaired or replaced.

11.    Overcrowding remains a problem.  Since current over population of inmates is causing inmates to sleep on mats on the floor a study should be conducted on how to provide additional beds for inmates.

12.    Recommend more and new work release programs to provide funding for adequate food, supplies and overall morale.  Current funds for food per inmate was established in 1975 at $1.75 per inmate per day.  There should be new evaluation of food costs per inmate per day.

The Audit report for Office on Office of Sheriff Covington County, Alabama, October 1, 1997, through July 31, 2000, Office of Judge of Probate, Covington County, Alabama, October 1, 1997, through September 30, 1999, Office of District Attorney, 22nd Judicial Circuit, Covington County, Alabama, August 1, 1997, through August 31, 2000, and South Alabama Court Referral Officer's Program, Inc., January 1, 2000, through December 31, 2000, were reviewed and approved.

Respectfully submitted this the 9th day of February, 2001.

FOREMAN

_____ SECRETARY

3

FILED IN OFFICE

FEB  8 2001

CLERK

STATE OF ALABAMA )                 REPORT OF GRAND JURY

COVINGTON COUNTY )             SESSION HELD JUNE 4-8, 2001

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 525 |
| TRUE BILLS | 227 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 136 |
| NO BILLS | 45 |
| CONTINUED | 117 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and in additional to obvious needed space in every office and storage area, we recommend the following:

1. Wiring needs to be upgraded throughout the building BEFORE a fire breaks out .

2. Need new heating and cooling system.

3. Need elevator to accommodate witnesses, jurors, and anyone else who needs to be in the building.

4. More parking space for jurors.

5. More space for the District Attorney and staff, who seem to be the most cramped office in the entire building.

6. Need to install sprinkling system in building.

7. Upgrade all equipment, i.e., video, computers, telephone, etc.

1

COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and recommend the following:

1.   Everything looked fine except there was an evidence of leaks. The roof has been patched recently but a new roof is needed and would eliminate this problem.

2.   Ceiling tiles were sagging in some areas and need to be replaced.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.   Additional correction officers.

2.   Need to set up pay scale with additional benefits added. Whatever it takes to keep qualified correction officers.

3.   Officers need to be armed when transporting prisoners.

4.   Vents are mildewed and rusted. These need to be replaced and repaired to insure the new ones won't be in the same condition.

5.   Fencing around cells need to be replaced.

6.   Repair or replace the broken panel of glass around cell block B.

7.   Plug outlets need to be checked and repaired where the bare wires are showing in the administrator's office.

8.   Ceiling tiles are falling out in the pod and need repairing or replacing.

9.   Molding in the halls need to be repaired (which may be accomplished by glue).

10.  The cabinet door needs replacing in the holding room.

2

The Audit report for Lurleen B. Wallace Junior College, October 1, 1999

through September 30, 2000, Douglas MacArthur State Technical College October 1,

1999 through September 30, 2000, South Central Alabama Mental Health Board, Inc.,

September 30, 2000, and Covington County Board of Education, October 1, 1999 through

September 30, 2000,  were reviewed  and approved.

Respectfully submitted this the 8th day of June, 2001.

_Mia Anthony_
FOREMAN

_Janet C. Beste_ SECRETARY

3

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )          SESSION HELD SEPTEMBER 10-14, 2001

      We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

          PRESENTMENTS                                471

          TRUE BILLS                                      204

          DISPOSED OF PRIOR TO CONVENING OF GRAND JURY    50

          NO BILLS                                        26 27   **FILED IN OFFICE**

          CONTINUED                                       191 190   SEP 1 4 2001

COVINGTON COUNTY COURTHOUSE:                        *Roy A Powell*
                                                   CLERK

      The Covington County Courthouse was inspected and we recommend the following:

    1.    We have great concerns of potential fire within Courthouse record retention areas

        and offices.  We therefore recommend immediate corrective actions:

        a.    There are no fire extinguishers on the third (3) floor or in the basement.

            All fire extinguishers have not been inspected since 1999.

        b.    We saw scented candles burning in Youth Services Office  and the

            Sheriff's Office.

        c.    Found cigarette butts and ashes in ashtrays on top of file cabinet in Tax

            Revenue Commissioner's Office.    Posted signs prohibit smoking inside

            courthouse building.

        d.    There were ten (10) five gallon containers of primer undercoat in lobby of

            Sheriff's Department.  This chemical is highly flammable.

1

e.    There is exposed wiring on the old air conditioner system and overhead walkway of the basement storage area.

2.    The last Fire Marshall inspection for the Courthouse was done July of 1993. Recommend Fire Marshall perform quarterly or monthly inspections of Courthouse building.

3.    There are no posted emergency exit routes (primary and secondary). Recommend this be addressed by Courthouse personnel with assistance from Fire Marshall.

4.    Recommend paper files be converted to electronic file system then remove paper files from Courthouse building.

5.    Recommend additional office space for District Attorney's Office.

6.    Air condition vent covers need replacing and cleaning to remove dust buildup.

## COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and make the following recommendations:

1.    Repair hazardous steps.

2.    Repair faucet in ladies' room (one of two works).

3.    Consider placing padding on block wall in children's playroom.

4.    Paint, renovate pre-school children's area.

5.    Replace carpet with tile in alternative school room.

6.    Slope gymnasium roof to eliminate leaking.

7.    Replace cover plate at top of stairs.

FILED IN OFFICE

SEP 1 4 2001

Ray A Powell
CLERK

2

8.    Drop ceilings to help conserve energy

9.    Discard all looped venetian blind cords in areas of access by children.

In addition, we recommend that the building be cleared of debris and trash. After building is cleaned, keep it that way.

COVINGTON COUNTY JAIL AND SHERIFF'S DEPARTMENT:

The Covington County Jail was inspected and we recommend the following:

1.    Replace or repair windows in control room that are cracked.

2.    Repair the back up surveillance system.

3.    Clean air conditioning vents. There are extemely thick layers of dust.

4.    Repair security locks at courthouse and jail.

5.    Computers are very old and work at intervals, attempt replacing and/or upgrading. This can possibly be done through donations from area businesses.

6.    Bolt down pews in chapel.

7.    Complete the fencing around cell clocks. This is far too risky for inmates and county personnel. Suggest possibly using a sturdier or stronger material for this fencing.

8.    Replace head liner in van.

The Sheriff's Department requested additional paper processors for part time use or on a when needed basis.

Respectfully submitted this the 14th day of September, 2001.

*Anne Wright*
FOREMAN

*Barbara Cantaline* SECRETARY

FILED IN OFFICE

SEP 1 4 2001

*Roy A Powell*
CLERK

3

STATE OF ALABAMA )              REPORT OF GRAND JURY

COVINGTON COUNTY )       SESSION HELD DECEMBER 10-14, 2001

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 365 |
| TRUE BILLS | 183 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 64 |
| NO BILLS | 18 |
| CONTINUED | 100 |

**FILED IN OFFICE**

**DEC 1 4 2001**

COVINGTON COUNTY COURTHOUSE:

*Roger A. Powell*
CLERK

The Covington County Courthouse was inspected and in addition to obviously needed

space in <u>every</u> office and storage area, we recommend the following:

1.     Wiring needs to be upgraded throughout the building BEFORE a fire breaks out.

2.     Need new heating and cooling system.

3.     Need elevator to accommodate witnesses, jurors, and anyone else who needs to

    be in the building.

4.     There are no fire extinguishers on the third floor or in the basement. Inspections

    of fire extinguishers are not current.

5.     More space for the District Attorney and staff, who seem to be the most cramped

    office in the entire building. We are concerned about the District Attorney's staff

    being able to evacuate safely during a fire.

1

6.   Need to install sprinkling system in building.

7.   The Revenue Commissioner's office has a light fixture that needs replacing and the vault containing records needs water proofing and painting.

8.   The chandelier in the foyer of the courthouse needs several light bulbs replaced; this reflects on the county.

9.   There are no posted emergency exit routes (primary and secondary). Recommend this be addressed by courthouse personnel with assistance from the Fire Marshall.

10.  Recommend paper files be converted to electronic file system then remove paper files from the courthouse building.

11.  Repair the loose step, on the right side, coming up stairway to the second floor.

## COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and make the following recommendations:

1.   Repair hazardous steps.

2.   Consider placing padding on block wall in children's playroom.

3.   Replace carpet with tile in alternative school room.

4.   Slope gymnasium roof to eliminate leaking.

5.   Replace cover plate at top of stairs.

6.   Discard all looped venetian blind cords in areas of access by children.

**FILED IN OFFICE**

**DEC 1 4 2001**

*Roy A Prince*
CLERK

2

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.  Repair the back up surveillance system.

2.  Clean air conditioning vents.  There are extremely thick layers of dust on these
    vents.

3.  Repair security locks at the courthouse and jail.

Respectfully submitted this the 14th day of December, 2001.

*[signature]*

FOREMAN

*[signature]* SECRETARY

FILED IN OFFICE

DEC 1 4 2001

*[signature]*

CLERK

3

STATE OF ALABAMA )  REPORT OF GRAND JURY

COVINGTON COUNTY )  SESSION HELD FEBRUARY 11-15, 2002

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 347 |
| TRUE BILLS | 247 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 31 |
| NO BILLS | 30 |
| CONTINUED | 39 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and in addition to obviously needed space in every office and storage area, we recommend the following:

1. The ceiling leaks on every floor and in almost every room. Roof needs to be repaired or replaced to correct this problem.

2. Installation of rails on the steps on the western side of the courthouse.

3. Need to install sprinkling system in building.

4. The Circuit Clerk's Office needs additional space.

5. The wiring still needs to be upgraded throughout the courthouse.

6. Security needs to be upgraded.

7. The entire courthouse needs remodeling inside for safety.

1

COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and make the following recommendations:

1.    Repair hazardous steps.

2.    Repair gymnasium roof.

3.    Replace cover plate at top of stairs.


COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.    Need to inspect cells more often. Need a complete shakedown of each cell at least weekly.

2.    Need to fix back-up security system for pod. Need this done for the safety of the officers, keep inmates from escaping and/or causing unnecessary problems in the jail. This system has been down for about one and one-half (1 1/2) years. In this time there have been several escapes from the jail.

3.    Need to have intercom system in pod repaired. It is very scratchy and therefore persons cannot understand everything that is trying to be communicated.

4.    The headliner needs to be repaired or replaced in the van used to transport prisoners for the safety of the officers. This could possibly be a place to hide weapons and/or drugs. We recommend this repair of headliner or purchase a newer model van.

2

The Audit report for Lurleen B. Wallace Junior College, October 1, 2000,

through September 30, 2001, Office of Revenue Commissioner, Covington County,

Alabama October 1, 1998 through September 30, 2000, Office of Circuit and District

Courts, Covington County, Alabama, October 1, 1999 through May 31, 2001,  and

Covington County Commission, Covington, County, Alabama, October 1, 1999 through

September 30, 2000,  were reviewed  and approved.


Respectfully submitted this the 15th day of February, 2002.

_Eddie Parker, Jr._

FOREMAN


_Jerrim Wynn_ _____SECRETARY

3

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )                   SESSION HELD JUNE 3-7, 2002

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 404 |
| TRUE BILLS | 247 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 86 |
| NO BILLS | 36 |
| CONTINUED | 35 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and in addition to obviously needed

space in every office and storage area, we recommend the following:

1.  The ceiling leaks on every floor and in almost every room. Roof needs to be

    repaired or replaced to correct this problem.

2.  Need to install sprinkling system in building.

3.  Every office needs additional space and waiting areas provided for witnesses.

4.  The wiring still needs to be upgraded throughout the courthouse. ( Computer

    wiring, etc often exposed.)

5.  Security needs to be upgraded.

6.  Air conditioning system needs cleaning.

**FILED IN OFFICE**

JUN 7 2002

*Roy A Powell*
CLERK

1

7.   Foyer, lobby area needs facelift, i.e. cleaning and repair.

8.   Elevator needs to be replaced and building needs to be more handicap accessible. (Entry way too steep, etc.)

9.   Regular cleaning should be scheduled.

10.   Need to check for lead inside pipes.

COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and make the following recommendations:

1.   Replace roof with possible slope roof.

2.   Replace linoleum in downstairs hallway.

3.   Building needs to be more handicap accessible.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.   Need to inspect cells more often. Need a complete shakedown of each cell at least weekly.

2.   Need to fix back-up security system for pod. Need this done for the safety of the officers and to keep inmates from escaping and/or causing unnecessary problems in the jail. This system has been down for about two (2) years.

3.   For the safety of the officers the headliner in the van, which is used to transport prisoners, needs to be repaired or replaced. The cage wire needs repairing.

4.   Repair fluorescent light cover in lobby.

2

**FILED IN OFFICE**

JUN   7 2002

*Roger A Powell*

**CLERK**

5. Needs detailed cleaning.

6. Eliminate overcrowding.

COVINGTON COUNTY COMMISSION ADMINISTRATIVE BUILDING:

The Administrative Building was inspected and we recommend the following:

1. Clean fluorescent light fixtures.

2. Inspect for leaks. There are leak spots noted on ceiling across and down the hall

   from the American Red Cross Office.

3. All sheriff's vehicles need working video equipment.

4. Limit smoking areas to alleviate smoke in public area.

The Audit report for Douglas MacArthur State Technical College, Opp, Alabama, October 1, 2000, through September 30, 2001, South Central Alabama Mental Health Board, Inc. September 30, 2001, were reviewed and approved.

Respectfully submitted this the 7th day of June, 2002.

FOREMAN

SECRETARY

FILED IN OFFICE

JUN 7 2002

CLERK

3

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )                   SESSION HELD SEPTEMBER 9-13, 2002

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 456 |
| TRUE BILLS | 243 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 110 |
| NO BILLS | 39 |
| CONTINUED | 60 |
| VOIDED | 4 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and in addition to obviously needed space in every office and storage area, we recommend the following:

1.    The ceiling leaks on every floor and in almost every room. Roof needs to be repaired or replaced to correct this problem.

2.    Need to install sprinkler system in building.

3.    Every office needs additional space and waiting areas provided for witnesses.

4.    The wiring still needs to be upgraded throughout the courthouse. ( Computer wiring, etc often exposed.)

5.    Security needs to be upgraded.

6.    Air conditioning system needs cleaning.

**FILED IN OFFICE**

SEP 1 3 2002

*Ray A Powell*
**CLERK**

1

7.    Foyer, lobby area needs facelift, i.e. cleaning and repair.

8.    Elevator needs to be replaced and building needs to be more handicap accessible.

      (Entry way too steep, etc.).

9.    Regular cleaning should be scheduled.

10.   Need to check for lead inside pipes.

11.   Need a new elevator.

12.   Paint chipped and peeling everywhere, need repairing.

13.   Replace light bulbs in chandelier.

14.   Clean stained glass windows.

15.   Repair exit sign.

16.   Need lock on handicap restroom.

17.   Heating system/air conditioning needs maintenance or replacement.

18.   Repair air leaks around windows.

19.   Employee parking area at rear and side of courthouse needs repair or resurfacing

      and need more space..

20.   Repair or  provide cameras in courtrooms.

21.   Ceiling vents need to be repaired.

22.   Floor plug in courtroom is hazardous, needs correcting.

23.   Ceiling tiles need replacing.

**FILED IN OFFICE**

SEP 1 3 2002

*Roger A. Powell*
CLERK

Case 2:06-cv-00600-MHT-WC     Document 58     Filed 01/08/2007     Page 74 of 137

**COVINGTON COUNTY BOARD OF EDUCATION:**

Members of the Grand Jury inspected the Covington County Board of Education and make the following recommendations:

1.  Repair gymnasium roof.

2.  Ceiling in preschool area needs to be finished to be more attractive.


**COVINGTON COUNTY JAIL:**

The Covington County Jail was inspected and we recommend the following:

1.  Need to fix back-up security system for pod. Need this done for the safety of the officers and to keep inmates from escaping and/or causing unnecessary problems in the jail. This system has been down for about two (2) years.

2.  Need to have intercom system in pod repaired. It is very scratchy and therefore persons cannot understand everything that is trying to be communicated.

3.  The headliner needs to be repaired or replaced in the van used to transport prisoners for the safety of the officers. This could possibly be a place to hide weapons and/or drugs. We recommend repair of headliner or purchase of a newer model van.

4.  Need additional employees.

5.  General maintenance on building need to be performed (i.e. door locks and windows)

FILED IN OFFICE

SEP 1 3 2002

*Roger A Powell*
CLERK

3

The audit reports for Covington County Commission, Covington County, Alabama, October 1, 2000 , through September 30, 2001, Covington County Board of Education, Covington County, October 1, 2000, through September 30, 2001, and Office of Judge of Probate, Covington County, Alabama, October 1, 1999, through September 30, 2000, were reviewed and approved.

Respectfully submitted this the 13 th day of September, 2002.

FOREMAN

SECRETARY

FILED IN OFFICE

SEP 1 3 2002

CLERK

4

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )                    SESSION HELD DECEMBER 9-13, 2002

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 358 |
| TRUE BILLS | 193 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 67 |
| NO BILLS | 25 |
| CONTINUED | 73 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and in addition to obviously needed space in every office and storage area, we recommend the following:

1.  The ceiling leaks on every floor and in almost every room.  Roof needs to be repaired or replaced to correct this problem.

2.  Need to install more fire alarms and fire extinguishers and check into possible sprinkler system

3.  Additional space needed in most offices  and waiting areas provided for witnesses.

4.  The wiring still needs to be upgraded throughout the courthouse. ( Computer wiring, etc often exposed.)

FILED IN OFFICE

DEC 1 3 2002

*[signature]*
CLERK

1

5.    Air conditioning system needs cleaning.

6.    Foyer, lobby area needs facelift, i.e. cleaning , repair, paint chipped throughout building.

7.    Elevator needs to be more handicap accessible to comply with PUBLIC LAW 504. (Entry way too steep, etc.).

9.    Have water pipes checked for lead.

10.    Need a new elevator. (Chair lift is inadequate.)

11.    Old law library relocated (i.e.public library) to use area as District Attorney Office space.

12.    Exposed wiring and exposed belt on fan in basement needs repair.

13.    Disposal of old office equipment.

14.    Third level needs additional flooring placed or installed for storage. (Example, records which do not need to be regularly accessed and seasonal decorations.)

15.    Check feasibility for usage of old jail or empty office areas in clerk's office building for probation office.

16.    Check feasibility of locating a county building for rehabilitation facility and possible probation office.

17.    Need posted evacuation plans on walls and fire drills.

18.    Floor plug in courtroom in hazardous, needs correcting. Check feasibility of recessing floor plugs in courtroom.

19.    Ceiling tiles need replacing.

2

**FILED IN OFFICE**

DEC 1 3 2002

Ray A Powell

CLERK

ADMINISTRATIVE BUILDING:

The Administrative Building was inspected and we recommend the following:

    1.    Fire drills and evacuation sheets should be posted.

    2.    Dust ventilation systems regularly.

    3.    Needs a sprinkler system and more fire extinguishers.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

    1.    Replace mats, sheets, blankets, towels, pillows and linen supplies.

    2.    Dryers need to be fixed.

    3.    Air vents need replacing throughout entire building (mold is a health hazard). Chapel area needs to be secured.

    4.    Need camera in chapel, wash rack area, trustee areas.

    5.    Wire fencing needs to be redone and installed all around building.

    6.    Floors, windows and toilets need cleaning.

    7.    Drain pipe in trustee area needs to be screened.

    8.    Extend visitation 30 minutes.

    9.    The jail is understaffed.

    10.    Mail should be distributed, collected and mailed daily. The mail in office to be passed out was received back on Monday the 9th.

    11.    Fire drills and posted evacuation sheet.

    12.    Inside D block top tier, chainlink fence needs repairing.

3

FILED IN OFFICE

DEC 1 3 2002

*Roy A Powe*
CLERK

13. Needs a nurse man/woman 24-7.

14. Should be allowed sweat suits.

15. Headliner in van needs to be replaced.

16. Two (2) correctional officers should be in van while transporting inmates.

17. Monitor in administrator's office needs replacing.

18. Dispatching office needs to be larger. (Transform locker room (trustee) to extra space for dispatching.)

19. Designated smoking areas and breaks for jailers.

20. Daily vitamin supplements.

21. Milk daily.

22. More fresh fruits, vegetables and juices.

23. Have trustees clean the building.

24. Repair roof in pod.

25. Keep wash rack cleaned at all times.

26. Do not skip medicine distribution. Get more help to accomplish if necessary.

27. Dust ventilation system thoroughly.

28. Install more fire extinguishers.

29. Multi-purpose room needs new table and chairs and thorough cleaning.

30. The jail is extremely dirty and needs cleaning.

31. Increase food allowance budget.

**FILED IN OFFICE**

DEC 1 3 2002

*Roy A Pruett*
CLERK

4

The audit reports for Office of Sheriff, Covington County, Alabama, August 1, 2000 , through May 31, 2002, Office of District Attorney 22nd Judicial Circuit ,Covington County, Alabama, September 1, 2000, through June 30, 2002, were reviewed and approved.

Respectfully submitted this the 13th day of December 2002.

FOREMAN

SECRETARY

**FILED IN OFFICE**

DEC 1 3 2002

CLERK

5

STATE OF ALABAMA )                         REPORT OF GRAND JURY

COVINGTON COUNTY )                    SESSION HELD FEBRUARY 10-14, 2003

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

PRESENTMENTS                                                         369

TRUE BILLS                                                               243

DISPOSED OF PRIOR TO CONVENING OF GRAND JURY          34

NO BILLS                                                                   25

CONTINUED                              **FILED IN OFFICE**              67

FEB 1 4 2003

*Ray A Powell*
CLERK

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and in addition to obviously needed

space in <u>every</u> office and storage area, we recommend the following:

1.      Repair leaking roof.

2.      Need to install more fire alarms and fire extinguishers and check into possible

        sprinkler system

3.      Additional space needed in most offices and waiting areas provided for

        witnesses.

4.      The wiring still needs to be upgraded throughout the courthouse. ( Computer

        wiring, etc often exposed.)

5.      Air conditioning system needs cleaning.

6.      Foyer, lobby area needs facelift, i.e. cleaning , repair, paint chipped throughout

1

building.

7.    Elevator needs to be more handicap accessible to comply with PUBLIC LAW

504. (Entry way too steep, etc.).

8.    Have water pipes checked for lead.

9.    Need a new elevator. (Chair lift is inadequate.)

10.    Old law library relocated (i.e. public library) to use area as District Attorney

Office space.

11.    Disposal of old office equipment.

12.    Third level needs additional flooring placed or installed for storage. (Example,

records which do not need to be regularly accessed and seasonal decorations.)

13.    Need posted evacuation plans on walls and fire drills.

14.    Floor plug in courtroom is hazardous, needs correcting. Check feasibility of

recessing floor plugs in courtroom.

15.    Damaged ceiling tiles need replacing in the entire building.

16.    Broken marble at bottom of steps on north side of courthouse need repair.

17.    Bathrooms need hot water and need to be cleaned daily.

18.    Leaky faucets need to be repaired.

19.    Bathroom (off courtroom number one) could be unisex..


COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and

make the following recommendations:

2

1.  Ceiling in preschool area needs to be finished to be more attractive.

2.  Repair the few floor tiles that are cracked or broken.


ADMINISTRATIVE BUILDING:

The Administrative Building was inspected and we recommend the following:

1.  Dust ventilation systems regularly.


COVINGTON COUNTY YARD:

The Covington County Yard was inspected and we recommend the following:

1.  The bathroom needs cleaning daily.


COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.  Need a washer and dryer in women's area.

2.  Air vents and air filters need cleaning.

3.  Need camera in chapel, wash rack area and trustee areas.

4.  Floors, windows and toilets need cleaning daily by inmates.

5.  Drain pipe in trustee area needs to be screened.

6.  The jail is understaffed.

7.  Inside D block top tier, chainlink fence needs repairing.

8.  Jailers need to be paid more money in order to keep qualified personnel.  There

     also needs to be an age limit.

3

9.  Van needs to be replaced. There should be no smoking in van.

10. Dispatching office needs to be larger. (Transform locker room (trustee) to extra space for dispatching.)

11. Designated smoking areas and breaks for jailers.

12. Have trustees clean the building.

13. Do not skip medicine distribution . Get more help to accomplish if necessary.

14. Multi-purpose room needs thorough cleaning by inmates regularly.


Respectfully submitted this the 14 th day of  February, 2003.


_Vera Pope_
FOREMAN

_Amelia J. Smith_
SECRETARY

FILED IN OFFICE

FEB 1 4 2003

_Roy A Foreman_
CLERK

4

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )                    SESSION HELD JUNE 2-6, 2003

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 461 |
| TRUE BILLS | 295 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 80 |
| NO BILLS | 36 |
| CONTINUED | 49 |
| DOCKETED IN ERROR | 1 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and in addition to obviously needed

space in every office and storage area, we recommend the following:

1.    Additional space needed in all offices.

2.    Vault in Revenue Commission Office needs to be cleaned and painted.

3.    Ceiling tiles in building need to be repaired.

4.    Need more fire extinguishers, alarms and evacuation signs.

5.    Need elevator for the handicapped.

6.    Need additional weather strip on exit doors.

7.    Replace bulbs in exit lights and in main entrance way.

8.    Top floor roof doors need to be sealed and secured better.

9.    Wallpaper loose in entire building. Needs to be repaired.

**FILED IN OFFICE**

**JUN 0 6 2003**

*Roy S Powell*
CLERK

1

10. Paint cans stored upstairs need to be removed.

11. Secure treads on stairs (stairway from first floor to second floor).


COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and make the following recommendations:

34. Roof needs to be repaired or replaced.

35. Computer training area needs to be remodeled.

36. Additional funding to increase supply of computer replacement parts.

37. More stable funding for teachers.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1. Need cameras in chapel, wash rack area and trustee areas.

2. The jail is understaffed.

3. Van needs to be replaced. There should be no smoking in van. Need better ventilation in current van.

4. Dispatching office needs to be larger. (Transform locker room (trustee) to extra space for dispatching.)

5. Do not skip medicine distribution . Get additional help to accomplish if necessary.

6. Some ceiling tiles need replacing (evidence of water leakage from rain).

7. Repair broken windows.

2

FILED IN OFFICE

JUN 0 6 2003

*Rex A Powell*
CLERK

The audit reports for Covington County Board of Education October 1, 2001, through September 20, 2002, and South Central Alabama Mental Health, Board, Inc. September 30, 2002 were reviewed and approved.

Respectfully submitted this the 6th day of June, 2003.


_Cecil E. Worley_
FOREMAN

_Damus J. Gunkler_
SECRETARY


FILED IN OFFICE

JUN 0 6 2003

_Roy A Powell_
CLERK

3

STATE OF ALABAMA )           REPORT OF GRAND JURY

COVINGTON COUNTY )         SESSION HELD SEPTEMBER 8-12, 2003

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 571 |
| TRUE BILLS | 313 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 147 |
| NO BILLS | 42 |
| CONTINUED | 68 |
| VOIDED | 1 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we found the following::

1. The Courthouse is a beautiful building. It's a shame to see it in deterioration. It is local landmark and should be treated as such.

2. Ceiling tiles are wet and molded and this could cause allergies, headaches, upper respiratory problems, colds, flu like symptoms and could lead to death.

3. Air conditioning ducts need cleaning. Mold spores on walls could cause increased health problems. Also, mold is visible on intake and return air conditioning vents.

4. Main lobby has paint chipping and wallpaper falling.

5. All office space needs to be revised – all are cramped and need additional space.

6. Fire alarms and fire extinguishers are needed in main courtrooms.

1

**FILED IN OFFICE**

SEP 1 2 2003

*Roy A Powell*
CLK

7. Law library is the worst room in the building – nasty – although the new paint is a good start.

8. Need posted evacuation plans on walls and fire drills.

9. Broken marble throughout the building.

10. The wiring still needs to be upgraded. Wires for computers are running across walking areas.

11. Handicapped elevator needs to be more accessible.

We recommend immediate repairs in the above areas.


COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and make the following recommendations:

1. Additional funding to increase supply of computer replacement parts.

2. Repaint the ceiling where water has damaged it.

3. Organize textbook supply room.


COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1. Glass needs to be replaced in the men's cell pod.

2. Air vents and filters need cleaning weekly.

3. All cells need to be painted.

4. It should be mandatory that inmates are supervised during the dispensation of

2

medication to insure that the inmate actually takes his or her medication.

5.    Floors, windows and toilets need to be cleaned daily by the inmates.

The audit reports for Lurleen B. Wallace Junior College, October 1, 2001, through September 30, 2002, and Douglas MacArthur State Technical College, October 1, 2001 through September 30, 2002, were reviewed and approved.

Respectfully submitted this the 12th day of September, 2003.

FOREMAN

SECRETARY

FILED IN OFFICE

SEP 1 2 2003

3

STATE OF ALABAMA )          REPORT OF GRAND JURY

COVINGTON COUNTY )          SESSION HELD DECEMBER 8-12, 2003

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 289 |
| TRUE BILLS | 167 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 79 |
| NO BILLS | 20 |
| CONTINUED | 23 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we found the following:

1. More office space is needed throughout the courthouse for offices and storage.

2. Ceilings and walls need repair due to leaks and water damage.

3. The Probate Judge needs a separate office or waiting room for mental commitments.

4. Need additional fire extinguishers, alarms and evacuation signs.

5. Need better elevator for the handicapped.

6. Fire alarms and fire extinguishers are needed in main courtrooms.

7. Secure treads on stairs (stairway from first floor to second floor) and repair loose steps.

8. Old law library is the worst room in the building. Need to complete removal of books and remodeling.

**FILED IN OFFICE**

DEC 1 2 2003

1

COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and make the following recommendations:

1. Need exit signs and lights installed.

2. Ceiling needs repairing and painting in some areas due to water damage.

3. Special education room needs to be painted.

4. That the utility bill be paid by Covington County Commission if required by law.

5. Additional funding to increase supply of computer replacement parts.

6. Organize textbook supply room.

7. Roof needs to be repaired or replaced.

8. Computer training area needs to be remodeled.

9. More stable funding for teachers.

10. Need to put locks on the storage room and keep it locked.

11. Repair ceiling in Mr. Driver's office due to leaks.

12. Need additional funding for books and teachers.

13. Need additional space for the resource room.

14. Need additional space for work shop.

15. Repair ceiling in meeting room due to leak.

16. Need to place locks on the repair room and keep locked.


COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

2

1.    Floors need to be painted.

2.    Ceiling in laundry room is cracked and needs to be repaired.

3.    Windows in the male inmates' cells need replacing.

4.    Floors in the female inmates' halls are filthy and need to be cleaned.

5.    Employees need to be provided with adequate supplies for self-protection (mace, pepper spray, night sticks, etc.).

6.    Close monitoring of telephone calls by inmates.

7.    Desk tops in control room need replacing.

8.    Provide shelving for law library.

9.    Additional file cabinets for storing records.

10.   Removal of toilet paper stuffed in top ceiling vents in adult holding cells.

11.   Paint rusty metal beds.

The audit reports for Covington County Commission, Covington County, Alabama, October 1, 2001, through September 30, 2002; Office of Circuit and District Courts, Covington County, Alabama, June 1, 2001 through May 31, 2003; and Office of Revenue Commission, Covington County, Alabama, Ad Valorem Tax Assessments October 1, 2000 through September 30, 2002, Ad Valorem Tax Collections, June 14, 2001 through June 20, 2003 and Manufactured Home Registrations, June 1, 2001 through May 31, 2003, were reviewed and approved.

Respectfully submitted this the 12th day of December, 2003.

FOREMAN

SECRETARY

**FILED IN OFFICE**

DEC 1 2 2003

3

STATE OF ALABAMA )    REPORT OF GRAND JURY

COVINGTON COUNTY )    SESSION HELD FEBRUARY 9-13, 2004

  We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 253 |
| TRUE BILLS | 115 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 67 |
| NO BILLS | 27 |
| CONTINUED | 44 |

  After the February 2004 Grand Jury made our routine inspections we adopt the recommendations made by the December 2003 Grand Jury and recommend the following:

  **1. That the items identified by the December 2003 Grand Jury in their report be addressed and action be taken to make improvements. In addition, we request that improvements be made to the damaged ceilings and roof in the Courthouse and that they be repaired or replaced.**

  **2. The Board of Education needs a new bus shop or major repairs to the existing one to include windows, concrete floor, additional space for buses, additional storage for parts, insulation and repair floor leaks.**

  **3. The Grand Jury recommends that a copy of the Grand Jury report each term be submitted to the Covington County Commission and be made an agenda item at**

1

their next meeting.  The Commission should discuss the report and the

recommendations and take action to address the problems.

**REPORT OF FINDINGS BY THE DECEMBER 2003 GRAND JURY:**

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we found the following:

1.  More office space is needed  throughout the courthouse for offices and storage.

2.  Ceilings and walls need repair due to leaks and water damage.

3.  The Probate Judge needs a separate office or waiting room for mental commitments.

4.  Need additional  fire extinguishers, alarms and evacuation signs.

5.  Need better elevator for the handicapped.

6.  Fire alarms and fire extinguishers are needed in main courtrooms.

7.  Secure treads on stairs (stairway from first floor to second floor) and repair loose steps.

8.  Old law library is the worst room in the building.  Need to complete removal of books and  remodeling.

COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and make the following recommendations:

1.  Need exit signs and lights installed.

2.  Ceiling needs repairing and painting in some areas due to water damage.

3.  Special education room needs to be painted.

4.    That the utility bill be paid by Covington County Commission if required by law.

5.    Additional funding to increase supply of computer replacement parts.

6.    Organize textbook supply room.

7.    Roof needs to be repaired or replaced.

8.    Computer training area needs to be remodeled.

9.    More stable funding for teachers.

10.    Need to put locks on the storage room and keep it locked.

11.    Repair ceiling in Mr. Driver's office due to leaks.

12.    Need additional funding for books and teachers.

13.    Need additional space for the resource room.

14.    Need additional space for work shop.

15.    -Repair ceiling in meeting room due to leak.

16.    Need to place locks on the repair room and keep locked.


COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.    Floors need to be painted.

2.    Ceiling in laundry room is cracked and needs to be repaired.

3.    Windows in the male inmates' cells need replacing.

4.    Floors in the female inmates' halls are filthy and need to be cleaned.

5.    Employees need to be provided with adequate supplies for self-protection (mace, pepper spray, night sticks, etc.).

3

6.     Close monitoring of telephone calls by inmates.

7.     Desk tops in control room need replacing.

8.     Provide shelving for law library.

9.     Additional file cabinets for storing records.

10.     Removal of toilet paper stuffed in top ceiling vents in adult holding cells.

11.     Paint rusty metal beds.

## ADDITIONAL FINDINGS BY FEBRUARY 2004 GRAND JURY:

1.     **There is no table in the washroom. One should be provided.**

2.     **Windows need to be cleaned.**

3.     **The women's area has no provision for privacy except in the punishment area.**

The audit report for Office of Judge of Probate, Covington County, Alabama, October 1, 2000, through September 30, 2002, was reviewed and approved.

Respectfully submitted this the 13th day of February, 2004.

FOREMAN

SECRETARY

4

STATE OF ALABAMA )　　　　　　REPORT OF GRAND JURY

COVINGTON COUNTY )　　　　　SESSION HELD JUNE 7-11, 2004


We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 447 |
| TRUE BILLS | 180 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 153 |
| NO BILLS | 25 |
| CONTINUED | 89 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we make the following recommendation:

1. That the roof be repaired or replaced.

2. Due to the safety issues, all wiring needs to be properly covered.

3. In the old library room the roof needs to be repaired & ceiling tiles replaced.

4. In storage areas the filing systems need to be updated.

5. The Revenue Commissioner's Office needs to be repainted and the old vault needs to be replaced.

6. The Probate Office needs additional space, updated filing system and a better break room.

**FILED IN OFFICE**

1

JUN 1 1 2004

*D__ A P____*

7.    The Circuit Clerk's Office needs better or additional funding

8.    The District Attorney's Office needs additional office space, better filing area and

better funding.

Overall, we found the Courthouse needs some repair, additional space or better utilization

of present space, and additional funding.

COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and

make the following recommendations:

1.    That the leak in the stairwell be repaired.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.    Provide additional staff for jail with better pay.

2.    The floors, tables, and beds need to be repainted..

3.    The booking room needs a good general cleaning.

4.    Provide shelving for law books, etc. in the multi-purpose room.

5.    A cigarette receptacle should be provided outside the front entrance of the jail

and old cigarette butts should be cleaned up.

6.    Since there is a problem with inmates smoking inside the jail, all smoking should

be banned.

7.    Windows should have some kind of protective covering so inmates cannot break

them.

FILED IN OFFICE

2

JUN 1 1 2004

_O_ _A_ _Pierce_

8.  Trees around the yard where the trustees smoke, cars are washed, etc, should be trimmed and additional strands of razor wire placed on top of the fence.

The audit report for Lurleen B. Wallace Junior College, Andalusia, Alabama, October 1, 2002, through September 30, 2003, and MacArthur State Technical School, Opp, Alabama October 1, 2002,  through September 30,  2003, were reviewed  and approved.

Respectfully submitted this the 11th  day of  June, 2004.

*[signature]*
FOREMAN

*[signature]*
SECRETARY

FILED IN OFFICE

JUN 1 1 2004

*[signature]*

3

STATE OF ALABAMA )         REPORT OF GRAND JURY

COVINGTON COUNTY )         SESSION HELD SEPTEMBER 13-14, 2004

                                   (RECONVENED OCTOBER 11-13, 2004)

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 521 |
| TRUE BILLS | 242 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 145 |
| NO BILLS | 20 |
| CONTINUED | 109 |
| VOIDED | 5 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we make the following recommendation:

1.      Add an additional jury room.

2.      Replace roof access door in storage room (worthless check room) on third floor for better security.

3.      Replace handicap access elevator and repair gate on second floor.

4.      Install fire alarm system.

5.      Install fire alarm and smoke detector in basement.

6.      Better use of security metal detector. No grand jury member was asked to walk

1

FILED IN OFFICE

OCT 1 3 2004

*Roy A P[...]*

through the metal detector nor their purses put through scanner.

7.    Provide additional space on site for Circuit Clerk's office supplies.

8.    Update and remodel restrooms.

9.    Revenue Commissioner's records in "the basement" need to be more adequately

taken care of and stored.

10.    Revenue Commissioner's vault needs cleaning and repairing due to leaks.

11.    All damaged ceilings in the courthouse need to be repaired and tiles replaced.

12.    Better use of technology for storage of records ( CD rom or micro fiche) in order

that retained paper documents can be destroyed and free up space.

13.    The fire marshal should inspect entire Courthouse building and electrical system

and everything should be brought up to code.

14.    Entire Courthouse needs more funding for all offices.

15.    Repair and secure marble treads on stairways to second floor.

16.    The Probate Judge needs a designated waiting room for her clients.

Overall, we found the Courthouse needs some repair, additional space or better utilization

of present space, and additional funding.

COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and

make the following recommendations:

1.    Repair leak in entry.

2.    Repair or provide air conditioning  for old gymnasium.

3.    Repair leaks around windows in Mr. Driver's office.

2

FILED IN OFFICE

OCT 1 3 2004

*Ray A. Powell*
CLERK

4.     Repair leak in computer lab.

5.     Provide money to maintain computers.

6.     Repair all storm damage including the roof and inside of the building.

7.     Make other needed repairs in addition to storm damage repairs.

8.     Upgrade and clean restrooms, including providing new dividers and paint.

9.     Replace the materials for pre-school children which were destroyed during the storm.

10.    Upgrade wiring for computers as well as telephone lines.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.     Repaint floor in the trustee room.

2.     Repair or replace boiler system to correct the condensation problem which is causing mold as well as rust in the air vents and sprinkler valves. Then replace rusty air vents and sprinkler valves.

3.     Repairs needed in the laundry room including vents, sprinkler system, crack in ceiling and repaint floor.

4.     Repair ceiling in the hallway and fix leaks in the main hall.

5.     Repaint floors in Block A, Block B and Block C. Replace shower curtain in Block C.

6.     Repair outside leak on the gutters in the men's area.

7.     Replace desk top in the control room.

8.     Clean the air vents and repair damaged tiles in the kitchen.

3

**FILED IN OFFICE**

**OCT 1 3 2004**

*Ray A Power*

9.    Enlarge the examination room, if possible.

10.    Provide female inmates with more room.

11.    Clean carpet in the officers' room.

12.    Replace dead shrubbery in landscape and place new straw in the flower beds.

13.    We STRONGLY recommend that shelving for the law books in the library or

multi-purpose room be built in order to get books off the floor.

In general we recommend the following:

A.    Recommend that the legislature pass a new law protecting children who are

present in a residence where drugs and drug paraphernalia are found.

B.    Recommend that the District Attorney separate drug cases when presented to

Grand Jury to different days and have a break after fifteen (15) cases or thirty (30)

charges to vote on these cases before hearing additional cases. This would avoid

confusion between cases.

The audit report for Covington County Board of Education, Covington County, Alabama,

October 1, 2002, through September 30, 2003, Covington County Commission, Covington

County, Alabama, October 1, 2002 through September 30, 2003, and South Central Alabama

Mental Health Board, Inc., September 30, 2003, were reviewed and approved.

Respectfully submitted this the 13th day of October, 2004.

FOREMAN

SECRETARY

4

FILED IN OFFICE

OCT 1 3 2004

CLERK

STATE OF ALABAMA )          REPORT OF GRAND JURY

COVINGTON COUNTY )          SESSION HELD DECEMBER 13-17, 2004

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 455 |
| TRUE BILLS | 180 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 84 |
| NO BILLS | 32 |
| CONTINUED | 158 |
| VOIDED | 1 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we make the following

recommendation:

1.  The entire building needs cleaning. The walls need painting and the ceilings need

    repair.

2.  Need handicapped bathroom for men only.

3.  The metal detector needs to be at the front door.

4.  The handicapped elevator needs replacing.

5.  Repair and secure marble treads on the stairways and the first floor.

1

FILED IN OFFICE

DEC 1 7 2004

*Roy A Pierce*
CLERK

6.    The basement needs to be cleaned up and the ceiling needs to be repaired.

7.    All offices need more filing cabinets.

## COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and make the following recommendations:

1.    Tile in the upper and the lower levels needs to be replaced.

2.    The west wing of the building needs to be repainted.

3.    The roof construction needs to be revised. We recommend that a flat roof not be used on this building.

## COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.    There is mold in and around the vents in the trustee area.

2.    Everything needs to be repainted.

3.    The ceiling in the men's cell block is out and needs major repair causing the men's cell block to be colder than it is outside.

4.    The jail is over population and this should be remedied.

5.    Dirty vents in ceiling should be clean.

6.    Trash and cigarette butts need to be cleaned up.

7.    More cameras and monitors need to be installed.

8.    The floor needs to be painted.

9.    The bookshelves in the library need to be built to get books off the floor.

2

FILED IN OFFICE

DEC 1 7 2004

*Roy D Pierce*
CLERK

10.     Need more space for women prisoners.

11.     The walls in the Sheriff's area need paint.

In general we recommend the following:

A.     Recommend that the legislature pass a new law protecting children who are present in a residence where drugs and drug paraphernalia are found.

B.     Recommend that the District Attorney separate drug cases when presented to Grand Jury to different days or have a break after fifteen (15) cases or thirty (30) charges to vote on these cases before hearing additional cases. This would avoid confusion between cases.

C.     The inmates should be allowed to participate in the clean up and repair of the County Jail, Sheriff's Office, Courthouse and Board of Education.

The audit report for Office of Sheriff, Covington County, Alabama, June 1, 2002, through May 31, 2004, was reviewed and approved.

Respectfully submitted this the 17th of December, 2004.

*Johnnie Bell Henderson*
FOREMAN

*[signature]*
SECRETARY

**FILED IN OFFICE**

**DEC 1 7 2004**

*[signature]*
CLERK

3

STATE OF ALABAMA )          REPORT OF GRAND JURY

COVINGTON COUNTY )          SESSION HELD FEBRUARY 7-11, 2005


We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 459 |
| TRUE BILLS | 174 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 80 |
| NO BILLS | 25 |
| CONTINUED | 174 |
| VOIDED | 6 |


COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we make the following

recommendation:

1. The entire building needs cleaning. The walls need painting and the ceilings need

   repair.

2. Need handicapped bathroom for men only. Remodel both bathrooms on ground

   floor, making both handicap accessible.

3. The metal detector needs to be at the front door.

4. The handicapped elevator needs replacing.

**FILED IN OFFICE**

FEB 1 1 2005

*Roger A Powell*

CLERK

1

5.    Repair and secure marble treads on the stairways and the first floor.

6.    The basement needs to be <u>cleaned up</u> and the ceiling needs to be repaired.

7.    All offices need more filing cabinets.

8.    Revenue Commissioner's office vault has a damp, sour smell. Needs to be addressed and corrected.

9.    Fire alarm system needed for entire building.

10.    Sprinkler system needed for the entire building.

11.    New roof needed.

12.    More storage space needed for all divisions.

13.    Basement area is a master fire hazard with documents strewn about without any order.

14.    Repair air conditioning throughout the building.

## COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and make the following recommendations:

1.    Have contractors make repairs to new roof which is under warranty. We understand this is already scheduled.

2.    Replace miscellaneous ceiling tiles where needed throughout the building.

3.    Repair damaged or missing floor tiles throughout the building.

## COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

FILED IN OFFICE

FEB 1 1 2005

*Roger A Powell* CLERK

1.    A position of file clerk should be created to assist in the maintenance of paper work. This person might also assist with communication with State institutions to move appropriate prisoners to other facilities.

2.    The jail exceeds the facility's design. Steps should be taken to remedy the situation. Suggestions such as these may be appropriate:

     A    Establish a team of representatives (personnel, commissioners, merchants, community volunteers) to problem solve.

     B.    Establish information seminars for cashiers and others in contact with checks.

3.    We strongly recommend that shelving for the law books in the library or multi-purpose room be built in order to get books off of the floor.

4.    A schedule for repainting floors and other surfaces should be established.

5.    Female inmates need a larger area.

6.    Trustee's recreation area needs to be cleared of hazardous materials.

7.    The ceiling in the monitoring room (pod) needs to be repaired.

8.    Repair or replace boiler system to correct the condensation problem which is causing mold as well as rust in the air vents and sprinkler valves. Replace rusty air vents and sprinkler valves throughout the facility.

9.    We STRONGLY recommend an evaluation of medical practices.

    We noted a high volume of medication on the counter next to be door in the nurse's room. This was reported as "discarded" medicine.

    Filing cabinets without working locks contained "juvenile" records, drug testing

3

FILED IN OFFICE

FEB 1 1 2005

*Roy A Powell*
CLERK

materials and an assortment of items.

Old urine samples were on top of filing cabinets.

The commissioners should supervise an evaluate the nurse.

Re-evaluate the system of medical examination of prisoners.

The audit report for Office of District Attorney, 22nd Judicial Circuit of Alabama, Covington County, Alabama, for July 1, 2002, through June 30, 2004, was reviewed and approved.

Respectfully submitted this the 11th day of February, 2005

_Ryan Copeland_
FOREMAN

_Webra Smith_
SECRETARY

FILED IN OFFICE

FEB 1 1 2005

_Ray A Power_
CLERK

4

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )                    SESSION HELD JUNE 6-10, 2005


We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 567 |
| TRUE BILLS | 225 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 202 |
| NO BILLS | 31 |
| CONTINUED | 109 |


COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we make the following recommendation:

1.    Storm damages to ceilings are a major issue.  These ceilings need to be repaired.

2.    The water in the break area of the Probate Judge's Office has an awful smell.

Cause needs be located,  addressed and corrected.

3.    Need sign indicating "watch your step" in  jury room.

4.    The handicapped elevator needs upgrading or replacing.

5.    Some walls and ceilings need painting.

FILED IN OFFICE

JUN 10 2005

*Roger A. Powell*
CLERK

1

6.    Storage facilities (file cabinets) are an issue and more need to be provided..

7.    Water cooler on first floor needs to be repaired.

## COVINGTON COUNTY BOARD OF EDUCATION:

Members of the Grand Jury inspected the Covington County Board of Education and make the following recommendations:

1.    Repair bathrooms on main or first floor of building. They need major improvements.

2.    Evidence of roof leaks are apparent throughout the building, some more severe than others. Roof repair definitely should be top priority.

3.    There is exposed wiring throughout the building. Covers should be installed.

4.    Previous Grand Jury recommended roof repair which hasn't been performed.

## COVINGTON COUNTY JAIL AND COVINGTON COUNTY COMMISSIONERS' OFFICE:

The Covington County Jail and the Covington County Commissioners' Office were inspected and we recommend the following:

1.    Establish a task force (jail and Sheriff's Department personnel, County Commissioners, local merchants, community volunteers, etc.) to problem solve.

2.    Female inmates need a larger area (there are beds on the floor).

3.    More up-to-date equipment needed in the pod room (suggestion-cameras).

4.    Repair the broken glass in the door to the kitchen.

5.    The extension/electrical cord hanging freely in female inmates cell block needs to be corrected.

2

**FILED IN OFFICE**

JUN 10 2005

*Roy A Powell*
CLERK

6.  Commissioners' offices looked over and were fine.

7.  Create a position for a male or female inmate to work off time or debt by taking a bowl, soap, water and scrub (i.e. chore list). Cleanliness is an issue along the baseboards/meeting floor area. More attention needs to be allotted to these areas

8.  Television shows should be monitored to PG 13.

The audit reports for Covington County E-911 Board, Inc.( October 1, 2002, through September 30, 2004), Office of Circuit and District Courts, Covington County, Alabama ( July 1, 2003, through January 31, 2005), Covington County Board of Education, Covington County, Alabama ( October 1, 2003, through September 30, 2004), and Office of Revenue Commissioner, Covington County, Alabama (Ad Valorem Tax Assessments-October 1, 2002, through September 30, 2003, Ad Valorem Tax Collections-June 21, 2003, through June 2, 2004, Manufactured Home Registrations-June 1, 2003, through May 31, 2004) were reviewed and approved.

Respectfully submitted this the 10th day of June, 2005

_Clarence H. Ball_
FOREMAN

_Teresa Maddox_
SECRETARY

FILED IN OFFICE

JUN 10 2005

_Roy A Power_
CLERK

3

STATE OF ALABAMA )                  REPORT OF GRAND JURY

COVINGTON COUNTY )                  SESSION HELD SEPTEMBER 12-16, 2005


We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 495 |
| TRUE BILLS | 152 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 139 |
| NO BILLS | 16 |
| CONTINUED | 188 |


COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we make the following recommendation:

1. Air conditioning systems in the Circuit Courtroom and in Youth Services Offices are not working properly and need to be repaired.

2. The ceilings and walls show visible water stains throughout the building. This needs to be repaired.

3. Repairs need to be made to the overhead or ceilings in the following areas:

   District Attorney Bad Check Unit file room.

   Stairwell leading to the third floor.

   Hole just outside of the District Courtroom .

FILED IN OFFICE

SEP 1 6 2005

*Roger A Powell*
CLERK

1

4.      The following areas need the floors repaired:

District Courtroom.

Youth Services (Carpet)

Probate Office (tag purchasing area).

Department of Revenue.

5.      Other maintenance and repairs needed:

Crack in Assistant District Attorney's Office.

Wallpaper (ripped) in Circuit Clerk's Office.

Painting in Revenue Commissioner's Office.

Painting in the balcony area on the second floor.

Replace inadequate electrical circuits which are causing the breakers to trip.

6.      Need signs to warn you to "watch your step" where floor levels change ( jury room, stairwell area on second floor).

7.      Take necessary steps to remove the water smell from the Revenue Commissioner's Office.

General Comment: Entire building appears overcrowded and storage areas inadequate. Recommend formulation of long range plan to meet the growing needs of this facility.

**COVINGTON COUNTY BOARD OF EDUCATION:**

Members of the Grand Jury inspected the Covington County Board of Education and make the following recommendations:

1.      Need new roof on west end of the building.

2

FILED IN OFFICE

SEP 1 6 2005

*Roy A Powell*
CLERK

2.     Replace damage ceiling tiles throughout the building.

3.     Replace floor tiles where needed.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

1.     Enforce cleaning practices throughout the jail by inmates (including getting rid of graffiti).

2.     Still need additional beds in order to get beds off the floor.

3.     Sheriff's Department needs fund for additional staffing at the jail. We recommend at least thirty (30) jail employees.

4.     Still need additional shelving for books in the law room area.

5.     The trustee's recreation area still needs to be cleared of hazardous materials.

6.     Mold and rusty air vents still a problem. This problem needs to be addressed and corrected.

7.     Recommend all inmate workers who leave the jail be wearing an identifiable uniform.

8.     The floors and walls still need repainting.

9.     Jail capacity still exceeds the facility's design. The facility needs expansion.

Respectfully submitted this the 16th day of September, 2005.

*Millie Butler*
FOREMAN

*Rosalyn Wright*
SECRETARY

FILED IN OFFICE

SEP 1 6 2005

*Roy A. P...*
CLERK

3

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )                    SESSION HELD DECEMBER  12-16, 2005

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 489 |
| TRUE BILLS | 133 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 157 |
| NO BILLS | 47 |
| CONTINUED | 150 |
| VOID | 2 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we make the following

recommendation:

1.    Repair water damage to wallpaper in the whole building, including the Circuit

Clerk's Office.

2.    Repair the water fountain in the lobby.

3.    Need a new storage building next to the Courthouse.

4.    The tiles on steps leading to the second floor are loose and need to be repaired.

5.    Some offices need  additional staffing and further training.

COVINGTON COUNTY BOARD OF EDUCATION:

1

I.     The following observations were made when inspecting the Covington County Board of

Education,  including office and classroom building:

    1.     There are many roof leaks.  Consider total roof repair to prevent major internal

        damage to the building.

    2.     Other than the above the building is in good condition.

II.    The Covington County Bus and Vehicle Maintenance Building was inspected.

    1.     There is a need for the following:

        a.     One (1) two  pole hydraulic lift (to lift small vehicles).

        b.     One (1) transmission jack.

        c.     Vehicle wash facility (EPA friendly).

III.   The Superintendent of Education considers he is adequately funded and staffed.

IV.    Overall the Board of Education appears to be in good condition.

COVINGTON COUNTY JAIL:

    The Covington County Jail was inspected and we recommend  the following:

    1.     Categorize repair expenses as to vandalism repairs, regular repairs, other repairs

        for comparative purposes.

    2.     Enhance the Standard Operating Policy/Procedures Manual  (SOP), have each

        employee sign document that they have read and received copy of it and place

        documentation in their personnel files.  Also have the Standard Operating Policy

        (SOP) available to the public.

    3.     The Correctional Officers need more training.  Before an officer begins work,

        he/she should have completed a correctional certification course.

2

4. Random checks on the day's video should be monitored to see if officers are carrying out their duties.

5. Better define contraband in the Standard Operating Policy Procedures Manual (SOP) and have Department of Corrections (DOC) perform individual searches and "shake downs" as often as possible.

6. All prisoners must be treated equally referring to contraband.

7. A rehiring policy needs to be made or revamped. Violations or reprimands need to be included in personnel file (possibly on point system). No rehiring after firing.

8. The security light needs to be adjusted and repaired in the yard.

9. A written evaluation process needs to be prepared for determination of work release prisoners and signed by sheriff and one other supervising officer.

10. Overcrowding was evident, and more space and more personnel are needed. We suggest the construction of a guard tower.

11. We suggest surprise inspection of night staff by jail administrator.

12. An incentive program for the Correctional Officers needs to be set up - not just across the board raises.

13. The person in the pod needs to prepare a shift report at the end of each shift.

14. No view of the inside of the various blocks should be blocked from the pod.

15. Thoroughly search all work release inmates for contraband upon return from work release. Seek prosecution of <u>all</u> contraband cases.

16. [no text]

3

The audit report for South Central Alabama Mental Health Board, Inc. , Year ended September 30, 2004, was reviewed and approved.

Respectfully submitted this the 16th day of December, 2005.

_____
FOREMAN

*Cynthia Meilike*
_____
SECRETARY

4

STATE OF ALABAMA )                    REPORT OF GRAND JURY

COVINGTON COUNTY )                    SESSION HELD FEBRUARY 6- 9, 2006

We, the Grand Jury of Covington County, respectfully file with Your Honor this report of our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 345 |
| TRUE BILLS | 92 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 134 |
| NO BILLS | 9 |
| CONTINUED | 109 |
| VOID | 1 |

COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we make the following recommendation:

1.    Air conditioning and heating systems in the Courthouse are not adequate. It is cool in some places and hot in others.

2.    The Ceiling and walls show visible water stains throughout the building. Check roof for leaks, repair and maintain.

3.    Repairs need to be made to the overhead or ceilings in the following areas: All

1

**FILED IN OFFICE**

FEB 09 2006

courtrooms, District Attorney's Bad Check Unit File room, stairwell leading to the third floor, foyer on second floor.

4. The following areas need the floors repaired: District Courtroom, Youth Services, Probate Office, Department of Revenue.

5. Other maintenance and repairs needed in the courthouse include:

   Wiring in clerk's office hazardous.

   Wallpaper in Circuit Clerk's Office is ripped.

   Bathroom off the law library has mold problem.

   Probation Office needs additional electrical outlets, additional staff and training and need inadequate electrical circuits replaced which are causing the breakers to trip.

   Crack in Assistant District Attorney's Office.

   Paint in Revenue Commissioner's Office.

   Paint in the balcony area of the second floor.

6. Need signs to warn you to "watch your step" where floor levels change, including jury rooms, stairwell areas, etc.

7. Take necessary steps to remove the water smell from the Probate Office including contacting the City of Andalusia Utility Department, Water Division to investigate.

8. Elevator first floor shaft needs wallpaper repaired and cleaned. Elevator second floor panel loose on open side at bottom is loose and could be hazardous. Needs to be repaired.

2

FILED IN OFFICE

FEB 09 2006

*Rw A Powe*
CLERK

9.    More space is required by all departments and offices.

10.    Assistant District Attorney Grace Jeter's office is too small.

11.    Probate Office's storage space is deplorable. Sixty percent (60%) is in the basement that floods. Suggest Probate Judge investigate possibility of storage outside the courthouse like the Circuit Clerk's office has done.

12.    Suggest possible renovation of old jail for storage and/or office space.

13.    Replace window in Jury Room B.

General Comment: Entire Courthouse building appears overcrowded and storage areas are inadequate

COVINGTON COUNTY BOARD OF EDUCATION:

The following observations were made when inspecting the Covington County Board of Education, including office and classroom building:

1.    Need new roof on west end of the building.

2.    Replace damaged ceiling tiles throughout the building.

3.    Replace damaged floor tiles where needed.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

The following recommendations (Numbers 1-16) were made by the December 2005 Grand Jury and are hereby also recommended by this Grand Jury:

1.    Categorize repair expenses as to vandalism repairs, regular repairs, other repairs for comparative purposes.

2.    Enhance the Standard Operating Policy/Procedures Manual (SOP), have each

3

FILED IN OFFICE

FEB 09 2006

*Rw A Pm*

CLERK

employee sign document that they have read and received copy of it and place documentation in their personnel files. Also have the Standard Operating Policy (SOP) available to the public.

3. The Correctional Officers need more training. Before an officer begins work, he/she should have completed a correctional certification course.

4. Random checks on the day's video should be monitored to see if officers are carrying out their duties.

5. Better define contraband in the Standard Operating Policy/ Procedures Manual (SOP) and have Department of Corrections (DOC) perform individual searches and "shake downs" as often as possible.

6. All prisoners must be treated equally referring to contraband.

7. A rehiring policy needs to be made or revamped. Violations or reprimands need to be included in personnel file (possibly on point system). No rehiring after firing.

8. The security light needs to be adjusted and repaired in the yard.

9. A written evaluation process needs to be prepared for determination of work release prisoners and signed by sheriff and one other supervising officer.

10. Overcrowding was evident, and more space and more personnel are needed.

11. We suggest the construction of a guard tower.

12. We suggest surprise inspection of night staff by jail administrator.

13. An incentive program for the Correctional Officers needs to be set up - not just across the board raises.

4

FILED IN OFFICE

FEB 09 2006

*Ron A Ponce*
CLERK

14.   The person in the pod needs to prepare a shift report at the end of each shift

15.   No view of the inside of the various blocks should be blocked from the pod.

16.   Thoroughly search all work release inmates for contraband upon return from work

release.  Seek prosecution of all contraband cases.

The following are new recommendations made by this Grand Jury:

17.   Need a lock on fuse box in closet in the Chapel.

18.   Glass (mirror)  on the piano in the Chapel needs removing.

19.   Air conditioner return vent in Chapel needs to be more secure.

20.   Need to show documentation on inspection of the kitchen  by the Health

Department.

21.   Entrance foyer has exposed telephone jack with wires visible needs to be repaired.

22.   Multipurpose room need the bedframes removed and bookcases added.  Needs

vents overhead cleaned to remove the mold.

23.   Replace all screws in the air conditioner vents with rivets.

24.   The Chapel needs a  means added to observe room when in use or system (buzzer)

to call for assistance.

25.   In the hall to the Chapel replace the crawlspace door constructed of sheet rock

with one made with plywood.

26.   Fix the block wall next to the outside door in Chapel.  You can see daylight

through the cracks.

27.   Regarding meals there needs to be a means to monitor/document adequate food

for inmates.

**FILED IN OFFICE**

5

FEB 0 9 2006

*Rev A Pruce*

**CLERK**

28. At present there are four (4) employees to one hundred sixty-seven (167) inmates. This is not adequate. Need more employees and increased pay.

29. Need additional tazer guns available in Pod. Only one is available and it is locked in administrator's office.

30. The laundry room needs additional washers and dryers. There is only one washer and no dryer operational.

31. The side security lights are not working. They need repairing or replacing.

32. There needs to be a way to monitor fire drills and health department inspections.

33. Repair outside window to female section.

34. Remove mold. Including the mold in ceiling area of trustees' room.

35. Nurse needs additional supplies, including examination table.

36. The wall sockets are not covered in the holding cells and well as several other areas. This needs to be corrected.

37. In the holding cell there is one that does not have a privacy wall for toilet area.

38. In the women's hall the "open" panel door control with buttons for cell doors was not secured. Also disinfectant spray out on shelf.

39. There needs to be a minimum of two (2) people in observation room at all times.


**General Recommendation:** **The Covington County Commission should advise the public when recommendations are meet.**

FILED IN OFFICE

6

FEB 09 2006

*Rm A Prue*

CLERK

The audit report for Covington County Commission, Covington County, Alabama, October 1, 2003, through September 30, 2004, was reviewed and approved.

Respectfully submitted this the 9th day of February, 2006.

_____
FOREMAN

_____
SECRETARY

FILED IN OFFICE

FEB 09 2006

_____
CLERK

7

STATE OF ALABAMA )                REPORT OF GRAND JURY

COVINGTON COUNTY )                SESSION HELD JUNE 12-16, 2006


We, the Grand Jury of Covington County, respectfully file with Your Honor this report of

our deliberations during this active session:

| | |
|---|---|
| PRESENTMENTS | 444 |
| TRUE BILLS | 181 |
| DISPOSED OF PRIOR TO CONVENING OF GRAND JURY | 144 |
| NO BILLS | 34 |
| CONTINUED | 85 |


COVINGTON COUNTY COURTHOUSE:

The Covington County Courthouse was inspected and we make the following

recommendation:

1.    One of two things need to be done.

    A.    Major renovation throughout the courthouse.

    B.    A new courthouse needs to be built

If the above is not possible in the near future attention should be called to:

1.    Mold needs to be determined by qualified house inspector as to what type it is and

the problem corrected.

**FILED IN OFFICE**

JUN 16 2006

*[signature]*

CLERK

1

2. Safe parking should be provided for employees.

3. PRIOR RECOMMENDATION MADE BY THE FEBRUARY 2006 GRAND JURY NEED TO COMPLIED WITH AS SOON AS POSSIBLE, TO-WIT:

1. Air conditioning and heating systems in the Courthouse are not adequate. It is cool in some places and hot in others.

2. The Ceiling and walls show visible water stains throughout the building. Check roof for leaks, repair and maintain.

3. Repairs need to be made to the overhead or ceilings in the following areas: All courtrooms, District Attorney's Bad Check Unit File room, stairwell leading to the third floor, foyer on second floor.

4. The following areas need the floors repaired: District Courtroom, Youth Services, Probate Office, Department of Revenue.

5. Other maintenance and repairs needed in the courthouse include:

    Wiring in clerk's office hazardous.

    Wallpaper in Circuit Clerk's Office is ripped.

    Bathroom off the law library has mold problem.

    Probation Office needs additional electrical outlets, additional staff and training and need inadequate electrical circuits replaced which are causing the breakers to trip.

    Crack in Assistant District Attorney's Office.

2

Paint in Revenue Commissioner's Office.

Paint in the balcony area of the second floor.

6.    Need signs to warn you to "watch your step" where floor levels change, including jury rooms, stairwell areas, etc.

7.    Take necessary steps to remove the water smell from the Probate Office including contacting the City of Andalusia Utility Department, Water Division to investigate.

8.    Elevator first floor shaft needs wallpaper repaired and cleaned. Elevator second floor panel loose on open side at bottom is loose and could be hazardous. Needs to be repaired.

9.    More space is required by all departments and offices.

10.   Assistant District Attorney Grace Jeter's office is too small.

11.   Probate Office's storage space is deplorable. Sixty percent (60%) is in the basement that floods. Suggest Probate Judge investigate possibility of storage outside the courthouse like the Circuit Clerk's office has done.

12.   Suggest possible renovation of old jail for storage and/or office space.

13.   Replace window in Jury Room B.

General Comment: Entire Courthouse building appears overcrowded and storage areas are inadequate.


COVINGTON COUNTY BOARD OF EDUCATION:

The Covington County Board of Education was inspected and we recommend the

3

following;

1. There are many leaks in the roof. Roof needs to be replaced.

2. Some leaks are in areas with sensitive electronic equipment. Equipment needs to be protected until roof is replaced.

3. Tar is leaking from roof area. Needs to be cleaned up.

4. Leaks are causing some wall discoloration. Walls need to be cleaned.

5. Ceiling tile needs to be replaced after roof is replaced.

6. Files needs to be covered in leaking areas.

7. Wall needs painting in book room.

8. Windows are broken in special needs area. Broken windows are being caused by loose gravel in grass area around windows when grass is cut. The gravel needs to be removed from grass area. Windows need to be replaced.

9. Tile damage to floor in lower hallway. Tile needs to be replaced.

10. Spider webs are located in lighting fixtures. Fixtures need to be cleaned.

COVINGTON COUNTY JAIL:

The Covington County Jail was inspected and we recommend the following:

First, we reiterate the recommendations of prior grand juries, to-wit:

1. At present there are three (3 employees to one hundred eighty-nine (189) inmates. This is not adequate. Need more employees and increased pay. We recommend six (6) males on the day shift.

4

2. Need additional tazer guns available in Pod. Only one is available. It does not work and is locked in administrator's office.

3. There needs to be a minimum of two (2) people in observation room at all times.

4. There should be another evidence room in order to eliminate renting a tractor trailer.

5. Salaries for corrections officers are inadequate. Their salaries need to be increased.

6. Categorize repair expenses as to vandalism repairs, regular repairs, other repairs for comparative purposes.

7. Enhance the Standard Operating Policy/Procedures Manual (SOP), have each employee sign document that they have read and received copy of it and place documentation in their personnel files. Also have the Standard Operating Policy (SOP) available to the public.

8. The Correctional Officers need more training. Before an officer begins work, he/she should have completed a correctional certification course.

9. Random checks on the day's video should be monitored to see if officers are carrying out their duties.

10. Better define contraband in the Standard Operating Policy/ Procedures Manual (SOP) and have Department of Corrections (DOC) perform individual searches and "shake downs" as often as possible.

11. All prisoners must be treated equally referring to contraband.

12. A rehiring policy needs to be made or revamped. Violations or reprimands need

5

to be included in personnel file (possibly on point system).  No rehiring after firing.

13.    The security light needs to be adjusted and repaired in the yard.

14.    A written evaluation process needs to be prepared for determination of work release prisoners and signed by sheriff and one other supervising officer.

15.    Overcrowding was evident, and more space and more personnel are needed.

16.    We suggest the construction of a guard tower.

17.    We suggest surprise inspection of night staff by jail administrator.

18.    An incentive program for the Correctional Officers needs to be set up - not just across the board raises.

19.    No view of the inside of the various blocks should be blocked from the pod.

20.    Thoroughly search all work release inmates for contraband upon return from work release.  Seek prosecution of <u>all</u> contraband cases.

The following are new recommendations made by this Grand Jury:

21.    Need a lock on fuse box in closet in the Chapel.

22.    Air conditioner return vent in Chapel needs to be more secure.

23.    Need to show documentation on inspection of the kitchen  by the Health Department.

24.    Entrance foyer has exposed telephone jack with wires visible needs to be repaired.

25.    Replace all screws in the air conditioner vents with rivets.

26.    The Chapel needs a  means added to observe room when in use or system (buzzer) to call for assistance.

6

27. In the hall to the Chapel replace the crawlspace door constructed of sheet rock with one made with plywood.

28. Regarding meals there needs to be a means to monitor/document adequate food for inmates.

29. The side security lights are not working. They need repairing or replacing.

30. There needs to be a way to monitor fire drills and health department inspections.

31. Repair outside window to female section. The glass could be used as a weapon.

32. Remove mold. Including the mold in ceiling area of trustees' room.

33. Nurse needs additional supplies, including examination table.

34. The wall sockets are not covered in the holding cells and well as several other areas. This needs to be corrected.

35. In the holding cell there is one that does not have a privacy wall for toilet area.

36. In the women's hall the "open" panel door control with buttons for cell doors was not secured. Also disinfectant spray out on shelf.


The audit report for the Office of Judge of Probate, Covington County, Alabama, dated October 1, 2002 through September 30, 2004, was reviewed and approved.

Respectfully submitted this the 16th day of June, 2006.

_Mark Hangom_
FOREMAN

_Anne R. Squelin_
SECRETARY

**FILED IN OFFICE**

JUN 16 2006

_Ron A Power_
CLERK

7

., Roger A. Powell, Circuit Clerk
hereby certify this is a true and
correct copy on file in this office.
10/3/06

Roger A. Powell, Circuit Clerk