IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv600-MHT |
| ) | |
| ANTHONY CLARK, etc., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

There being no objection, it is ORDERED that the motion to amend complaint (doc. no. 46) is granted.

DONE, this the 11th day of January, 2007.

                /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE