IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JENNIE COURTNEY, et al.,** ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:06-cv-600-MHT |
| ) | |
| v. ) | |
| ) | CV 2005-1192 |
| **ANTHONY CLARK, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ANSWER OF BLACK CREEK INTEGRATED SYSTEMS, INC. TO PLAINTIFF'S SECOND AMENDED COMPLAINT

**COMES NOW** the defendant identified as Black Creek Integrated Systems, Inc., and for Answer to Plaintiff's Second Amended Complaint, which appears to be identical to plaintiff's original Complaint, hereby adopts by reference, as fully as if set out verbatim herein, this defendant's Answer to Plaintiff's Original Complaint which was previously filed in this cause.

s/ Bert P. Taylor
_____
Bert P. Taylor (TAY004)

OF COUNSEL FOR DEFENDANT:
BLACK CREEK INTEGRATED
SYSTEMS CORP.
TAYLOR RITTER, P.C.
P. O. Box 489
Orange Beach, AL 36561
Phone: (251) 981-8430
Fax:   (251) 981-8425
E-mail: bert@taylorritter.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a true and correct copy of the above pleading on all counsel and/or parties listed below by placing a copy in the United States Mail and placing proper postage upon same:

*Counsel for Plaintiff:*
Will G. Phillips, Esq.
J. David Greene, Esq.
Britt V. Bethea, Esq.
Greene & Phillips
50 N. Florida Street
Mobile, AL 36607

*Counsel for Hollis & Spann, Inc.:*
Steven K. Herndon, Esq.
Matthew Y. Beam, Esq.
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103

*Counsel for Anthony Clark,*
*Jerry Wayne Edgar, and*
*Walter Inabinett:*
Daryl L. Masters, Esq.
Gary L. Wilford, Jr., Esq.
Webb & Eley, P.C.
P.O. Box 240909
7475 Halcyon Pointe Drive
Montgomery, AL 36124

*Counsel for Dickey & Associates, Inc.:*
Alan T. Hargrove, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, AL 36101-0270

Oscar Roy Doster AIS#177168 , *pro se*
P.O. Box 150
Mt. Meigs, AL 36057

James Darren Harnage AIS #239251 , *pro se*
P.O. Box 150
Mt. Meigs, AL 36057

Seymour and Lisenby, Inc., *pro se*
103 Wisteria Way
Ozark, AL 36360-7614

Darden Engineers, Inc., *pro se*
P.O. Box 126
Dadeville, AL 36853-0126

I hereby certify service on this the 16th day of January, 2007.

                                                  s/ Bert P. Taylor

                                                  _____
                                                  Of Counsel