IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, ) | |
| AS ADMINISTRATIX OF THE ) | |
| ESTATE OF DENNIS COURTNEY, ) | |
| DECEASED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.:2:06-CV-600-DRB |
| ) | |
| ) | |
| ANTHONY CLARK, et al., ) | |
| ) | |
| Defendants. ) | |

### ANSWER OF DICKEY & ASSOCIATES, INC. TO PLAINTIFF'S SECOND AMENDED COMPLAINT

COMES NOW Defendant Dickey and Associates, Inc. and for Answer to Plaintiff's Second Amended Complaint, hereby adopts by reference, as fully as if set out verbatim herein, this Defendant's Answer to Plaintiff's Original Complaint which was previously filed in this cause.

Respectfully submitted this the 22nd day of January, 2007.

*s/ R. Brett Garrett*
ALAN T. HARGROVE (HAR236)
R. BRETT GARRETT (GAR085)
Attorneys for Defendant Dickey and Associates, Inc.

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
(334) 206-3100
bg@rsjg.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2007, I electronically filed the foregoing with the Clerk of the court using CM/ECF system which will send notification of such filing to the following:

      Matthew Y. Beam, Esq.
      J. David Greene, Jr., Esq.
      Steven Keith Herndon, Esq.
      Daryl L. Masters, Esq.
      Will G. Phillips, Esq.
      Bert Pittman Taylor, Esq.
      Gary L. Willford, Jr., Esq.

      I hereby certify that on January 22, 2007, I have served the foregoing Answer by placing a copy of the same in the United States Mail, postage prepaid, upon:

Darden Engineers, Inc.
P.O. Box 126
Dadeville, Alabama 36853-0126

Oscar Roy Doster AIS 177168
P.O. Box 150
Mt. Meigs, Alabama 36057

James Darren Harnage AIS 239251
P.O. Box 150
Mt. Meigs, Alabama 36057

Britt V. Bethea
34300-D Sandner Court
Birmingham, AL 35209

                                              *s/ R. Brett Garrett*
                                              OF COUNSEL