IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JENNIE COURTNEY, etc.,        )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )    2:06cv600-MHT
                              )
ANTHONY CLARK, etc.,          )
et al.,                       )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion to dismiss (doc. no. 67) is set for submission, without oral argument, on February 12, 2007, with all briefs due by said date.

DONE, this the 26th day of January, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE