IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIE COURTNEY, etc., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv600-MHT |
| | ) | |
| ANTHONY CLARK, etc., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motion to amend complaint (doc. no. 71) is set for submission, without oral argument, on February 21, 2007, with all briefs due by said date.

DONE, this the 13th day of February, 2007.

                                 /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE