**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JENNIE COURTNEY,** | ) | |
| **AS ADMINISTRATIX OF THE** | ) | |
| **ESTATE OF DENNIS COURTNEY,** | ) | |
| **DECEASED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. : 2:06-CV-600-DRB** |
| | ) | |
| **ANTHONY CLARK, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT DICKEY AND ASSOCIATES, INC.'S NOTICE OF FILING DISCOVERY DOCUMENTS**

COMES NOW the Defendant, Dickey and Associates, Inc., and gives notice to this Court that the following discovery was propounded upon Plaintiff:

1.  Defendant Dickey and Associates, Inc.'s Responses to Plaintiff's First Interrogatories and Requests for Production.

> *s/ R. Brett Garrett*
> ALAN T. HARGROVE (HAR236)
> R. BRETT GARRETT (GAR085)
> Attorneys for Defendant Dickey and Associates, Inc.

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
(334) 206-3100

## CERTIFICATE OF SERVICE

I hereby certify that on the above document was electronically served upon the following on February 14, 2007:

Matthew Y. Beam, Esq.
J. David Greene, Jr., Esq.
Steven Keith Herndon, Esq.
Daryl L. Masters, Esq.
Will G. Phillips, Esq.
Bert Pittman Taylor, Esq.
Gary L. Willford, Jr., Esq.

I hereby certify that on February 14, 2007, I have served the foregoing by placing a copy of the same in the United States Mail, postage prepaid, upon:

Darden Engineers, Inc.
P.O. box 126
Dadeville, Alabama 36853-0126

Oscar Roy Doster AIS 177168
P.O. Box 150
Mt. Meigs, Alabama 36057

James Darren Harnage AIS 239251
P.O. Box 150
Mt. Meigs, Alabama 36057

Britt V. Bethea
50 N. Florida Street
Mobile, AL 36607

*s/ R. Brett Garrett*
*s/ Alan T. Hargrove*
OF COUNSEL

2