IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, <br> AS ADMINISTRATRIX OF THE <br> ESTATE OF DENNIS COURTNEY, <br> DECEASED, <br> <br> PLAINTIFF, <br> <br> v. <br> <br> ANTHONY CLARK, et al. | * <br> * <br> * <br> * <br> * <br> *   CIVIL ACTION NO.: <br> *      2:06-CV-00600-MHT <br> *   (Removed from the Circuit Court of <br> *    Covington County, AL; CV-06-110) <br> * <br> * <br> * |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO DISCLOSE THE IDENTITY OF WITNESSES WHO MAY BE USED TO PRESENT EVIDENCE AT TRIAL

COMES NOW the Plaintiff, by and through her attorneys of record, and hereby requests this Honorable Court to grant an extension of time to allow Plaintiff to disclose the identity of witnesses who may be used to present evidence at the trial of this matter and in support of said motion hereby states as follows:

1. Plaintiff propounded discovery to all defendants on January 4, 2007. To date, Hollis & Spann, Inc. is the only defendant who has provided discovery responses.

2. A motion to dismiss filed by Defendants Clark, Edgar, and Inabinett is currently pending in this Honorable Court with attorneys for Plaintiff and Defendants having filed briefs in support and in opposition to said motion.

3. A motion for summary judgment filed by Defendant Hollis & Spann, Inc. is currently pending in this Honorable Court with

attorneys for Plaintiff and Defendant having filed briefs in support and in opposition to said motion.

4. Defendants Clark, Edgar, and Inabinett have objected to discovery until the aforementioned motion is decided.

5. The identity of any potential witnesses who may present evidence at trial is currently unknown and cannot be discovered until discovery is completed and therefore cannot be disclosed.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant this Motion for an Extension of Time to Allow the Disclosure of the Identity of any Witnesses who may present evidence at trial.

Respectfully submitted this 3rd day of March, 2007.

/s/ Britt V. Bethea
WILL G. PHILLIPS (PHI-044)
BRITT V. BETHEA (BET-012)
GREENE & PHILLIPS, L.L.C.
Attorneys for Plaintiff, Jennie Courtney
50 N. Florida Street
Mobile, Alabama 36607
(251) 478-1115 – Telephone
(251) 471-3920 – Facsimile
E-Mail: wgphillips@greenephillips.com
bbethea@greenephillips.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of March 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven K. Herndon, Esq.
Matthew Y. Beam, Esq.
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, Alabama 36103

Bert P. Taylor, Esq.
Taylor Ritter, P.C.
P.O. Box 489
Orange Beach, Alabama 36561

Alan T. Hargrove, Jr. Esq.
Richard Brett Garrett, Esq.
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, Alabama 36101-0270

and by sending via U.S. Mail, postage prepaid, to the following:

Oscar Roy Doster, AIS # 177168
P.O. Box 150
Mt. Meigs, Alabama 36057

James Darren Harnage, AIS # 239251
P.O. Box 150
Mt. Meigs, Alabama 36057

/s/ Britt V. Bethea
BRITT V. BETHEA