IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JENNIE COURTNEY, etc.,                )
                                      )
    Plaintiff,                        )
                                      )       CIVIL ACTION NO.
    v.                                )       2:06cv600-MHT
                                      )
ANTHONY CLARK, etc.,                  )
et al.,                               )
                                      )
    Defendants.                       )

                                ORDER

It is ORDERED that the motion to file out of time (doc. no. 76) is granted.

DONE, this the 8th day of March, 2007.

                                         /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE