# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, ETC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No.: 2:06-CV-00600-MHT |
| ANTHONY CLARK, et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS COVINGTON COUNTY SHERIFF ANTHONY CLARK AND COVINGTON COUNTY DEPUTIES JERRY EDGAR AND WALTER INABINETT'S MOTION FOR EXTENSION OF TIME

COME NOW Covington County Sheriff Anthony Clark ("Sheriff Clark"), Covington County Deputy Sheriff Jerry Wayne Edgar ("Deputy Edgar"), and Covington County Deputy Sheriff Walter Inabinett ("Deputy Inabinett"), Defendants in the above-entitled action, and for the reasons stated in the Motions of Defendants Black Creek, Hollis & Spann, Dickey & Associates, and Seymour and Lisenby, request that the Court enter an Order extending the Defendant's expert witness deadline.

Respectfully submitted, this 30th day of March, 2007.

                                                     **s/Gary L. Willford, Jr.**
                                                     DARYL L. MASTERS Bar Number: MAS018
                                                     GARY L. WILLFORD, JR. Bar Number: WIL198
                                                     Attorneys for Defendants
                                                     WEBB & ELEY, P.C.
                                                     7475 Halcyon Pointe Road
                                                     Post Office Box 240909
                                                     Montgomery, Alabama  36124
                                                     Telephone:  (334) 262-1850
                                                     Fax:  (334) 262-1889
                                                     E-mail:  gwillford@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Steven Keith Herndon, Esq., Matthew Y. Beam, Esq., Alan T. Hargrove, Esq., R. Brett Garrett, Esq., Bert P. Taylor, Esq.**

Additionally, the following parties have been served via United States Mail, postage-prepaid:

| | | |
|---|---|---|
| Oscar Roy Doster | James Darren Harnage | Darden Engineers |
| AIS 177168 | AIS 239251 | P.O. Box 126 |
| P.O. Box 150 | P.O. Box 150 | Dadeville, Alabama 36853-0126 |
| Mt. Meigs, Alabama 36057 | Mt. Meigs, Alabama 36057 | |

        **s/Gary L. Willford, Jr.**
        OF COUNSEL