IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv600-MHT |
| ) | |
| ANTHONY CLARK, etc., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is ORDERED that the motions to extend time (doc. nos. 78 & 82-87) are granted to the extent that all the deadlines and pretrial and trial dates in the uniform scheduling order (doc. no. 21) are suspended pending resolution of the other pending motions, including the motion to amend (doc. no. 71), the motions to dismiss (doc. nos. 44 & 67), and the motions for summary judgment (doc. nos. 58, 88, & 90).

DONE, this the 6th day of June, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE