IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv600-MHT |
| ) | |
| ANTHONY CLARK, etc., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motions for summary judgment (Doc. Nos. 88 and 90) are set for submission, without oral argument, on June 21, 2007, with all briefs and evidentiary materials due by said date.

DONE, this the 7th day of June, 2007.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE