AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ALABAMA__

Jennie Courtney as Administratrix of the Estate of
Dennis Courtney, deceased

V.

Anthony Clark, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:06-cv-600-DRB

TO: (Name and address of Defendant)

>County of Covington
>Covington County Commission
>P.O. Box 188
>Andalusia, AL 36420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

>Britt V. Bethea
>50 N. Florida Street
>Mobile, AL 36607

an answer to the complaint which is served on you with this summons, within ___20 (Twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                             6/21/07
_____              _____
CLERK                                                           DATE

_____
(By) DEPUTY CLERK