IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

JENNIE COURTNEY, Administrator,  )
          Plaintiff,  )
v.  )  CASE NO. 2:06-cv-00600-MHT-WC
SHERIFF ANTHONY CLARK, ET AL.,  )
          Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Anthony Clark__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☒ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

6/20/2007
Date

(Signature)

Daryl L. Masters
(Counsel's Name)

Anthony Clark, Jerry Wayne Edgar, Walter Inabinett
Counsel for (print names of all parties)

P.O. Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code

(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____DARYL L. MASTERS_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____Electronic Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __JUNE__ 20_07_, to:

Britt V. Bethea, Esq., J. David Greene, Jr., Esq., Will G. Phillips, Esq.,

Bert Pittman Taylor, Esq.

Matthew Y. Beam, Esq., Steven Keith Herndon, Esq.

Alan Thomas Hargrove, Jr., Esq., Richard Brett Garrett, Esq.

_6/20/07_
Date

_[Signature]_
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

JENNIE COURTNEY, Administrator, )
)
Plaintiff, )
)
v. ) CASE NO. 2:06-cv-00600-MHT-WC
)
SHERIFF ANTHONY CLARK, ET AL., )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __Jerry Wayne Edgar__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

■ This party is a governmental entity, or

■ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>              <u>Relationship to Party</u>

_____        _____

_____        _____

_____        _____


6/20/2007                      _____
Date                           (Signature)

                               Daryl L. Masters
                               (Counsel's Name)

                               Anthony Clark, Jerry Wayne Edgar, Walter Inabinett
                               Counsel for (print names of all parties)
                               P.O. Box 240909
                               Montgomery, Alabama 36124
                               Address, City, State Zip Code
                               (334) 262-1850
                               Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____DARYL L. MASTERS_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____Electronic Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __JUNE_____ 20_07_, to:

Britt V. Bethea, Esq., J. David Greene, Jr., Esq., Will G. Phillips, Esq.,

Bert Pittman Taylor, Esq.

Matthew Y. Beam, Esq., Steven Keith Herndon, Esq.

Alan Thomas Hargrove, Jr., Esq., Richard Brett Garrett, Esq.

_6-20-07_
Date

_[signature]_
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

JENNIE COURTNEY, Administrator,  )
                                 )
        Plaintiff,               )
                                 )
v.                               )   CASE NO. 2:06-cv-00600-MHT-WC
                                 )
SHERIFF ANTHONY CLARK, ET AL.,   )
                                 )
        Defendants,              )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __Walter Inabinett__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

■ This party is a governmental entity, or

■ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

6/20/2007                                  (Signature)
Date
                                           Daryl L. Masters
                                           (Counsel's Name)

                                           Anthony Clark, Jerry Wayne Edgar, Walter Inabinett
                                           Counsel for (print names of all parties)
                                           P.O. Box 240909
                                           Montgomery, Alabama 36124
                                           Address, City, State Zip Code
                                           (334) 262-1850
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____DARYL L. MASTERS_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____Electronic Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __JUNE__ 20_07_, to:

Britt V. Bethea, Esq., J. David Greene, Jr., Esq., Will G. Phillips, Esq.,

Bert Pittman Taylor, Esq.

Matthew Y. Beam, Esq., Steven Keith Herndon, Esq.

Alan Thomas Hargrove, Jr., Esq., Richard Brett Garrett, Esq.

6-20-07
Date

[Signature]
Signature