**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

County of Covington
Brenda Petty, Administrator
Covington County Commission
P.O. Box 188
Andalusia, AL 36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Kerry Castleberry*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
Kerry Castleberry

C. Date of Delivery
6-25-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:06CV600
2nd. Amd.
S+ Corp
20

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0005 4116 9497

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540