IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, <br> AS ADMINISTRATRIX OF THE <br> ESTATE OF DENNIS COURTNEY, <br> DECEASED, <br><br> PLAINTIFF, <br><br> v. <br><br> ANTHONY CLARK, et al. <br><br> DEFENDANTS. | CIVIL ACTION NO.: <br> 2:06-CV-00600-MHT <br> (Removed from the Circuit Court of <br> Covington County, AL; CV-06-110) |

## NOTICE OF FILING

COMES NOW the Plaintiff, Jennie Courtney as Administratrix of the Estate of Dennis Courtney, deceased in the above referenced matter and gives notice of filing the following:

1.  Rule 26 (e) Supplemental Disclosures

This 26th day of September, 2007.

/s/ Britt V. Bethea
BRITT V. BETHEA
Attorney for Plaintiff, Jennie Courtney
as Administratrix of the Estate of Dennis
Courtney, deceased

OF COUNSEL:

GREENE & PHILLIPS, ATTORNEYS AT LAW, L.L.C.
50 N. Florida Street
Mobile, Alabama 36607
(251) 478-1115 – Telephone
(251) 471-4920 – Facsimile
E-Mail: wgphillips@greenephillips.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 26th day of June, 2007, I electronically filed the foregoing with Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven Keith Herndon, Esq.
Matthew Y. Beam Esq.
Gidiere, Hinton, Herndon & Christman
60 Commerce Street, Ste. 904
Montgomery, Alabama 36104

Alan T. Hargrove, Esq. & R. Brett Garrett, Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270

Daryl L. Masters, Esq. & Gary L. Willford, Jr., Esq.
Webb & Eley, P.C.
7475 Halcyon Pointe Drive
Montgomery, Alabama 36124

Bert P. Taylor, Esq.
Taylor Ritter, P.C.
P.O. Box 489
Orange Beach, Alabama 36561

/s/ Britt V. Bethea
BRITT V. BETHEA