IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

JENNIE COURTNEY. ETC.     ,
_____

  Plaintiff,

v.

ANTHONY CLARK, ET AL.     ,
_____

  Defendants,

)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:06-CV-00600
     _____

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Hollis & Spann , a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☑ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

6/29/2007
_____
Date

(Signature)

Steven K. Herndon
_____
(Counsel's Name)

Hollis & Spann, Inc.
_____
Counsel for (print names of all parties)
60 Commerce Street Suite 904/P. O. Box 4190 (36103)
_____
Montgomery, AL 36104
_____
Address, City, State Zip Code
334-834-9950
_____
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I,____STEVEN K. HERNDON_____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by ___electronic mail_____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this _29th___day of _____June_____ 20_07_, to:

Messrs. Britt V. Bethea, J. David Greene, Jr. and Will G. Phillips
_____

Messrs. Daryl L. Masters and Gary L. Willford, Jr.
_____

Mr. Bert Pittman Taylor
_____

Messrs. Alan Thomas Hargrove, Jr. and Richard Brett Garrett
_____

Mr. James Darren Harnage AIS #239251 (by mail)
_____

Mr. Oscar Roy Doster AIS #177168 (by mail)
_____

6/29/2007
_____                    _____
             Date                                              Signature