IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Jennie Courtney, et al.,

    Plaintiff,

v.    CASE NO. 2:06-cv-600-MHT

Anthony Clark, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Dickey & Associates, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity      Relationship to Party

_____      _____

_____      _____

_____      _____

_____
Date

s/ R. Brett Garrett (GAR085)
(Signature)

R. Brett Garrett
(Counsel's Name)

Dickey & Associates, Inc ; and Seymour & Lisenby Architects
Counsel for (print names of all parties)

184 Commerce Street
Montgomery, AL 36104
Address, City, State Zip Code

334-206-3138
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, R. Brett Garrett, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 23rd day of July 20 07, to:

Britt V. Bethea, Esq.; J. David Greene, Jr., Esq.; and Will G. Phillips, Esq.

Daryl L. Masters, Esq.; and Gary L. Willford, Jr., Esq.

Bert Pittman Taylor, Esq.

James Darren Harnage (AIS # 239251) (by mail)

Oscar Roy Doster (AIS # 177168) (by mail)


7/23/2007
Date

s/ R. Brett Garrett
Signature