IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIE COURTNEY, etc., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv600-MHT |
| | ) | |
| ANTHONY CLARK, etc., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that the motion to dismiss (Doc. No. 101) is set for submission, without oral argument, on August 8, 2007, with all briefs due by said date.

DONE, this the 23rd day of July, 2007.

                                /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE