IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JENNIE COURTNEY, et al., )
)
Plaintiff, )
)
v. ) CASE NO. 2:06-CV-00600
)
Anthony Clark, et al., )
)
Defendants, )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Black Creek Integrated Systems Corp., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

■ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

7/24/2007
Date

(Signature)

Bert P. Taylor
(Counsel's Name)

Taylor Ritter, P.C.
Counsel for (print names of all parties)
P. O. Box 489
Orange Beach, AL 36561
Address, City, State Zip Code
251-981-8430
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Bert P. Taylor, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 24th day of July 2007, to:

Britt V. Bethea, Esq., J. David Greene, Jr., Esq., and Will G. Phillips

Daryl L. Masters, Esq. and Gary L. Willford, Jr., Esq.

Steven K. Herndon, Esq.

Alan Thomas Hargrove, Jr., Esq. and Richard Brett Garrett, Esq.

James Darren Harnage AIS #239251 (by mail)

Oscar Roy Doster AIS #177168 (by mail)

7/24/2007
Date

Signature