IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIE COURTNEY, etc., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv600-MHT |
| | ) | |
| ANTHONY CLARK, etc., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 107) is granted.

DONE, this the 10th day of August, 2007.

                      /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE