IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv600-MHT |
| ) | (WO) |
| ANTHONY CLARK, etc., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motions to dismiss (Doc. Nos. 44 & 67), filed by defendants Covington County Sheriff Anthony Clark, Covington County Deputy Sheriff Jerry Wayne Edgar, and Covington County Deputy Sheriff Walter Inabinett, are granted.

(2) This lawsuit is dismissed with prejudice as to defendants Covington County Sheriff Anthony Clark, Covington County Deputy Sheriff Jerry Wayne Edgar, and

Covington County Deputy Sheriff Walter Inabinett.  This case is still pending as to the remaining defendants.

It is further ORDERED that costs are taxed against plaintiff Jennie Courtney, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of September, 2007.


        /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**