IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JENNIE COURTNEY, etc.,      )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )      2:06cv600-MHT
                            )          (WO)
ANTHONY CLARK, etc.,        )
et al.,                     )
                            )
    Defendants.            )

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Hollis and Spann, Inc.'s motion for summary judgment (Doc. No. 58) is granted.

(2) Summary judgment is entered in favor of defendant Hollis and Spann, Inc. and against plaintiff Jennie Courtney, with plaintiff Courtney taking nothing by her complaint. This case is still pending as to the remaining defendants.

It is further ORDERED that costs are taxed against plaintiff Courtney, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of September, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE