IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc.,         ) | |
|                                )                          | |
|     Plaintiff,                 )                          | |
|                                )                          | CIVIL ACTION NO. |
|     v.                         )                          | 2:06cv600-MHT |
|                                )                          | |
| ANTHONY CLARK, etc.,           )                          | |
| et al.,                        )                          | |
|                                )                          | |
|     Defendants.                )                          | |

                    ORDER

It is ORDERED that the motion for permission to file a reply brief (Doc. No. 111) is granted.

DONE, this the 27th day of September, 2007.


              /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE