IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JENNIE COURTNEY, etc.,      )
                            )
    Plaintiff,               )
                            )
                            )    CIVIL ACTION NO.
    v.                       )    2:06cv600-MHT
                            )
ANTHONY CLARK, etc.,        )
et al.,                      )
                            )
    Defendants.              )
```

ORDER

It is ORDERED that the motion to strike (doc. no. 110) is set for submission, without oral argument, on October 12, 2007, with all briefs due by said date.

DONE, this the 27th day of September, 2007.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE