IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv600-MHT |
| ) | |
| ANTHONY CLARK, etc., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

It is ORDERED that the motion to alter or amend judgment (Doc. No. 119) is set for submission, without oral argument, on October 19, 2007, with all briefs due by said date.

DONE, this the 5th day of October, 2007.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE