IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, et al., | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:06-CV-600-DRB |
| | ) |
| v. | ) |
| | ) |
| ANTHONY CLARK, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT BLACK CREEK INTEGRATED SYSTEMS CORP.'S
MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, Black Creek Integrated Systems Corporation, and moves this Honorable Court as follows:

1. To enter, pursuant to Rule 56 of the Alabama Rules of Civil Procedure, an Order dismissing the Defendant with prejudice on the grounds that there is no genuine issues as to any material fact and that the Defendant is entitled to a summary judgment as a matter of law.

2. The Defendant submits its motion for summary judgment upon the narrative summary of undisputed facts, the brief in support of motion for summary judgment; and the pleadings filed and discovery conducted in this case.

3. The defendant requests that said order be entered as a final order in accordance with the terms and conditions of Fed. R. Civ. P. 54(b), as there is no just reason for delay.

Respectfully submitted this 29th day of November, 2007.

s/ Bert P. Taylor
_____
Bert P. Taylor (ASB-4006-L75B)

                        s/ Rosemary S. Moore
                        _____
                        Rosemary S. Moore (ASB-5437-M75M)

**OF COUNSEL FOR DEFENDANT:**
**BLACK CREEK INTEGRATED**
**SYSTEMS CORP.**
**TAYLOR RITTER, P.C.**
P. O. Box 489
Orange Beach, AL 36561
Phone: (251) 981-8430
Fax: (251) 981-8425
E-mail: bert@taylorritter.com
E-mail: rmoore@taylorritter.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 29, 2007, I electronically filed the foregoing with the Clerk of the court using CMJECF system which will send notification of such filing to the following:

        Matthew Y. Beam, Esq.
        J. David Greene, Jr., Esq.
        Steven Keith Elemdon, Esq.
        Britt V. Bethea, Esq.
        Daryl L. Masters, Esq.
        Will G. Phillips, Esq..
        Alan T. Hargrove, Jr., Esq.
        R. Brett Garrett, Esq.
        Gary L. Willford, Jr., Esq.

     I hereby certify that on November 29, 2007, I have served the foregoing by placing a copy of the same in the United States Mail, postage prepaid, upon:

Oscar Roy Doster (AIS # 177168)
P.O. Box 150
Mt. Meigs, Alabama 36057

James Darren Harnage (AIS # 239251)
P.O. Box 150
Mt. Meigs, Alabama 36057

                        s/ Bert P. Taylor
                        _____
                        OF COUNSEL