IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JENNIE COURTNEY, etc.,

　　　　Plaintiff,

v.                                                    CASE NO. 2:06-CV-00600-MHT

COVINGTON COUNTY COMMISSION,

　　　　Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Covington County Commissio, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

12/13/2007
Date

(Signature) /s/ R. Willford

Gary L. Willford, Jr.
(Counsel's Name)

Chris West

Counsel for (print names of all parties)
P. O. Box 240909
Montgomery, AL 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Gary L. Willford, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U. S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 13th____day of December_____ 20 07, to:

Will G. Phillips, Esquire, J. David Greene, Esquire, Britt V. Bethea, Esquire

Steven K. Herndon, Esquire, Matthew Y. Beam, Esquire

Bert P. Taylor, Esquire

Alan T. Hargrove, Jr., Esquire, Richard Brett Garrett, Esquire

Oscar Roy Doster

James Darren Harnage

12/13/2007
Date                                                    Signature