IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, <br> AS ADMINISTRATRIX OF THE <br> ESTATE OF DENNIS COURTNEY, <br> DECEASED, <br><br> PLAINTIFF, <br><br> v. <br><br> ANTHONY CLARK, et al. <br><br> DEFENDANTS. | CIVIL ACTION NO.: 2:06-CV-600-DRB <br> (Removed from the Circuit Court of <br> Covington County, AL; CV-06-110) |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Jennie Courtney as Administratrix of the Estate of Dennis Courtney, deceased, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity member and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

Reportable Entity                                   Relationship to Party

_____                      _____

_____                      _____

_____                     _____

_____                     _____

December 20, 2007                            /s/ BVB
                                             _____
                                             BRITT V. BETHEA
                                             COUNSEL FOR THE PLAINTIFF
                                             50 N. Florida Street
                                             Mobile, AL 36607
                                             (251) 478-1115 – Telephone

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Britt V. Bethea, do hereby certify that that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 20th day of December, 2007 to:

Steven K. Herndon, Esq.
Matthew Y. Beam, Esq.

Bert P. Taylor, Esq.

Alan T. Hargrove, Jr., Esq.
Richard Brett Garrett, Esq.

Oscar Roy Doster

James Darren Harnage

December 20, 2007                                   _____
                                                    BRITT V. BETHEA