# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, et al., ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:06-CV-600-DRB |
| ) | |
| v. ) | |
| ) | |
| ANTHONY CLARK, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Comes now the plaintiff, Jennie Courtney, as Administratrix of the Estate of Dennis Courtney, deceased, and defendant, Black Creek Integrated Systems Corp., by and through their respective attorneys of record, and hereby advise the Court they have entered into a agreement for the voluntary withdrawal by the Plaintiff of all claims asserted against this defendant in the above-referenced lawsuit, and hereby request the Court to enter an Order dismissing all claims asserted by the Plaintiff against Black Creek Integrated Systems Corp. in this case, with prejudice. The parties shall bear their own costs.

s/ Britt V. Bethea
_____
Britt V. Bethea

**OF COUNSEL FOR PLAINTIFF:**
**JENNIE COURTNEY, AS ADMINISTRATRIX**
**OF THE ESTATE OF DENNIS COURTNEY,**
**DECEASED**
**GREENE & PHILLIPS**
50 N. Florida Street
Mobile, AL 36607
Phone: 251-478-1115
Fax: 251-471-3920

s/ Bert P. Taylor
_____
Bert P. Taylor

**OF COUNSEL FOR DEFENDANT:**
**BLACK CREEK INTEGRATED SYSTEMS CORP.**
**TAYLOR RITTER, P.C.**
P. O. Box 489
Orange Beach, AL 36561
Phone: 251-981-8430
Fax: 251-981-8425