## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

JENNIE COURTNEY,                          )
AS ADMINISTRATIX OF THE                   )
ESTATE OF DENNIS COURTNEY,                )
DECEASED,                                 )
                                          )
      Plaintiff,              )    CIVIL ACTION NO. : 2:06-CV-600-DRB
                                          )
v.                                        )
                                          )
ANTHONY CLARK, et al.,                    )
                                          )
      Defendants.             )

## JOINT STIPULATION FOR DISMISSAL

COME NOW Plaintiff, Jennie Courtney, as Administratrix of the Estate of Dennis Courtney, Deceased, and Defendant, Seymour & Lisenby Architects, by and through their respective attorneys of record, and hereby advise the Court that they have entered into an agreement for the voluntary withdrawal by the Plaintiff of all claims asserted against this Defendant in the above-referenced lawsuit, and as such, hereby request the Court to enter an order dismissing all claims asserted by Plaintiff against Seymour & Lisenby Architects with prejudice. The parties shall bear their own costs.

    Respectfully submitted this the 4th day of January, 2008.

                                *s/ Britt v. Bethea*
                                Britt V. Bethea (BET012)
                                Attorney for Plaintiff, Jennie Courtney, as Administratrix of the Estate of Dennis Courtney, Deceased

Of Counsel:
GREENE & PHILLIPS
50 N. Florida Street
Mobile, AL 36607
251-478-1115 (telephone)
251-471-3920 (fax)

2

*s/ R. Brett Garrett*
R. Brett Garrett (GAR085)
Attorney for Defendant Seymour &
Lisenby Architects

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
PO Box 270
Montgomery, AL 36101-0270
334-206-3138 (telephone)
334-481-0808 (fax)
bg@rsjg.com (email)