IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc., )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>ANTHONY CLARK, etc., )<br>et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06cv600-MHT |

ORDER

It is ORDERED that defendant Black Creek Integrated Systems Corporation's motion for summary judgment (doc. no. 122) is denied as moot.

DONE, this the 4th day of January, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE