IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JENNIE COURTNEY, etc.,      )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )     2:06cv600-MHT
                            )         (WO)
ANTHONY CLARK, etc.,        )
et al.,                     )
                            )
     Defendants.            )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 129), it is the ORDER, JUDGMENT, and DECREE of the court that this case as to the claims between plaintiff Jennie Courtney and defendant Dickey and Associates, Inc. are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of January, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE