IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv600-MHT |
| ) | |
| ANTHONY CLARK, etc., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that defendant Dickey and Associates, Inc.'s motion for summary judgment (doc. no. 88) is denied as moot.

DONE, this the 8th day of January, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE