IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIE COURTNEY, etc., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv600-MHT |
| | ) | |
| ANTHONY CLARK, etc., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that defendant Seymour & Lisenby Architects's motion for summary judgment (doc. no. 90) is denied as moot.

DONE, this the 8th day of January, 2008.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE