IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc., )<br>)<br>   Plaintiff, )<br>) | CIVIL ACTION NO. |
|    v. )<br>) | 2:06cv600-MHT |
| ANTHONY CLARK, etc., )<br>et al., )<br>)<br>   Defendants. ) | |

### ORDER

It is ORDERED that plaintiff's motion to alter or amend judgment (Doc. No. 119) is denied.

DONE, this the 24th day of March, 2008.

          /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE