IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv600-MHT |
| ) | (WO) |
| ANTHONY CLARK, etc., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

OPINION

For the reasons given by this court in its opinion of September 24, 2007, holding that defendants Covington County Sheriff Anthony Clark, Covington County Deputy Sheriff Jerry Wayne Edgar, and Covington County Deputy Sheriff Walter Inabinett had no "special relationship" with decedent Dennis Courtney under federal law, <u>Courtney v. Clark</u>, 2007 WL 2786370 (M.D. Ala. 2007), defendant Covington County, Alabama had no "special relationship" under federal law, and plaintiff's federal claim against Covington County is meritless. In addition, because

Covington County was simply not responsible as a matter of law for the operation of the Covington County Jail, see Turquitt v. Jefferson County, 137 F.3d 1285, 1289 (11th Cir. 1988), plaintiff's federal and state-law claims against Covington County are meritless.

Covington County's motion to dismiss should therefore be granted.

An appropriate judgment will be entered.

DONE, this the 24th day of March, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**