IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIE COURTNEY, etc., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:06cv600-MHT |
| | ) | (WO) |
| ANTHONY CLARK, etc., | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Covington County, Alabama's motion to dismiss (Doc. No. 101) is granted.

(2) This lawsuit is dismissed with prejudice as to defendant Covington County, Alabama.

It is further ORDERED that costs are taxed against plaintiff Jennie Courtney, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of March, 2008.


    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE