IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JENNIE COURTNEY, etc.,        )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )        2:06cv600-MHT
                              )
OSCAR ROY DOSTER, JAMES       )
DARREN HARNABLE, and          )
DARDEN ENGINEERS, INC.,       )
                              )
    Defendants.               )
```

ORDER

In view of the fact that defendants Oscar Roy Doster, James Darren Harnable, and Darden Engineers, Inc. have not filed a response in this case, it is ORDERED that plaintiff show cause, if any there be, in writing by April 8, 2008, as to why said defendants should not be dismissed without prejudice pursuant to Fed.R.Civ.P. 4(m).

DONE, this the 25th day of March, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE