IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JENNIE COURTNEY, etc.,        )
                              )
        Plaintiff,            )
                              )        CIVIL ACTION NO.
        v.                    )        2:06cv600-MHT
                              )
OSCAR ROY DOSTER, JAMES       )
DARREN HARNABLE, and          )
DARDEN ENGINEERS, INC.,       )
                              )
        Defendants.          )

ORDER

Because all the government defendants and thus the
federal claims have been dismissed, the question arises
as to whether this court should retain jurisdiction over
the remaining private defendants and the state claims
against them.  This court "may decline to exercise
supplemental jurisdiction over a claim if ... [it] has
dismissed all claims over which it has original
jurisdiction." 28 U.S.C. § 1367(c)(3); see also United
Mine Workers of Am. v. Gibbs, 383 U.S. 715, 726-27

(1966); L.S.T., Inc. v. Crow, 49 F.3d 679, 685 (11th Cir. 1995). In addition, pursuant to 28 U.S.C. § 1367(d), the applicable statute of limitations under state law will be tolled 30 days so as to allow plaintiff time to refile her state claims in state court.

According, it is ORDERED that the plaintiff show cause, if any there be, in writing by April 8, 2008, as to why the remaining defendants and the state claims should not be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

DONE, this the 25th day of March, 2008.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE