IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, <br> AS ADMINISTRATRIX OF THE <br> ESTATE OF DENNIS COURTNEY, <br> DECEASED, <br><br> PLAINTIFF, <br><br> v. <br><br> ANTHONY CLARK, et al. | CIVIL ACTION NO.: <br> 2:06-CV-00600-MHT <br> (Removed from the Circuit Court of <br> Covington County, AL; CV-06-110) |

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, JENNIE COURTNEY, as Administratrix of the Estate of Dennis Courtney, deceased, by and through her undersigned counsel, and moves this Honorable Court pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) to voluntarily dismiss the above action against defendant, Darden Engineering.

Dated this 1st day of April, 2008

/s Britt V. Bethea
BRITT V. BETHEA
Attorney for the Plaintiff

OF COUNSEL:

GREENE & PHILLIPS ATTORNEYS AT LAW, L.L.C.
50 North Florida Street
Mobile, Alabama 36607
(251) 478-1115 – Telephone
(251) 471-3920 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven K. Herndon, Esq.
Matthew Y. Beam, Esq.
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, Alabama 36103

Bert P. Taylor, Esq.
Taylor Ritter, P.C.
P.O. Box 489
Orange Beach, Alabama 36561

Alan T. Hargrove, Jr. Esq.
Richard Brett Garrett, Esq.
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, Alabama 36101-0270

and by sending via U.S. Mail, postage prepaid, to the following:

Oscar Roy Doster, AIS # 177168
P.O. Box 150
Mt. Meigs, Alabama 36057

James Darren Harnage, AIS # 239251
P.O. Box 150
Mt. Meigs, Alabama 36057

/s/ Britt V. Bethea
BRITT V. BETHEA