IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv600-MHT |
| ) | (WO) |
| OSCAR ROY DOSTER, JAMES ) | |
| DARREN HARNABLE, and ) | |
| DARDEN ENGINEERS, INC., ) | |
| ) | |
|    Defendants. ) | |

### JUDGMENT

Pursuant to the notice of voluntary dismissal (Doc. No. 143), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Darden Engineers, Inc. is dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 1st day of April, 2008.

                       /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE