IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, <br> AS ADMINISTRATRIX OF THE <br> ESTATE OF DENNIS COURTNEY, <br> DECEASED, <br><br> PLAINTIFF, <br><br> v. <br><br> ANTHONY CLARK, et al. | CIVIL ACTION NO.: <br> 2:06-CV-00600-MHT <br> (Removed from the Circuit Court of <br> Covington County, AL; CV-06-110) |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, JENNIE COURTNEY, as Administratrix of the Estate of Dennis Courtney, deceased, by and through her undersigned counsel, and moves this Honorable Court pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) to voluntarily dismiss the above action against defendants, Oscar Roy Doster and James Darren Harnage.

Dated this 8th day of April, 2008

/s Britt V. Bethea
BRITT V. BETHEA
Attorney for the Plaintiff

OF COUNSEL:

GREENE & PHILLIPS ATTORNEYS AT LAW, L.L.C.
50 North Florida Street
Mobile, Alabama 36607
(251) 478-1115 – Telephone
(251) 471-3920 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and placed a copy of the same in the United States Mail first-class postage pre-paid to the following:

Oscar Roy Doster, AIS # 177168
P.O. Box 150
Mt. Meigs, Alabama 36057

James Darren Harnage, AIS # 239251
P.O. Box 150
Mt. Meigs, Alabama 36057

/s/ Britt V. Bethea
BRITT V. BETHEA