IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIE COURTNEY, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv600-MHT |
| ) | (WO) |
| OSCAR ROY DOSTER and ) | |
| JAMES DARREN HARNABLE, ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

Pursuant to the notice of voluntary dismissal (Doc. No. 145), it is the ORDER, JUDGMENT, and DECREE of the court that the claims against defendants Oscar Roy Doster and James Darren Harnable (also known as James Darren Harnage) are dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of April, 2008.

                                 /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE